U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

FEB 16 2012

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

United States District Court for the
Western District of Arkansas

David Stebbins                                    Plaintiff

vs                    Case No. 12-3022

Boone County, AR                                  Defendant

PETITION FOR ISSUANCE
OF SUBPOENAS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following petition to have the following witnesses subpoenad:

1. John Edgemon - an inmate in this jail who bore witness to incidents #67-77 in the complaint.

2. Rocky Barrows - an inmate who used to be in this jail, but who has since been extradited to a Missouri jail. The Defendant can tell you exactly where he is. This man bore witness to Examples #80-83 in the complaint.

3. Investigator King (first name unknown) - head of criminal investigations in Boone County. He possesses knowledge on Example #410 in the complaint.

4. Jason Bearthly - Deputy of the Boone County Sheriff's Department. Possesses knowledge of incidents #1-51 in the complaint.

5. David D. Stebbins - Father of Plaintiff and alleged victim of current pending charges. Bore direct witness to incidents #1-51 in the complaint.

page 1

~~Pd.~~ He can be subpoenad at the address of 8527 Hopewell Rd.

6. Rita Stebbins - wife of David D. Stebbins, and can be served at the same address. She bore direct witness to incidents #1-3, as well as part of Example #10 (specifically, she knew that no investigation was even attempted).

7. Jason Day - Administrator of Boone County Detention Center. Possesses knowledge of almost every incident spoken of in the complaint, except maybe Examples #1-5.

8. Jason Jones - perpetrator of almost all of the retaliatory harrassment. Defendant knows where to serve him.

9. David Upton - Deputy for Boone County Sheriff's Department and the officer originally dispatched to respond to the call on Thanksgiving Night, November 24, 2011. He bore witness to incidents #4 & 5 in the complaint.

Wherefore, premises considered, I respectfully request that all of these witnesses be called to testify.

David Stebbins
*David Stebbins*
5800 Law Dr
Harrison, AR 72601

page 2