U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
FEB 16 2012
CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK

United States District Court for the Western District of Arkansas

David Stebbins        Plaintiff

vs      Case No. 12-3022

Boone County, AR      Defendant

## REQUEST FOR IFP APPLICATION

Comes now, pro se Plaintiff David Stebbins, who hereby requests that an in forma pauperis application be provided to me.

I am incarcerated and do not have access to these things. I am not in prison; I am in jail. There is no law library in jail. It is therefore reasonable that I cannot get an IFP application on my own.

Wherefore, I respectfully pray that the court clerks provide me with an in forma pauperis application by having it mailed to me at the below name and address.

David Stebbins
David Stebbins
5800 Law Dr.
Harrison, AR 72601