U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

FEB 16 2012

CHRIS R. JOHNSON, CLERK
        for the
DEPUTY CLERK

United States District Court for the
Western District of Arkansas

David Stebbins                          Plaintiff

vs                    Case No. 12-3022

Boone County, AR                        Defendant

# MOTION FOR PRELIMINARY
# INJUNCTIONS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following motion for ~~a pet~~ two preliminary injunctions. ~~(Beorse)~~

First, I request a restraing order against Jason Jones. This man has theatened to cripple me if I sue him. See ~~exa~~ Examples #67+68 of my complaint. Given the fact that the jail has refused to punish him for this threat (See Examples #69+70 of the complaint), he probably feels like he could do it and get away with it. He is currently away from work now, recovering from a leg injury (the only reason I have the courage to file this complaint while still in jail), but he will be back.

I humbly ask that the court order one Jason Jones to stay at least 100 meters away from me at all times until this case reaches a definitive conclusion.

Second, I request a stay of my criminal charges. In examples #4-51 of my complaint, I accused the arrest that this charge was

based on to be discrimatory. If I can prove this, that means I have a right to either have my charges dropped or my father dual charged. If my charges are dropped, I walk straight away. If my father's charges are brought, I can settle the case by each of us dropping the charges against each other, so my father does not default on his mortgage and loose his home.

But because the County has discriminatorily done neither of these, I stand to suffer irreparable harm if the charges go forward as planned. Even if I am guilty, that is no excuse to otherwise unlawful discrimination. Even if I am guilty, the County illegally deprived me of a valuable bargaining tool. I may not have the right to this bargaining tool, but I do have the right to not have it taken away for discriminatory reasons, and that is exactly what the county did.

The County looses nothing if this preliminary injunction is granted. If they win this case, we go right back to where we were; no harm no foul. It is I alone who have everything to loose and nothing to gain.

Please grant this relief

David Stebbins

David Stebbins
5800 Law Dr.
Harrison, AR 72601
page 2