IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                                                     PLAINTIFF

v.                            Civil No. 12-3022

BOONE COUNTY, ARKANSAS;
and JASON JONES                                                    DEFENDANTS

## ORDER

David Stebbins, currently an inmate of the Boone County Detention Center, has submitted for filing in this district a *pro se* civil rights action under 42 U.S.C. § 1983. I find the complaint should be provisionally filed prior to a determination regarding Plaintiff's status as a pauper and service of process. The United States District Clerk is directed to file the complaint.

Plaintiff failed to submit with his complaint an application to proceed *in forma pauperis* (IFP). **The Clerk is directed to mail Plaintiff a blank IFP application (prisoner form).** Plaintiff is given until **March 2, 2012**, to either complete, sign, and return the IFP application to this Court for review and filing or pay the $350 filing fee. **If the Plaintiff fails to return the completed IFP application or pay the $350 filing fee by March 2, 2012, the complaint will become subject to summary dismissal for failure to obey an order of the Court.**

Plaintiff is further advised that he is required to immediately inform the Court of any change of address. Plaintiff shall submit a change of address on a separate piece of paper entitled "Notice to the Court of Change of Address" and not include any motions or otherwise request relief in this document. The notice shall contain only information pertaining to the address change. Failure to inform the Court of an address change may result in the dismissal of this case.

IT IS SO ORDERED this 17th day of February 2012.

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE