AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

FILED
FEB 28 2012
CHRIS R. JOHNSON, CLERK

David A. Stebbins
_____
Plaintiff/Petitioner

v.

Boone County, AR
_____
Defendant/Respondent

Civil Action No. 12-3022

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: Boone County Detention Center.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:


My gross pay or wages are: $ 0.00, and my take-home pay or wages are: $ n/a per
(specify pay period) n/a.

3. *Other Income.* In the past 12 months, I have received income from the following sources (check all that apply):

(a) Business, profession, or other self-employment    ☐ Yes   ☒ No
(b) Rent payments, interest, or dividends             ☐ Yes   ☒ No
(c) Pension, annuity, or life insurance payments      ☐ Yes   ☒ No
(d) Disability, or worker's compensation payments     ☒ Yes   ☐ No
(e) Gifts, or inheritances                            ☐ Yes   ☒ No
(f) Any other sources                                 ☐ Yes   ☒ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

I previously received SSI checks in the amount of $674 per month, but I do not know how long this will last, since my public defender informed me that my SSI would be suspended if they learn of my incarceration.

4. Amount of money that I have in cash or in a checking or savings account: $2,750.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: no noteworthy assets.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
~~None due to my incarceration.~~
Student loans: $30
jail fees: $20

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
no dependants.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
Close to $50000, most of which is student loans.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 2-24-12

David Stebbins
Applicant's signature

David Stebbins
Printed name

## CERTIFICATE OF INMATE ACCOUNT AND ASSETS
(To be Completed by the Institution of Incarceration)

I certify that the applicant, __David Anthony Stebbins__, has the sum of $ __20.21__ in his/her prisoner account at the institution where he/she is confined. I further certify that the applicant likewise has the following securities to his/her credit according to the records of this institution: __None__ _____.

I further certify that in the applicant's prisoner account: (a) The average monthly deposit was $ __28.00__; and (b) The average balance for the last six months was $ __34.79 per day__.

Based on the above prisoner account information, I calculate that 20 percent of the greater of (a) or (b) above is $ __6.96__.

Signed this __24th__ day of __February__, 20__12__.

_____Sgt. Kenny Deck_____
Authorized Officer of Institution

_____Boone Co. Sheriff Office_____
Name of Institution

David Stebbins
5800 Law Dr.
Harrison, AR 72601

WWW.ARKANSAS.AR
27 FEB 2012 PM 1 T

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701

72701+5353