United States District Court for the Western District of Arkansas

David Stebbins                                   Plaintiff

vs          Case No. 12-3022

Boone County, AR                                 Defendant

## AMENDED COMPLAINT

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following amended complaint.

First, I wish to request additional relief on a few of my incidents of discrimination, retaliation, and Section 1983 claims. Regarding Jones' terroristic threats, (which actually took place on December 14, not 12) I wish to increase the emotional distress damages to $25,000, and the punitive damages to $25,000.

Also, in Examples #89-408, I wish to point out that their refusal to allow me to bond is in fact a Section 1983 claim, along with retaliatory harrasment. Why? Because they violated my due process rights! Bail, if I qualify, is an essential part of criminal due process, so depriving me of bail that I qualify for violated my 14th Amendment's due process rights. Therefore, even if the incidents were not done with discriminatory intent, if I can merely prove that the incident happened at all, I should be entitled to recovery.

I also wish to add the following incident, which occured after the complaint was filed.

On the dates of March 2, 3, and 4, 2012, I found a place in the newspaper where I could get affordable living arrangements, and asked the jail staff if I could use the phone to call to see if they could house me. Although they agreed to let me use it, they never actually escorted me to the phone.

This was probably done for retaliatory reasons, and I accuse them accordingly. However, the reason is irrelevant, as Defendant violated my due process rights under the 14th Amendment,* making it a Section 1983 claim.

As for the relief requested, I would like to request some injunctive relief on top of the standard $1,000 per day of damages. Since Defendant corruptly and maliciously deprived me of the opportunity to secure affordable living arrangements, I request that they GIVE me an apartment to live in (preferably within walking distance of the Harrison Square), and pay all my room and board.

I also request this relief for the incident on Jan. 15, 2012.

Wherefore, I respectfully request that this relief be granted.

David Stebbins
David Stebbins
5800 Law Dr.
Harrison, AR 72601

*I have a right to bond, which they refused to accomodate.