U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAR 12 2012
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

United States District Court for the Western District of Arkansas

David Stebbins                                  Plaintiff

vs              12-3022

Boone County, AR                         Defendant

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following motion for leave to file another amended complaint. If this motion is granted, I wish for the incidents spoken of in this document to be the amended complaint, as pro se litigants are exempt from the requirement to file replacement pleadings.

Most of these incidents occured after I mailed my previous amended complaint. It is therefore not reasonable that I would have anticipated them before my last pleading.

I was moved to another part of the jail on Feb. 29, 2011, to be separated from a man named Richard Kidd, who was harassing me. They could have punished Kidd for harassing me, but no, they chose to put ME in what they call "protective custody." Although it sounds nice, only in name is it not a punishment. I loose almost all my privileges, and even some of my rights. I am not given

access to ~~see~~ the phone or newspaper.

Not only was this a more subtle way of retaliation because of me filing this lawsuit, but it also infringes on my right to bond, making it a Section 1983 claim. One of my conditions of bond is to have living arrangements. Without the newspaper, (or, more specifically, without the classifieds) I have no way of searching for a place to live. Therefore, my right to bond is infringed.

I requested in my previous amended complaint that Defendant be ordered to provide living arrangements at their expense. I seek that relief for this incident as well.

Wherefore, premises considered, I request that this relief be granted.

David Stebbins
David Stebbins
~~Harrison, AR~~
5800 Law Dr.
Harrison, AR 72601