U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
MAR 2 3 2012
CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                PLAINTIFF

VS.                            CASE NO. 12-3022

COUNTY OF BOONE, ARKANSAS                  DEFENDANT

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND AMENDED COMPLAINT

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following motion for leave to file another amended complaint. Because the Local Rules expressly exempt *pro se* litigants from having to file entirely new briefs, I would also like to allow this motion to *be* the amended complaint, in the event that the motion is granted.

In this amended complaint, I wish to add a new injury and new request for relief to an event listed in my original complaint. As the original complaint shows, on January 15, 2011, the jail staff would not let me post bail bond, even though I met all the criteria for me to do so. Now that I have finally managed to bond out of jail, I have recently learned of a new injury that their refusal to allow me to bond had caused.

I had filed an abuse of process lawsuit against Harp & Associates, suing for $6,094,000 in damages. The state Circuit Court granted a motion to dismiss the action on January 17, 2011. At the time I was incarcerated, I was under the understanding that I was unsuccessful in serving process on the Defendant. Apparently, though, I *had* served process.

If Defendant had allowed me to bond out of jail when I originally had a right to, I would have known about the dismissal in time to file a timely appeal. Therefore, Defendant's actions proximately caused me to permanently loose that case.

That is my new injury that I wish to claim. The compensatory damages for that injury are

$6,094,000, as that is how much Defendant cost me when they kept me from knowing about the dismissal in time for me to file a timely appeal.

Remember, this is both retaliatory discrimination, and also a Section 1983 claim. Bonding out is one of my due process rights; they have therefore violated my rights under the 14th Amendment. Therefore, even if I cannot prove retaliatory animus, I still have a right to recover.

However, I also claim that Defendant did this willfully, maliciously, and with retaliatory animus. Therefore, Defendant deserves punitive damages for their actions. I seek the common law maximum – ten times the compensatory damages – in this case, to send a message to Defendant and other government entities that the Courts have a policy of absolutely zero tolerance to any civil rights violations.

I could not have been aware of the dismissal of the action myself because I was incarcerated. I could not just walk over to the Courthouse and look at the files. I had to rely on my own intuition. Therefore, this motion for leave to file an amended complaint should be granted.

Wherefore, premises considered, I respectfully request that the Court allow me to seek this relief against Defendant.

So requested on this 21st day of March, 2012.

David Stebbins
123 W. Ridge St., APT D
Harrison, AR 72601
870-204-6165
stebbinsd@yahoo.com