IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                          PLAINTIFF

        v.                            Civil No. 12-3022

BOONE COUNTY, ARKANSAS;
and JASON JONES                                          DEFENDANTS

**CHANGE OF ADDRESS NOTICE**

Mr. Stebbins has notified the court of a change of address. The Court hereby directs the same to be entered of record this date and a file-marked copy provided to all parties of record. The Clerk is also directed to re-mail to Plaintiff any pleadings or correspondence which may have been returned as undeliverable.

Plaintiff's new address is:

David Stebbins
123 W. Ridge St.
Apt. D
Harrison, AR 72601

IT IS SO ORDERED this 27th day of March 2012.

/s/ *J. Marschewski*
  HON. JAMES R. MARSCHEWSKI
  CHIEF UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)