UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                      PLAINTIFF

VS.                           CASE NO. 12-3022

COUNTY OF BOONE, ARKANSAS                                           DEFENDANT

## NOTICE OF CHANGE OF ADDRESS

I, *pro se* Plaintiff David Stebbins, do hereby certify that I now reside at the address listed in the signature of this pleading.

So certified this 21st day of March, 2012.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge St., APT D
Harrison, AR 72601
870-204-6165
stebbinsd@yahoo.com

## CERTIFICATE OF SERVICE

I, *pro se* Plaintiff David Stebbins, hereby certify that Defense Counsel was served with this motion by allowing them to view it on ECF.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge St., APT D
Harrison, AR 72601
870-204-6165
stebbinsd@yahoo.com