IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

Case No. 12-

in re DAVID STEBBINS ) On petition for writ
  Petitioner ) of mandamus

## PETITION FOR WRIT OF MANDAMUS

Comes now, *pro se* Petitioner David Stebbins, who hereby submits the following petition for writ of mandamus against Magistrate Judge James R. Marschewski ("Respondent") of the United States District Court for the Western District of Arkansas.

I seek a writ of mandamus instructing Respondent to rule on my application for leave to proceed *in forma pauperis* in Case No. 12-3022 in his Court ("the Related Case"). Respondent has procrastinated, yet again, on an IFP application, which should be rather ministerial to grant.

On February 27, 2012, the District Court received my Complaint against Boone County, Arkansas, and gave it the case number of 12-3022. I was incarcerated at the time, and thus did not have access to an in forma pauperis application. Therefore, acting under Respondent's instruction, the Clerk's Office sent me one. I filled it out and returned it, and it was filed on February 28, 2012.

However, even though the District Court has already granted my *in forma pauperis* application in Case No. 12-3032, which, as you can see by the case number, was filed *after* the case in question here, the IFP application, and all motions for leave to file amended complaints (all of which were referred to Respondent) have mysteriously gone without a ruling.

In Document #4 in the Related Case, Respondent ordered that the complaint be

RECEIVED
APR - 2 2012
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

Appellate Case: 12-1796 Page: 1 Date Filed: 04/04/2012 Entry ID: 3897509

provisionally filed, telling me that he had already screened the complaint for frivolousness. Therefore, once Respondent had received my application for leave to proceed *in forma pauperis*, granting said application should be a simple matter of finding me indigent. In other words, it should not be taking this long. I have had time to post bail to get out of jail and move into a new apartment *twice*, and a simple, ministerial motion such as an IFP application still remains to be ruled on.

This petition should be granted because Respondent has a duty under Canon 3 of the Code of Conduct of United States Judges to promptly dispose of the business of the Court, a duty which Respondent is not fulfilling.

Wherefore, premises considered, I respectfully request that this Court grant mandamus relief and order Respondent to promptly rule on my application for leave to proceed *in forma pauperis* in the Related Case.

It is so requested on this 28th day of March, 2012.

David Stebbins

*[signature]*

123 W. Ridge Ave.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com