# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
 *Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

April 04, 2012

Mr. David Anthony Stebbins
Apt. D
123 W. Ridge Street
Harrison, AR  72601

     RE:  12-1796  In re: David Stebbins

Dear Sir:

     We have assigned your petition for a writ the case number shown above. Your petition and your motion for leave to proceed in forma pauperis will be referred to a panel of judges for review. We will promptly advise you of the Court's ruling.

                    Michael E. Gans
                    Clerk of Court

PSA

Enclosure(s)

cc:     Honorable P. K. Holmes III
        Mr. Christopher R. Johnson

        District Court/Agency Case Number(s):  3:12-cv-03022-PKH

**Caption For Case Number:   12-1796**

In re: David Anthony Stebbins

                Petitioner

**Addresses For Case Participants:   12-1796**

Mr. David Anthony Stebbins
Apt. D
123 W. Ridge Street
Harrison, AR  72601

Honorable P. K. Holmes III
Room 1038
30 S. Sixth Street
Judge Isaac C. Parker Federal Building
Ft. Smith, AR  72901

Mr. Christopher R. Johnson
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
35 E. Mountain Street
Suite 510
Fayetteville, AR  72701-5354