IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                        PLAINTIFF

v.                      Civil No. 12-3022

BOONE COUNTY, ARKANSAS;
and JASON JONES                                        DEFENDANTS

**<u>ORDER</u>**

Plaintiff has submitted an application to proceed *in forma pauperis* (IFP)(Doc. 5). The application (Doc. 5) is granted. Plaintiff has been released from incarceration so the Court will not assess the filing fee against him.

IT IS SO ORDERED this 5th day of April 2012.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)