# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 12-1796
_____

In re: David Anthony Stebbins

Petitioner

___

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:12-cv-03022-PKH)

___

**JUDGMENT**

The pending motion for leave to file an amended petition is denied. The motion for leave to proceed in forma pauperis is denied as moot. The petition for writ of mandamus has been considered by the court and is denied. Mandate shall issue forthwith.

April 16, 2012

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans