ERN DISTRICT ARKA...
FILED
APR 1  2012
CHRIS R. JOHNSON, CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS             PLAINTIFF

VS.             CASE NO. 12-3022

BOONE COUNTY, AR AND JASON JONES             DEFENDANTS

## DEMAND FOR JURY TRIAL

Comes now, *pro se* Plaintiff David Stebbins, who, pursuant to FRCP 38, hereby requests a jury trial in this action.

I have a right to a jury trial since, to say the least, there is at least $20 in dispute in this case. It is not purely an action in equity; because it is a local government in a Section 1983 claim, monetary damages are allowed. See 42 U.S.C. § 1983.

> "Every person who, under color of [state law], subjects... any citizen of the United States... to the deprivation of any rights... secured by the Constitution and laws, shall be liable to the party injured <u>in an action at law</u>, suit in equity, or other proper proceeding for redress." Underlined for emphasis.

Therefore, I have a right to a jury trial in this case. As for service, it is being served on all Defendants by allowing them to view it on ECF, as allowed by Local Rule 5.2. FRCP 38 does not specify the method of service provided, so this method is sufficient.

Wherefore, premises considered, I respectfully request that my right to jury trial be honored. It is so requested on this th day of April, 2012.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701

