# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 17, 2012

Mr. David Anthony Stebbins
Apt. D
123 W. Ridge Street
Harrison, AR 72601

     RE: 12-1906 In re: David Stebbins

Dear Sir:

     We have assigned your petition for a writ the case number shown above. Your case will be referred to a panel of judges for review. We will promptly advise you of the Court's ruling.

                            Michael E. Gans
                            Clerk of Court

PSA

Enclosure(s)

cc:     Mr. Christopher R. Johnson

       District Court/Agency Case Number(s):   3:12-cv-03022-PKH

**Caption For Case Number: 12-1906**

In re: David Anthony Stebbins

    Petitioner

**Addresses For Case Participants:   12-1906**

Mr. David Anthony Stebbins
Apt. D
123 W. Ridge Street
Harrison, AR  72601

Mr. Christopher R. Johnson
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
500 N. State Line Avenue
Room 302
Texarkana, AR  71854-5961