# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 12-1906

In re: David Anthony Stebbins

Petitioner

------

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:12-cv-03022-PKH)

------

**MANDATE**

In accordance with the judgment of 05/15/2012, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

May 15, 2012

Clerk, U.S. Court of Appeals, Eighth Circuit