IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                               PLAINTIFF

       v.                       Civil No. 12-3022

BOONE COUNTY, ARKANSAS;
and JASON JONES                                            DEFENDANTS

## **ORDER**

Pending before me are the following motions filed by the Plaintiff: (1) motion for issuance of subpoenas (Doc. 2); (2) motion for a protective order (Doc. 3); (3) motion to amend (Doc. 7); (4) a second motion to amend (Doc. 8); and (5) a motion for joinder (Doc. 14).

**Motion for Issuance of Subpoenas** (Doc. 2)

In this motion (Doc. 2), Plaintiff asks for witness subpoenas to be issued to a number of individuals. The motion (Doc. 2) is denied as premature. This case is not scheduled for an evidentiary hearing at this time. When it is, Plaintiff may ask the Court to issue witness subpoenas.

**Motion for Protective Order** (Doc. 3)

First, Plaintiff asks that a restraining order be issued that requires Jason Jones to stay at least one-hundred meters from him at all times. Second, Plaintiff asks that the criminal case against him be stayed.

The motion (Doc. 3) is denied. Plaintiff is no longer in custody and therefore does not come into contact with the Defendant Jones on a daily basis. Furthermore, absent extraordinary circumstances, federal courts do not enjoin pending state criminal proceedings. *Hudson v.*

-1-

*Campbell*, 663 F.3d 985, 987 (8th Cir. 2011)(*citing Younger v. Harris*, 401 U.S. 37 (1971)). No extraordinary circumstances exist here.

**Motion to Amend the Complaint** (Doc. 7)

Plaintiff seeks leave to amend his complaint to include other instances of retaliation. The motion (Doc. 7) is denied. Rule 8(a) of the Federal Rules of Civil Procedure requires a complaint to contain: (1) a short and plain statement of the grounds for the Court's jurisdiction; (2) a short and plain statement of the claim showing that Plaintiff is entitled to relief; and (3) a demand for the relief sought. It does not require factual detail about every incident that occurred.

**Motion to Amend the Complaint** (Doc. 8)

Plaintiff seeks leave to amend his claim to include further retaliatory acts. The motion (Doc. 8) is denied. As noted above, Plaintiff does not need to amend his complaint to provide factual detail regarding every incident of alleged retaliation.

**Motion for Joinder** (Doc. 14)

Plaintiff ask to be allowed to add the State of Arkansas as a Defendant. He asserts that only the State has the authority to dismiss criminal proceedings. The motion (Doc. 14) is denied. As discussed above, the Court must abstain from interfering with the Plaintiff's state criminal case.

IT IS SO ORDERED this 2nd day of July 2012.

/s/ *J. Marschewski*
 HON. JAMES R. MARSCHEWSKI
 CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)