IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                         PLAINTIFF

      v.                      Civil No. 12-3022

BOONE COUNTY, ARKANSAS;
and JASON JONES                                       DEFENDANTS

## **ORDER**

The **Clerk is directed to add Sheriff Danny Hickman, in his official capacity, as a Defendant.** A suit against Sheriff Hickman in his official capacity is the equivalent of a suit against Boone County.

The Court, having heretofore entered an order allowing the Plaintiff to proceed *in forma pauperis,* hereby directs the United States Marshal to serve Sheriff Hickman and Jason Jones. The Defendants may be served at the Boone County Sheriff's Office, 5800 Law Drive, Harrison, AR 72601.

Defendants are to be served without prepayment of fees and costs or security therefor. The Defendants are ordered to answer within twenty-one (21) days from the date of service.

**The Clerk is directed to prepare and issue summons and a USM 285 for each Defendant being served.**

IT IS SO ORDERED this 2nd day of July 2012.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)