# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

US DISTRICT COURT
~~WESTERN DIST ARKANSAS~~
FILED

JUL 18 2012

CHRIS R. JOHNSON, Clerk
By _____
Deputy Clerk

| | | |
|---|---|---|
| David Stebbins | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 12-3022 |
| Boone County, AR, et al | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sheriff Danny Hickman
Boone County Sheriff's Office
5800 Law Drive
Harrison, AR 72601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David Stebbins
123 W. Ridge St.
Apt. D
Harrison, AR 72601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CHRISTOPHER R. JOHNSON
*CLERK OF COURT*

Date: _____07/02/2012_____   _____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 12-3022

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sheriff Hickman
was received by me on *(date)* 7.13.12 .

☐ personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kandi Wilson, Records Clerk , who is
designated by law to accept service of process on behalf of *(name of organization)* Boone County
Sheriffs Office _____ on *(date)* 7.16.12 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 100.00 for travel and $ 3.30 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7.16.12

_____
Server's signature

Sean Lee Buser
Printed name and title

35 Eman An Maryville, MO
Server's address

Additional information regarding attempted service, etc:

Fees = 2 deputies.

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| David Stebbins | 12-3022 |
| DEFENDANT | TYPE OF PROCESS |
| Boone County, AR, et al | comp/amend/order/mag notice/summons |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sheriff Danny Hickman, Boone County Sheriff's Office

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
5800 Law Drive, Harrison, AR 72601

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Honorable James R. Marschewski
Judge Isaac C. Parker Federal Building
30 South 6th Street, Room 234
Fort Smith, AR 72901

| | |
|---|---|
| Number of process to be served with this Form 285 | 5 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                 Fold

| Signature of Attorney other Originator requesting service on behalf of: Chief Magistrate Judge James R. Marschewski | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 479-783-7045 | DATE 7/2/12 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1-2 | District of Origin No. 10 | District to Serve No. 10 | Signature of Authorized USMS Deputy or Clerk Whitney Cipp | Date 7/5/12 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Kandi Wilson Records Clerk

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date 7.16.12 | Time 11:00 ☒ am ☐ pm |
|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00