# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# HARRISON DIVISION

**DAVID STEBBINS**                                                                     **PLAINTIFF**

**VS.**                                 **NO. 12-CV-3022**

**BOONE COUNTY ARKANSAS, ET AL.**                           **DEFENDANTS**

## ANSWER

Come now the Separate Boone County Defendant, Boone County, Arkansas and Sheriff Danny Hickman, in his official capacity, and for its Answer to the Plaintiff's Complaint and Amended Complaint, does state the following:

1. The Separate Boone County Defendant denies the allegations of the Plaintiff's Complaint and Amended Complaint, as stated.

2. The Separate Boone County Defendant asserts and reserves the right to file an amended answer or other appropriate pleadings and to allege any affirmative defenses that might be available to them after they have had a reasonable opportunity to investigate the allegations set forth in Plaintiff's Complaint and Amended Complaint.

3. The Separate Boone County Defendant respectfully demands a jury trial on all genuine issues of material fact.

## AFFIRMATIVE DEFENSES

4. The Separate Boone County Defendant asserts the following affirmative defenses:

    A. punitive damages immunity;

    B. statutory tort immunity;

    C. sovereign immunity;

    D. justification;

    E. mootness of any requested injunctive relief;

    F. The Plaintiff has failed to state a claim upon which relief can be granted;

    G. Defendants avail themselves of all statute of limitations defenses applicable to this claim;

H. Any amount sought by the Plaintiff should be offset by the amount owed by the Plaintiff to the County pursuant to A.C.A.§ 12-41-505 which provides that "[e]very person who may be committed to the common jail of the county, by lawful authority, for any criminal offense or misdemeanor, if he shall be convicted, shall pay the expenses in carrying him to jail and also for his support while he remains there;" and

I. Any amounts sought by Plaintiff should be offset by any amount owed by Plaintiff to the county by virtue of any criminal fines assessed against Plaintiff.

J. All applicable defenses under the Prison Litigation Reform Act (P.L.R.A), 42 U.S.C. § 1997e.

WHEREFORE, The Separate Boone County Defendant prays that the Complaint and Amended Complaint against it be dismissed and for any and all other just and proper relief to which it is entitled.

Respectfully submitted,

BOONE COUNTY, ARKANSAS, and SHERIFF DANNY HICKMAN Boone County, Arkansas Defendants

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas 72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
email: owens@rainfirm.com

By: /s/ Jason E. Owens
Michael R. Rainwater, #79234
Jason Owens, #2003003

# CERTIFICATE OF SERVICE

      I hereby certify that on July 20, 2012, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, and I mailed the document by United States Postal Service to the following non CM/ECF participants:

Mr. David Stebbins, Pro Se
123 W. Ridge St., Apt. D
Harrison, AR 72601

                /s/ Jason E. Owens
                Jason Owens, #2003003
                Attorney for Defendants
                RAINWATER, HOLT & SEXTON, P.A.
                P.O. Box 17250
                6315 Ranch Drive
                Little Rock, Arkansas 72222-7250
                Telephone (501) 868-2500
                Telefax (501) 868-2505
                Email: owens@rainfirm.com

6653.4010