# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# HARRISON DIVISION

DAVID STEBBINS                                                                PLAINTIFF

VS.                                        NO. 12-CV-3022

BOONE COUNTY ARKANSAS, ET AL.                                    DEFENDANTS

## MOTION FOR CLARIFICATION

Come now the Separate Boone County Defendant, Boone County, Arkansas and Sheriff Danny Hickman, in their Motion for Clarification, does state the following:

1. Plaintiff has filed this action as a pro se Plaintiff..

2. Rule 26(B)(iii) states:

   The following proceedings are exempt from initial disclosure: (iii) an action brought without an attorney by a person in the custody of the United States, a state, or a state subdivision.

3. Plaintiff is currently proceeding *pro se*, but is not in the custody of any of the listed subdivisions.

4. Generally speaking, however, the United States District Court for the Western District of Arkansas has not required Rule 26(f) conferences/reports or initial Rule 26 disclosures in *pro se* cases and Defendants request clarification from the Court as to whether such requirements will apply in this case.

WHEREFORE, the Separate Boone County Defendants respectfully request clarification from the Court as to whether the requirements of Rule 26, in particular the Rule 26(f) conferences/reports and/or Rule 26 initial disclosures, will apply in this case.

Respectfully submitted,

BOONE COUNTY, ARKANSAS, and SHERIFF DANNY HICKMAN Boone County, Arkansas Defendants

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas 72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
email: owens@rainfirm.com

By:    /s/ Jason E. Owens
      Michael R. Rainwater, #79234
      Jason Owens, #2003003

## CERTIFICATE OF SERVICE

I hereby certify that on July 24th, 2012, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, and I mailed the document by United States Postal Service to the following non CM/ECF participants:

Mr. David Stebbins, Pro Se
123 W. Ridge St., Apt. D
Harrison, AR 72601

   /s/ Jason E. Owens
Jason Owens, #2003003
Attorney for Defendants
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas 72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
Email: owens@rainfirm.com

6653.4010