U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
JUL 2 5 2012
CHRIS R. JOHNSON, Clerk
By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                                 PLAINTIFF

VS.                            CASE NO. 12-3022

BOONE COUNTY, AR                                         DEFENDANTS

## NOTICE OF PARTIAL NON-SUIT

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits notice that I wish to relieve Jason Jones as a defendant in this case. He will be a party to this case, anyway, since he will be called as the Defendant's main witness on the issues that concern his behavior.

Adding him as a Defendant in the first place was the Court's decision, not mine, and it was pointless, anyway. Injunctions would be against both the county and Jason Jones, making it redundant against Jones, since Jones, as an officer of the jail, would be bound by proxy to the county's injunction, just as all county officers are. Damages are equally redundant, because I would probably just collect against the county by way of writ of mandamus (one of the few times when collection is legally guaranteed, as opposed to 80-85% of all judgments going uncollected).

Therefore, there is no point in keeping Jones as a party to this case. Thus, the only thing it is *actually* doing is holding up the progress of this case until Jason Jones can be served with process.

                                                 David Stebbins
                                                 123 W. Ridge St.,
                                                 APT D
                                                 Harrison, AR 72601
                                                 870-204-6516
                                                 stebbinsd@yahoo.com

David Stebbins
123 W. Ridge St.
Apt. D
Harrison, AR 72601

U.S. District Court
35 E Mountain St.
Room 510
Fayetteville, AR 72701

72701$5555

