# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# HARRISON DIVISION

DAVID STEBBINS                                                                    PLAINTIFF

VS.                                  NO. 12-CV-3022

BOONE COUNTY ARKANSAS, ET AL.                                            DEFENDANTS

## RESPONSE TO MOTION FOR NON-SUIT
## AS TO DEFENDANT JASON JONES (DOC. # 22)

On July 25, 2012, the Plaintiff filed a motion to voluntarily dismiss Defendant Jason Jones from this action. The Separate Boone County Defendant has no objection to Plaintiff's motion (Doc. # 22).

                              Respectfully submitted,

                              BOONE COUNTY, ARKANSAS, and SHERIFF DANNY HICKMAN, in his official capacity,
                              *Defendant*

                              RAINWATER, HOLT & SEXTON, P.A.
                              P.O. Box 17250
                              6315 Ranch Drive
                              Little Rock, Arkansas  72222-7250
                              Telephone (501) 868-2500
                              Telefax (501) 868-2505
                              email: owens@rainfirm.com

By:    /s/ Jason E. Owens
        Michael R. Rainwater, #79234
        Jason Owens, #2003003

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2012, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, and I mailed the document by United States Postal Service to the following non CM/ECF participants:

Mr. David Stebbins, Pro Se
123 W. Ridge St., Apt. D
Harrison, AR 72601

/s/ Jason E. Owens
Jason Owens, #2003003
Attorney for Defendants
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas  72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
Email: owens@rainfirm.com

6653.4010