IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                                          PLAINTIFF

    v.                                           Civil No. 12-3022

BOONE COUNTY, ARKANSAS;
JASON JONES; and SHERIFF DANNY HICKMAN                                  DEFENDANTS

### CHANGE OF ADDRESS NOTICE

Mr. Stebbins has notified the court of a change of address. The Court hereby directs the same to be entered of record this date and a file-marked copy provided to all parties of record. The Clerk is also directed to re-mail to Plaintiff any pleadings or correspondence which may have been returned as undeliverable.

Plaintiff's new address is:

David Stebbins
Boone County Jail
5800 Law Drive
Harrison, AR 72601

IT IS SO ORDERED this 1st day of August 2012.

                                       /s/ *J. Marschewski*
                                       HON. JAMES R. MARSCHEWSKI
                                       CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)