Dear U.S. District Court,

    I am David Stebbins, and I am writing in regards to Case Nos. 10-5125, 11-3057, 11-3078, ~~and~~ 12-3022, and 12-3032. I only have one sheet of paper so please file this on ECF for all five cases.

    I am incarcerated again on a bond revocation. This is a notice of change of address.

    My new address is
        5800 Law Dr.
        Harrison, AR 72601

*David Stebbins*
David Stebbins
5800 Law ~~Dr.~~
Harrison, AR 72601

    P.S. In case any defense counsel is reading, I require all the discovery you've*, since I wasn't allowed to take it with me. Please send it to this address.

\* you've sent me in your cases.