# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# HARRISON DIVISION

**DAVID STEBBINS**                                                                                              **PLAINTIFF**

VS.                                      NO. 12-CV-3022

**BOONE COUNTY ARKANSAS, ET AL.**                                     **DEFENDANTS**

## MOTION TO DEPOSE PLAINTIFF

Come now the Separate Boone Defendants, Boone County and Sheriff Danny Hickman, and for their Motion for Leave to Depose the Plaintiff, state as follows:

1. Pursuant to this Court's notification of Plaintiff's change of address, the Plaintiff, David Stebbins, is currently incarcerated in the Boone County Jail in Harrison, Arkansas.

2. The Defendants would like an opportunity to depose the Plaintiff regarding the events outlined within his Complaint.

3. Pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, depositions of inmates cannot take place without the Court's leave. Rule 30(a)(2)(B).

4. Rule 30(a)(2) instructs that leave shall be "granted to the extent consistent with the principles stated in Rule 26(b)(2)."

5. The Defendants move for an order of leave to take the deposition of the Plaintiff at his place of incarceration.

WHEREFORE, the Defendants respectfully request that the Court grant their request for leave to take the Plaintiff's deposition.

                                             Respectfully submitted,

                                             BOONE COUNTY, ARKANSAS, and SHERIFF DANNY HICKMAN Boone County, Arkansas Defendants

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas  72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
email: owens@rainfirm.com


By:     /s/ Jason E. Owens
Michael R. Rainwater, #79234
Jason Owens, #2003003

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2012, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, and I mailed the document by United States Postal Service to the following non CM/ECF participants:

Mr. David Stebbins, Pro Se
c/o Boone County Jail
5800 Law Drive
Harrison, AR 72601

    /s/ Jason E. Owens
Jason Owens, #2003003
Attorney for Defendants
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas  72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
Email: owens@rainfirm.com

6653.4010