IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                             PLAINTIFF

v.                    Civil No. 12-3022

BOONE COUNTY, ARKANSAS;
and JASON JONES                                            DEFENDANTS

## **ORDER**

Plaintiff has filed a motion to voluntarily dismiss his claims against Jason Jones (Doc. 22). Defendants have responded (Doc. 24) indicating they have no objection to the voluntary dismissal of the claims against Jason Jones. The Clerk is directed to treat these documents (Doc. 22 and Doc. 24) as a stipulated dismissal in accordance with the provisions of Rule 41 of the Federal Rules of Civil Procedure. Jason Jones should be terminated as a party to this case.

IT IS SO ORDERED this 13th day of August 2012.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)