IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                                    PLAINTIFF

v.                                    Civil No. 12-3022

BOONE COUNTY, ARKANSAS;
and SHERIFF DANNY HICKMAN                                                              DEFENDANTS

## ORDER

Defendants have filed a motion to clarify (Doc. 21). They ask whether this case will be considered exempt from initial disclosures and the Rule 26(f) conference since Plaintiff was incarcerated when he filed the action and is currently incarcerated. Fed. R. Civ. P. 26(f).

The answer is yes. Rule 26(a)(B) of the Federal Rules of Civil Procedure provides that the "following proceedings are exempt from initial disclosure: . . . (iv) an action brought without an attorney by a person in the custody of the United States, a state, or a state subdivision." Plaintiff was incarcerated when he filed this action and is proceeding *pro se*. The motion for clarification (Doc. 21) is granted.

Next, Defendants have filed a motion to take the deposition of the Plaintiff (Doc. 27) pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure as Plaintiff is an incarcerated person. The motion (Doc. 27) is granted.

**The District Court Clerk is directed to send a copy of this Order to Sheriff Danny Hickman, Boone County Jail, 5800 Law Drive, Harrison, AR 72601.** The order should be sent to the Sheriff Hickman by certified mail with return receipt requested. Plaintiff shall be allowed to have his legal materials relating to this case in his possession during the deposition.

IT IS SO ORDERED this 30th day of August 2012.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)