12-3022

Stebbins vs Boone County AR, et al

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP 05 2012

CHRIS R. JOHNSON, Clerk
By
　　　　Deputy Clerk

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Linda Hoye_   ☐ Agent  ☑ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>LINDA HOYE   8-31-12 |
| 1. Article Addressed to:<br>Sheriff Danny Hickman<br>Boone County Jail<br>5800 Law Drive<br>Harrison, AR 72601 | D. Is delivery address different from item 1? ☐ Yes<br>　If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail　☐ Express Mail<br>☐ Registered　☑ Return Receipt for Merchandise<br>☐ Insured Mail　☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)　☐ Yes |
| 2. Article Number (Transfer from service label) | 12-3022 |

PS Form 3811, August 2001　　Domestic Return Receipt　　102595-01-M-2509

UNITED STATES POSTAL SERVICE

31 AUG 2012 PM 2 T

First-Class Mail
Postage & Fees Paid
USPS
Permit No. 10

• Sender: Please print your name, address, and ZIP+4 in this box •

Clerk of Court
Christopher Johnson
30 So. 6th St., Rm 1038
Fort Smith, AR 72901

12-3022