# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# HARRISON DIVISION

**DAVID STEBBINS**                                                                                 **PLAINTIFF**

**VS.**                                **NO. 12-CV-3022**

**BOONE COUNTY ARKANSAS, ET AL.**                      **DEFENDANTS**

## MOTION TO COMPEL

Pursuant to Rule 37(a)(2) and (4) of the Rules of Civil Procedure, the Washington County Defendants, by and through its attorneys, Rainwater, Holt & Sexton, and for its Motion for Order Compelling Answer to Discovery Requests, state as follows::

1. On July 20, 2012, Defendants propounded Interrogatories and Request for Production to the Plaintiff. On August 20, 2011, Defendants sent a second request.

2. On August 27, 2012, Counsel for the Defendants received Plaintiff's responses to Interrogatories and Request for Production to Plaintiff.

3. Plaintiff objected to providing the names and addresses of physicians and/or healthcare facilities that had provided treatment to the Plaintiff within the last 3 years. Plaintiff also objected to providing a signed medical authorization which would allow Defendants to obtain copies of Plaintiff's medical records (*Exhibit A*, specifically Interrogatory Nos. 7 & 8; and *Exhibit B*).

4. Defendants have, in good faith, attempted to confer with Plaintiff in an effort to obtain discovery without court action.

5. Plaintiff has alleged that his rights were violated under "Title II of the American Disabilities Act" as well 42 U.S.C. § 1983, and that Defendants did not accommodate his disability, Asperger's Syndrome, during his incarceration (Doc. No. 1). As such, Defendants are entitled to review his medical records pursuant to Rule 26 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendants request that the Court grant the Motion to Compel and enter an Order directing Plaintiff to provide the names and addresses of his treating physicians and/or

healthcare facilities, and to execute the medical authorization.

Respectfully submitted,

BOONE COUNTY, ARKANSAS, and SHERIFF DANNY HICKMAN Boone County, Arkansas Defendants

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas 72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
email: owens@rainfirm.com

By:    /s/ Jason E. Owens
       Michael R. Rainwater, #79234
       Jason Owens, #2003003

## CERTIFICATE OF SERVICE

I hereby certify that on September 14th, 2012, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, and I mailed the document by United States Postal Service to the following non CM/ECF participants:

Mr. David Stebbins, Pro Se
c/o Boone County Jail
5800 Law Drive
Harrison, AR 72601

       /s/ Jason E. Owens
       Jason Owens, #2003003
       Attorney for Defendants
       RAINWATER, HOLT & SEXTON, P.A.
       P.O. Box 17250
       6315 Ranch Drive
       Little Rock, Arkansas 72222-7250
       Telephone (501) 868-2500
       Telefax (501) 868-2505
       Email: owens@rainfirm.com

6653.4010