IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DAVID STEBBINS**                                                          **PLAINTIFF**

VS.                          **NO. 12-CV-3022**

**BOONE COUNTY ARKANSAS, ET AL.**                      **DEFENDANTS**

## REQUESTS FOR PRODUCTION TO PLAINTIFF

The Boone County Defendants request the Plaintiff to produce the documents and tangible objects listed herein below within thirty (30) days. **Handwritten responses are perfectly acceptable.**

REQUEST FOR PRODUCTION NO. 1: Please sign (as the "patient") and produce the attached Authorization for Medical Information form. [handwritten: objection: Doctor-paitient privilege.]

Please mail copies of the documents covered by this request to the undersigned attorney at Rainwater, Holt & Sexton, P.A.; P.O. Box 17250, Little Rock, AR 72222-7250.

                                                Respectfully submitted,

                                                BOONE COUNTY, ARKANSAS, and SHERIFF DANNY HICKMAN Boone County, Arkansas Defendants

                                                RAINWATER, HOLT & SEXTON, P.A.
                                                P.O. Box 17250
                                                6315 Ranch Drive
                                                Little Rock, Arkansas 72222-7250
                                                Telephone (501) 868-2500
                                                Telefax (501) 868-2505
                                                email: owens@rainfirm.com

By:               /s/ Jason E. Owens
                     Michael R. Rainwater, #79234
                     Jason Owens, #2003003

Exhibit B