U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
SEP 18 2012
CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                              PLAINTIFF

VS.                                    CASE NO. 12-3022

DANNY HICKMAN & BOONE COUNTY, AR                     DEFENDANTS

## NOTICE OF CHANGE OF ADDRESS

I, *pro se* Appellant David Stebbins, do hereby certify under penalty of perjury that my new address is listed below.

So certified this 17th day of September, 2012.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

PRIORITY MAIL
POSTAGE REQUIRED.

FIRMLY



UNITED STATES POSTAL SERVICE ® **Click-N-Ship®**

**P**

usps.com  9405 5036 9930 0141 8461 08 0049 0001 0117 2701
$4.90
US POSTAGE
Flat Rate Env



Commercial Base Pricing

09/17/12    Mailed from 72601    062S0000001311

## USPS PRIORITY MAIL®

DAVID A STEBBINS
123 W RIDGE AVE
APT D
HARRISON AR 72601-4207

**0006**

SHIP
TO: U.S. DISTRICT COURT
35 E MOUNTAIN ST
STE 510
FAYETTEVILLE AR 72701-5353

ZIP - e/ USPS DELIVERY CONFIRMATION™



420 72701 9405 5036 9930 0141 8461 08

Electronic Rate Approved #038555749







This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; Oct. 2008; All rights reserved.