**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION**

**DAVID STEBBINS**                                                                                 **PLAINTIFF**

**VS.**                                 **NO. 12-CV-3022**

**BOONE COUNTY ARKANSAS, ET AL.**                               **DEFENDANTS**

<u>DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL</u>

Come the Boone County Defendants, through their attorneys, Rainwater, Holt & Sexton, P.A. and for their Response to Plaintiff's Motion to Compel state as follows:

1. Defendants received Plaintiff's discovery requests as alleged in Plaintiff's Motion to Compel. Defendants received said discovery requests on August 20, 2012. (Ex. A).

2. On September 18, 2012, Plaintiff filed a Notice of Change of Address with the Court. (Ex. B).

3. Plaintiff listed the following address in his Change of Address: 123 W. Ridge St., APT D, Harrison, AR 72601.

4. On September 19, 2012, pursuant to Rule 33(b)(2) of the Federal Rules of Civil Procedure, Counsel for defendants responded to Plaintiff's discovery, and mailed said responses to Plaintiff at his given address. (Ex. C).

5. Defendants sent the discovery responses to the address listed by Plaintiff in his Notice of Change of Address.

6. The USPS returned the mail to Defendants' counsel as undeliverable and unable to forward. (Ex. D).

7. Defendants are in the process of resending the discovery responses to the Plaintiff at his address listed in his notice of change of address.

Wherefore, the Defendants respectfully request that Plaintiff's motion to compel be denied as moot.

Respectfully submitted,

BOONE COUNTY, ARKANSAS, and SHERIFF DANNY HICKMAN Boone County, Arkansas Defendants

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas 72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
email: owens@rainfirm.com

By:    /s/ Jason E. Owens
       Michael R. Rainwater, #79234
       Jason Owens, #2003003

## CERTIFICATE OF SERVICE

I hereby certify that on September 27th, 2012, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, and I mailed the document by United States Postal Service to the following non CM/ECF participants:

Mr. David Stebbins, Pro Se
123 W. Ridge St., Apt. D
Harrison, AR 72601

       /s/ Jason E. Owens
Jason Owens, #2003003
Attorney for Defendants
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas 72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
Email: owens@rainfirm.com

4010