David Stebbins
5800- Law Dr
Harrison, AR 72601

RECEIVED
AUG 20 2012
RAINWATER, HOLT & SEXTON

Jason Owens
~~6315 Ranch~~
P.O. Box 17250
Little Rock, AR 72222

722287250



Exhibit A