U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP 18 2012

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                                  PLAINTIFF

VS.                                    CASE NO. 12-3022

DANNY HICKMAN & BOONE COUNTY, AR                              DEFENDANTS

## NOTICE OF CHANGE OF ADDRESS

I, *pro se* Appellant David Stebbins, do hereby certify under penalty of perjury that my new address is listed below.

So certified this 17th day of September, 2012.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

Exhibit B






**USPS PRIORITY MAIL®**

DAVID A STEBBINS
123 W RIDGE AVE
APT D
HARRISON AR 72601-4207

0006

SHIP
TO: U.S. DISTRICT COURT
35 E MOUNTAIN ST
STE 510
FAYETTEVILLE AR 72701-5353

ZIP - e/ USPS DELIVERY CONFIRMATION™



420 72701 9405 5036 9930 0141 8461 08

Electronic Rate Approved #038555749

