

# RAINWATER HOLT & SEXTON, P.A.   ATTORNEYS AT LAW

P.O. Box 17250   Little Rock, AR 72222-7250   Tel: 800-434-4800   Fax: 501-868-2505   www.Rainfirm.com

September 19, 2012

Michael R. Rainwater *
J. Stephen Holt ‡
Robert M. Sexton
Jason E. Owens †
Matthew C. Hutsell *
Jeremy M. McNabb †‡
John M. Rainwater
Jessica B. Vaught
Sarah E. Baber
S. Wade Parker
Thomas J. Diaz ø
Robert L. Beard, Jr.
Vincent P. France
Colin P. Wall
JaNan A. Davis
    (of Counsel)

Little Rock
501-868-2500
Conway
501-328-2000
Hot Springs
501-525-9000
Fayetteville
479-271-2310

David Stebbins, *pro se*
123 W. Ridge St., Apt. D
Harrison, AR 72601

Re:   *David Stebbins vs. Boone County, AR et al.*
       USDC #12-3022

Dear Mr. Stebbins:

Enclosed please find a copy of the Responses to your Interrogatories and Requests for Production of Documents.

Thank you.

Sincerely,

Jason E. Owens

Enclosure

6653.4010

Also licensed in:
* Mississippi
† Missouri
‡ Tennessee
ø Wisconsin

**EXHIBIT C**