

049.J82054840

$0 1.30⁰

09/19/2012

Mailed From 72223

**US POSTAGE**

**INJURY LAWYERS**

P.O. Box 17250, Little Rock, AR 72222-7250

David Stebbins
123 W. Ridge St., Apt. D
Harrison, AR 72601

NOT DELIVERABLE
AS ADDRESSED,
UNABLE TO FORWARD

6653·4010

ANTI-STATIC
MEDIA MAILER

**CAUTION**
**Do not bend or fold**
**Avoid exposure to all magnetic fields**



**EXHIBIT D**

RAINWATER
HOLT & SEXTON.
INJURY LAWYERS

P.O. Box 17250, Little Rock, AR 72222-7250

Mr. David Stebbins
123 Ridge St., Apt. D
Harrison, AR 72601



NOT DELIV--
AS ADD---
UNABL- TO FORWA--



neopost

049J82054840
$05.300
09/19/2012
Mailed From 72223
US POSTAGE