# UNITED STATES DISTRICT COURT
for the

District of

|  |  |  |
|---|---|---|
| *Plaintiff* <br> v. | ) <br> ) <br> ) <br> ) <br> ) | Case No. |
| *Defendant* |  |  |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

.

Date: _____

_____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*

CERTIFICATE OF SERVICE

/s/ _____
Name:
Bar Number:
Attorney for:
Law Firm Name:
Law Firm Address:
City State ZIP:
Phone Number:
Email Address: