U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

OCT 0 3 2012

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK



## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF ARKANSAS

**DAVID STEBBINS**　　　　　　　　　　　　　　　　**PLAINTIFF**

**VS.**　　　　　　　　　　**CASE NO. 12-3022**

**BOONE COUNTY, AR**　　　　　　　　　　　　　　　**DEFENDANTS**

### STATEMEN OF UNCONTROVERTED FACTS IN SUPPORT OF SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following statement of facts in support of my second motion for partial summary judgment.

1. On November 25, 2011, I was arrested under baseless suspicion of domestic battery. See Exhibit A.

2. I was released from custody on March 14, 2012. See Exhibit A.

3. I was arrested again on July 27, 2012 and was subsequently re-released on September 17, 2012. See exhibit B.

4. During both incarcerations, I was required to treat the jail officers "with respect and courtesy." See Exhibit C, Paragraph #1.

5. Defendants assert that this rule is constitutional because it assists in the order and security of the jail. See Exhibit D, Answer to Interrogatory No. 3.

Wherefore, premises considered, I respectfully request that the First Motion for PSJ be granted.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com