

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                  PLAINTIFF

VS.                CASE NO. 12-3022

BOONE COUNTY, AR                                   DEFENDANTS

### STATEMEN OF UNCONTROVERTED FACTS IN SUPPORT OF THIRD MOTION FOR PARTIAL SUMMARY JUDGMENT

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following statement of facts in support of my second motion for partial summary judgment.

1. On November 25, 2011, I was arrested under baseless suspicion of domestic battery. See Exhibit A.

2. I was released from custody on March 14, 2012. See Exhibit A.

3. I was arrested again on July 27, 2012 and was subsequently re-released on September 17, 2012. See exhibit B.

4. During my incarceration, I was required to perform janitorial services for the jail. See Exhibit C, Paragraph F.

5. Defendants provided a rather scant justification for this rule. See Exhibit D, Answer to Interrogatory No. 4.

Wherefore, premises considered, I respectfully request that the First Motion for PSJ be granted.

*David Stebbins*
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com