U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
OCT 05 2012
CHRIS R. JOHNSON, Clerk
By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS            PLAINTIFF

VS.    CASE NO. 12-3022

BOONE COUNTY, AR AND DANNY HICKMAN    DEFENDANTS

### RESPONSE IN OPPOSITION TO [32] DEFENDANT'S MOTION TO COMPEL DISCOVERY

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following response in opposition to Document #32, Defendant's Motion to Compel Discovery.

**Explanation of untimeliness.**

This response is untimely. However, the lack of timeliness should be excused because, as you can see, the motion was mailed to me at the Jail, only one business day before I left the jail. Defense counsel made no attempt to send the motion to my new address. Therefore, I never received the motion until happening upon it on Pacer on October 3 by sheer coincidence. When I saw it, I wasted no time in responding to it.

**Defense counsel made no attempt to resolve the dispute without court action.**

In Paragraph #4 of their motion, Defendants state that they "have, in good faith, attempted to confer with Plaintiff in an effort to obtain discovery without court action." This, however, is a flat-out lie. Defendants have not and cannot produce any documentation of their attempts to confer. When I was released from jail, I once again had access to email, which defense counsel and I use for non-formal legal discussions. If they had attempted to contact me over email to discuss the matter, they would have been able to produce it.

However, they have not done so, nor have they produced any phone records[1], or even

---

1  To call me from Little Rock would require long-distance calling, which means that it would be on record with their telephone service provider.

produced a letter that they *claim* to have sent me. They have simply *claimed* that they have attempted in good faith to resolve the dispute without court action, which, again, is a flat-out lie.

**Their motion should be denied anyway because their discovery request is overbroad.**

Even assuming that the Court reaches the merit of their motion to compel, it should still be denied. I find it rather conspicuous that the Defense Counsel never actually produced the actual release form that they originally wanted me to sign. If they did, it would have shown the Court that the requested discovery was, indeed, privileged. Yes, I am suing for failure to provide reasonable accommodations for my Asperger Syndrome. Therefore, some of my medical records are, indeed, relevant to this case. However, the release form that Defense Counsel wanted me to sign would have released *all* my medical records, not just those related to me being diagnosed with Asperger Syndrome. If the medical records release form only authorized the release of medical records documenting the fact that I have Asperger Syndrome, then that would have been fine; I would have signed the release.

Along with demonstrating why their motion should be denied on the merits, it also provides evidence that they made no attempt, whatsoever, to resolve the dispute with me before resorting to court action. Notice the final sentence in the last paragraph: "If the medical records release form only authorized the release of medical records documenting the fact that I have Asperger Syndrome, then that would have been fine; I would have signed the release." If they had discussed this with me before resorting to the courts, they would have known that. Therefore, just by nature of this motion even existing, that means that defense counsel never attmepted to resolve the dispute without court action.

**Conclusion**

As this Court can see, their motion fails, both on technical and meritorious grounds.

Wherefore, premises considered, I respectfully request that Document #32, Defendant's Motion to Compel, be denied.

*David Stebbins*
David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com



CPU U.S. POSTAGE
$1.90
PB 1P 000　MAILED OCT 04 2012
3660515　　　　　72601
FCMF

David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701