U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
OCT 05 2012
CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                PLAINTIFF

VS.          CASE NO. 12-3022

BOONE COUNTY, AR AND DANNY HICKMAN      DEFENDANTS

## FIRST MOTION FOR SANCTIONS

  Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following motion for sanctions.

  Defendants have lodged a series of completely frivolous discovery requests that are inexplicable by anything other than either laziness or malice. Regardless of the explanation the Court accepts for these frivolous discovery requests, sanctions are in order. Even when they provided an answer, their responses were so half-arsed that I can't even believe they bothered. Details are in my Second Motion to Compel Discovery (filed simultaneously with this motion).

  Wherefore, premises considered, I respectfully request that the Court issue the Defendants an appropriate sanction, to act on top of (not in place of) the sanction requested in my Second Motion for Sanctions (also filed simultaneously with this motion).

  So requested on this 4th day of October, 2012.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com



**CPU** U.S. POSTAGE
**$ 1.90⁰**
PB  1P  000        MAILED    OCT 04 2012
3660515                      72601
FCMF

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701

David Stebbins
123 W. Ridge St.
APT. D
Harrison, AR 72601