U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
OCT 05 2012
CHRIS R. JOHNSON, Clerk
By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

**DAVID STEBBINS**                                                                           **PLAINTIFF**

VS.                               **CASE NO. 12-3022**

**BOONE COUNTY, AR AND DANNY HICKMAN**              **DEFENDANTS**

## SECOND MOTION FOR SANCTIONS

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following motion for sanctions.

Defendants have failed to provide the camera footage that I requested in my discovery because it "no longer exists." However, this is just as frivolous an excuse as the rest of their objections. They have known about this litigation since before it even got filed; they should have known to preserve the camera footage. Even if they did not know to preserve the camera footage before the case was filed, they received my request for the camera footage on August 1, 2012; they have no excuse for not preserving all camera footage from that point forward.

The First Motion for Sanctions (filed simultaneously with this motion) requested sanctions pursuant to FRCP 11. This motion requests sanctions pursuant to FRCP 37(b)(2)(A)(i). Since the camera footage no longer exists, it would be a futile waste of the Court's resources to simply issue an order compelling its production. Such an order would only be violated, due to the physical impossibility of complying with it. Therefore, we should save taxpayers' time and money by cutting straight to the inevitable Rule 37(b) Sanctions.

I ask that the Court order that all facts that the camera footage would have proven (namely, Jason Jones' harassing and bullying me, and Jason Day's refusal to allow me to get a word in edge-wise) be established in my favor for the purposes of this case, pursuant to Fed. R. Civ. P. Rule 37(b)(2)(A)(i).

So requested on this 4th day of October, 2012.

*David S. Stebbins*
David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com




CPU U.S. POSTAGE $ 1.90⁰
PB 1P 000    MAILED OCT 04 2012
3660515             72601
FCMF

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701

David Stebbins
123 W. Ridge St.
Apt. D
Harrison, AR 72601