US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
OCT 17 2012
CHRIS R. JOHNSON, Clerk
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                                    PLAINTIFF

VS.                        CASE NO. 12-3022

BOONE COUNTY, AR AND DANNY HICKMAN             DEFENDANTS

## MOTION FOR DECLARATORY RELIEF

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following motion for declaratory relief.

In one of its orders (I forget the Docket Entry Number), Hon. Marchewski demanded that the Defendants file a motion for summary judgment by November 14, and then I would be given an opportunity to respond. I *believe* that this is the legal issue to which he is referring. If it is, then we can get this issue out of the way right here and now.

I accuse the county of arresting me (the act which proximately caused my felony charges) out of vindictiveness and a desire to persecute me for my extensive litigation history. It is my belief – as well as the declaration of law that I seek in this motion – that the precedent of *Heck v. Humphrey*, 512 US 477 (1994) does not apply in this case, and that my guilt or innocence in the related felony action is irrelevant, since I am alleging, not an improper act, but an improper motive. Details are in the included brief.

Wherefore, premises considered, I request that the Court declare the law in my favor on this issue.

*David Stebbins* (signature)

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com