# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# HARRISON DIVISION

**DAVID STEBBINS**                                                                                    **PLAINTIFF**

**VS.**                                                  **NO. 12-CV-3022**

**BOONE COUNTY ARKANSAS, ET AL.**                                        **DEFENDANTS**

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO PLAINTIFF'S FIRST, SECOND, AND THIRD MOTIONS FOR PATRIAL SUMMARY JUDGMENT

Come now the Defendants, and for their motion requesting an extension of time pursuant to Rule 56(d) to file their Response to Plaintiff's First, Second, and Third Motions for Partial Summary Judgment, state:

1. The deadline for filing the Defendants' Responses to Plaintiff's Motions for Partial Summary Judgment is October 17, 2012, however, due to a heavy litigation schedule, the undersigned counsel has been unable to complete the Defendants' summary judgment motion to date.

2. The Defendants are in the process of obtaining information pertinent to the responses to be filed and respectfully request an extension to file their Responses to Plaintiff's Motions for Partial Summary Judgment to and including Monday, October 22, 2012.

3. This motion is not intended for purposes of harassment or delay.

Wherefore, the Defendant respectfully requests an extension to and including Monday, October 22, 2012, in which to file their Responses to Plaintiff's Motions for Partial Summary Judgment and supporting documents.

Respectfully submitted,

BOONE COUNTY, ARKANSAS, and SHERIFF DANNY HICKMAN Boone County, Arkansas Defendants

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas  72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
email: thompson@rainfirm.com

By:     /s/ Geoffrey Thompson
Michael R. Rainwater, #79234
Geoffrey Thompson, #2002093

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2012, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, and I mailed the document by United States Postal Service to the following non CM/ECF participants:

Mr. David Stebbins, Pro Se
123 W. Ridge St., Apt. D
Harrison, AR 72601
stebbins@yahoo.com

 /s/ Geoffrey Thompson
Geoffrey Thompson, #2002093
Attorney for Defendants
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas  72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
Email: owens@rainfirm.com

6653.4010