**Jason Owens**

| | |
|---|---|
| **From:** | David Stebbins <stebbinsd@yahoo.com> |
| **Sent:** | Saturday, September 29, 2012 12:54 AM |
| **To:** | Jason Owens |
| **Subject:** | 12-3022 discovery |

Owens, who do you think you're trying to kid? Where the FUCK are your responses to my discovery requests?

Listen, what if I were to sue not only Boone County, but also YOU, for abuse of process!

If I loose this case because you won't give me discovery, that is what is going to happen to you.

Exhibit A