# Geoff Thompson

**From:** Jason Owens <owens@rainfirm.com>
**Sent:** Monday, October 01, 2012 1:45 PM
**To:** thompson@rainfirm.com
**Subject:** FW: Discovery

**From:** David Stebbins [mailto:stebbinsd@yahoo.com]
**Sent:** Sunday, September 30, 2012 9:57 PM
**To:** Jason Owens
**Subject:** Discovery

Owens, your discovery objections are frivolous. The first interrogatory does not just lead to the discovery of admissible evidence; it is one of my biggest *pieces* of evidence! It directly relates to my claim that I am only being charged with this crime, not because I actually did anything, but because the county wishes to persecute me for my lawsuit history.

What, didn't you read that in the Complaint?!

For that matter, you failed to provide an "exhaustive and thorough" explanation. The first interrogatory is the one I used to describe *what an exhaustive and thorough explanation is*, so you have no excuse for not giving it.

Your response to my second interrogatory is also insufficient. Remember, "exhaustive and thorough" explanations mean that I want you to answer every obvious follow-up question. I had already quelled this answer in my complaint (where I pointed out that Jason Day *wouldn't let me get a word in edge-wise!*), so obviously, you should show something to refute that claim.

Your objection to Request for Production No. 2 is equally frivolous. This jail knew about this lawsuit; they should have *preversed* the camera footage. This would have cost them nothing if they did by uploading them as unlisted videos to Youtube.

For that matter, why wasn't the camera footage that the jail accrued *after you received my discovery request* preserved?

My third production request is not "entirely unlimited." Oh, it is massive; do not get me wrong, there. However, it is not unlimited. It would not be burdensome if you simply burned it to CD format and sent it to me; at that point, it is just a matter of copying-and-pasting computer files.

Your objection to Production Request No. 4 is frivolous for the same reasons as the first and third production requests.

Your response to my seventh interrogatory is equally bullcrap. They're the county's *employees*! If you don't know whether or not they knew about it, couldn't you, oh, I don't know... *ask them*!

You have twenty-four hours to respond to this email and give me a tracking number for your updated discovery responses; otherwise, I will file *another* motion to compel discovery.

1

Exhibit B