# Geoff Thompson

**From:** David Stebbins <stebbinsd@yahoo.com>
**Sent:** Monday, October 01, 2012 9:23 PM
**To:** thompson@rainfirm.com
**Subject:** Re: Discovery.

What do you mean, you'll need some time to "review the responses?"

---

**From:** Geoff Thompson <thompson@rainfirm.com>
**To:** stebbinsd@yahoo.com
**Sent:** Monday, October 1, 2012 5:19 PM
**Subject:** Discovery.

Mr. Stebbins,

Mr. Owens asked me to review your email concerning the defendant's discovery responses. I read your email today but need some additional time to fully review the responses. I will be able to respond to you by close of business on Wednesday (October 3, 2012).

Thanks in advance.

Geoff

**Geoff Thompson**
Attorney

Rainwater, Holt & Sexton, PA
Post Office Box 17250
Little Rock, Arkansas 72222
**(501) 868-2946 - Direct**
(501) 868-2505 - Fax
(800) 434-4800 - Toll Free
www.CallRainwater.com
thompson@rainfirm.com



*This email may contain privileged and confidential information and is intended only for the use of the specific individual(s) to whom it is addressed. If you are not an intended recipient of the email, you are hereby notified that any unauthorized use, dissemination or copying of this email or the information contained in it or attached to it is strictly prohibited. If you have received this email in error, please delete it and immediately notify the person named above by reply mail.*

1

Exhibit C