# Geoff Thompson

**From:** David Stebbins <stebbinsd@yahoo.com>
**Sent:** Wednesday, October 03, 2012 3:20 PM
**To:** thompson@rainfirm.com
**Subject:** Re: Notice of Appearance

Are you agreeing to conduct discovery via email? Is this the reason you are sending this email to me this time?

---

**From:** Geoff Thompson <thompson@rainfirm.com>
**To:** stebbinsd@yahoo.com
**Sent:** Wednesday, October 3, 2012 3:15 PM
**Subject:** Notice of Appearance

Mr. Stebbins,

Please see the attached Notice of Appearance that was filed with the Court. I have also attached a notice of deposition for October 16, 2012. Recently, a letter was sent to your address with a notice of deposition but the letter was returned as undeliverable.

Thanks

Geoff

**Geoff Thompson**
Attorney

Rainwater, Holt & Sexton, PA
Post Office Box 17250
Little Rock, Arkansas 72222
**(501) 868-2946 - Direct**
(501) 868-2505 - Fax
(800) 434-4800 - Toll Free
www.CallRainwater.com
thompson@rainfirm.com



*This email may contain privileged and confidential information and is intended only for the use of the specific individual(s) to whom it is addressed. If you are not an intended recipient of the email, you are hereby notified that any unauthorized use, dissemination or copying of this email or the information contained in it or attached to it is strictly prohibited. If you have received this email in error, please delete it and immediately notify the person named above by reply mail.*

1

Exhibit D