**From:** David Stebbins <stebbinsd@yahoo.com>
**Sent:** Wednesday, October 03, 2012 4:41 PM
**To:** thompson@rainfirm.com
**Subject:** Re: Notice of Appearance

What is in the letter?  What is your response to my discovery dispute?

---

**From:** Geoff Thompson <thompson@rainfirm.com>
**To:** 'David Stebbins' <stebbinsd@yahoo.com>
**Sent:** Wednesday, October 3, 2012 4:40 PM
**Subject:** RE: Notice of Appearance

No, I emailed you with attached the Notice of Deposition because on at least two occasions mail that was sent to you has been returned to our office.  A letter in response to your email dated September 30, 2012, that was sent to Mr. Owens, was put in the mail today.  Please let me know if you do not receive the letter.

Thanks,

Geoff

**Geoff Thompson**
Attorney

Rainwater, Holt & Sexton, PA
Post Office Box 17250
Little Rock, Arkansas 72222
**(501) 868-2946 - Direct**
(501) 868-2505 - Fax
(800) 434-4800 - Toll Free
www.CallRainwater.com
thompson@rainfirm.com



*This email may contain privileged and confidential information and is intended only for the use of the specific individual(s) to whom it is addressed. If you are not an intended recipient of the email, you are hereby notified that any unauthorized use, dissemination or copying of this email or the information contained in it or attached to it is strictly prohibited. If you have received this email in error, please delete it and immediately notify the person named above by reply mail.*

**From:** David Stebbins [mailto:stebbinsd@yahoo.com]
**Sent:** Wednesday, October 03, 2012 3:20 PM
**To:** thompson@rainfirm.com
**Subject:** Re: Notice of Appearance

Exhibit E