# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# HARRISON DIVISION

**DAVID STEBBINS**                                                                            **PLAINTIFF**

**VS.**                                      **NO. 12-CV-3022**

**BOONE COUNTY ARKANSAS, ET AL.**                                **DEFENDANTS**

## DEFENDANTS' RESPONSE TO PLAINTIFF'S FIRST MOTION FOR SANCTIONS (DOC#50)

Come now the Boone County Defendants, and for their response to Plaintiff's Motion for Sanctions, state:

Defendants have fully addressed the discovery issues raised by the Plaintiff in its Response to Plaintiff's Second Motion to Compel. Counsel for the Defendants have made reasonable efforts to expedite litigation consistent with the interests of their client. *See* Model Rules of Professional Conduct, Rule 3.2, Expediting Litigation.

Counsel for the Defendants have not unlawfully obstructed another party's access to evidence or unlawfully altered, destroy or concealed any document or other material having potential evidentiary value. Counsel for the Defendants have not requested that a person other than their client to refrain from voluntarily giving relevant information to another party. *See* Model Rules of Professional Conduct, Rule 3.4, Fairness To Opposing Party And Counsel.

An attorney's duty of candor to the Court does not encompass any duty to accept as true the allegations made by an opposing party. The Motion for Sanctions has no basis in either law or fact, and should be denied.

WHEREFORE, the Defendants pray this Court will deny Plaintiff's First Motion for Sanctions.

Respectfully submitted,

BOONE COUNTY, ARKANSAS, and SHERIFF
DANNY HICKMAN Boone County, Arkansas
Defendants
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas  72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
email: thompson@rainfirm.com

By:     /s/ Geoff Thompson
       Michael R. Rainwater, #79234
       Geoff Thompson, #2002093

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2012, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, and I mailed the document by United States Postal Service to the following non CM/ECF participant:

Mr. David Stebbins, Pro Se
123 W. Ridge St., Apt. D
Harrison, AR 72601
stebbins@yahoo.com

       /s/ Geoff Thompson
       Geoff Thompson, #2002093
       Attorney for Defendants
       RAINWATER, HOLT & SEXTON, P.A.
       P.O. Box 17250
       6315 Ranch Drive
       Little Rock, Arkansas  72222-7250
       Telephone (501) 868-2500
       Telefax (501) 868-2505
       Email: thompson@rainfirm.com

6653.4010