IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DAVID STEBBINS**                                                                            **PLAINTIFF**

**VS.**                                   **NO. 12-CV-3022**

**BOONE COUNTY ARKANSAS, ET AL.**                             **DEFENDANTS**

## DEFENDANTS' RESPONSE TO
## PLAINTIFF'S SECOND MOTION FOR SANCTIONS (DOC#52)

Come now the Boone County Defendants, and for their response to Plaintiff's Second Motion for Sanctions, state:

Defendants have fully addressed the discovery issues raised by the Plaintiff in their Response to Plaintiff's Second Motion to Compel. Plaintiff alleges in his Brief in Support of Second Motion for Sanctions that "the camera footage would have proven 99.99% of Jason Jones' shenanigans, including, but not limited to the following:". The Plaintiff goes on to state several incidents allegedly involving Jason Jones that happened prior to Jason Jones leaving Boone County Detention Center in February 2012. Sheriff Hickman was not served with the Complaint until July 16, 2012. Defendant has explained that the video camera storage system only allows for storage of video for an approximate three to seven day period.

Defendants and Defendants' Counsel have made reasonable efforts to respond to Plaintiff's discovery requests. Counsel for the Defendants have made reasonable efforts to expedite litigation consistent with the interests of their client. *See* Model Rules of Professional Conduct, Rule 3.2, Expediting Litigation.

Counsel for the Defendants has not unlawfully obstructed another party's access to evidence or unlawfully altered, destroyed or concealed any document or other material having potential evidentiary value.  Counsel for the Defendant have not requested that a person other than their client to refrain from voluntarily giving relevant information to another party.  *See* Model Rules of Professional Conduct, Rule 3.4, Fairness To Opposing Party And Counsel.

An attorney's duty of candor to the Court does not encompass any duty to accept as true the allegations made by an opposing party.  The Motion for Sanctions has no basis in either law or fact, and should be denied.

WHEREFORE, the Defendants pray this Court will deny Plaintiff's Second Motion for Sanctions and all other requested relief.

                Respectfully submitted,

                BOONE COUNTY, ARKANSAS, and SHERIFF
                DANNY HICKMAN Boone County, Arkansas
                Defendants
                RAINWATER, HOLT & SEXTON, P.A.
                P.O. Box 17250
                6315 Ranch Drive
                Little Rock, Arkansas  72222-7250
                Telephone (501) 868-2500
                Telefax (501) 868-2505
                email: thompson@rainfirm.com

         By:   /s/ Geoff Thompson
                Michael R. Rainwater, #79234
                Geoff Thompson, #2002093

# CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I am mailing a copy by U.S. Mail, postage prepaid to the following non CM/ECF user:

Mr. David Stebbins, Pro Se
123 W. Ridge St., Apt. D
Harrison, AR 72601
stebbins@yahoo.com

           /s/ Geoff Thompson
Geoff Thompson, #2002093
Attorney for Defendants
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas 72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
Email: thompson@rainfirm.com

6653.4010