IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                              PLAINTIFF

VS.                                         NO. 12-CV-3022

BOONE COUNTY ARKANSAS, ET AL.                                            DEFENDANTS

**DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST MOTION FOR PARTIAL SUMMARY JUDGMENT (DOC. NO. 38), AFFIRMATIVE MOTION FOR JUDGMENT ON THE PLEADINGS, AND IN THE ALTERNATIVE, MOTION FOR STAY OF JUDGMENT UNTIL DISCOVERY IS COMPLETED**

Comes now the Boone County Defendant, by and through their attorneys, Duncan and Rainwater, P.A., and for its Response to Plaintiff's First Motion for Partial Summary Judgment, state the following:

1. Plaintiff filed this action pursuant to 42 U.S.C. § 1983, alleging numerous constitutional violations during his incarceration at the Boone County Detention Center.

2. Plaintiff alleges the following:

   a. "On January 15, 2012, I had secured a hotel reservation at a place called the "Hotel Seville." However, the jail staff refused to allow me to bond because I had not received any court-ordered treatment, even though I was only required to pledge to get this treatment." *Brief in Support of Second Motion for Partial Summary Judgment, p. 1.*

   b. Plaintiff alleges that two days after his initial request, the jail administrator lifted the restriction for him to receive medical treatment before he was released. Plaintiff alleges that during that two days, the Hotel changed its renting policy and

1

found out about his charges and then cancelled his reservation. *Id*. Plaintiff alleges that the two days prevented him from being bonded out because he no longer had a place to stay.

c.  Plaintiff requested the use of a telephone to call a newspaper advertisement that was advertising rooms to rent. "Although the jail staff said I could use it, they never escorted me there. It was only Monday, when again, Jason day intervened, that I managed to call them. However, by that time, the two rooms that the ad in the newspaper had advertised had already been rented out." *Id*. at p. 2.

d.  "Meanwhile, while all this was going on at the jail, my litigation was wasting away at the Boone County Circuit Court. I was supposed to be suing Harp & Associates for $6,094,000 for abuse of process, but due to a botched attempt by my mother to monitor the case for me, I had thought that the service of process for that case had never even been perfected on the Defendant." *Id*. at p. 2.

e.  "Had I bonded out mid-January like I should have, I would have learned the truth in time to appeal the dismissal. Therefore, Defendant's failure to allow me to bond - malicious or not - cost me that case. Whether by accident or design, they literally cost me millions of dollars." *Id*.

f.  Plaintiff has not, and cannot offer any proof of any alleged constitutional violation, other than his self-serving testimony. Plaintiff's allegations do not rise to the level on an unconstitutional act by a Boone County employee.

g.  Plaintiff has no, and cannot offer any proof of any alleged unconstitutional Boone County policy or practice. Defendant disputes the allegations contained in

Plaintiff's First Motion for partial Summary Judgment, however, Defendant has been unable to get Plaintiff to appear at a deposition, and therefore, asserts that the Plaintiff's Motion is premature.

3. As a matter of law, Plaintiff's First Motion for Partial Summary Judgment should be dismissed and Judgment on the Pleadings should be granted to the Defendant.

As stated above, the Defendants move to dismiss Plaintiff's First Motion for Partial Summary Judgment and grant Defendant's Motion for Partial Judgment on the pleadings. In the alternative, Defendant would respectfully request the Court grant a motion to stay until after Defendant has had an opportunity to complete discovery.

          Respectfully submitted,

          BOONE COUNTY, ARKANSAS, and SHERIFF
          DANNY HICKMAN Boone County, Arkansas
          Defendants

          RAINWATER, HOLT & SEXTON, P.A.
          P.O. Box 17250
          6315 Ranch Drive
          Little Rock, Arkansas 72222-7250
          Telephone (501) 868-2500
          Telefax (501) 868-2505
          email: thompson@rainfirm.com

        By: /s/ Geoff Thompson
          Michael R. Rainwater, #79234
          Geoff Thompson, #2002093

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 22nd, 2012, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, and I mailed the document by United States Postal Service to the following non CM/ECF participants:

Mr. David Stebbins, Pro Se
123 W. Ridge St., Apt. D
Harrison, AR 72601
stebbins@yahoo.com

             /s/ Geoff Thompson
             Geoff Thompson, #2002093
             Attorney for Defendants
             RAINWATER, HOLT & SEXTON, P.A.
             P.O. Box 17250
             6315 Ranch Drive
             Little Rock, Arkansas 72222-7250
             Telephone (501) 868-2500
             Telefax (501) 868-2505
             Email: thompson@rainfirm.com

6653.4010