## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## HARRISON DIVISION

DAVID STEBBINS                                                          PLAINTIFF

VS.                          NO. 12-CV-3022

BOONE COUNTY ARKANSAS, ET AL.                              DEFENDANTS

### AFFIDAVIT

STATE OF ARKANSAS          )
                           )     ss:
COUNTY OF BOONE            )

Comes now Jason Day, and states, upon oath and under penalty of perjury, the following:

1.      I am a Jail Administrator for the Boone County Detention Center.

2.      As a jail administrator, I am a custodian of the records of the Boone County jail.

3.      Attached hereto are true and correct copies of Judge Gordon Webb's Release document and conditions of release for the Plaintiff.  This record is regularly kept in the ordinary course of business at the Boone County jail.

4.      Mr. Stebbins did not provide proof that he met the conditions of release set by Judge Webb until shortly before the first date he was released on or about March 14, 2012.

_____
Jason Day

_____
Date  10/19/12

1

Exhibit 1

On this ___19th___ day of October, 2012, before me, the undersigned Notary Public, personally appeared **Jason Day**, known to me to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF I hereunto set my hand and official seal.

_Susan M. Fallon_

Notary Public

My commission expires:

___4/6/17___

(S E A L)

SUSAN M. FALLON
MY COMMISSION # 12359766
EXPIRES: April 6, 2017
Boone County

2

# CRIMINAL DOCKET

CASE NO. CR2011-334 4

Elkins-Swyers Co., Springfield, Mo. - Y-4408

ATN _____

| No. of Case | STATE OF ARKANSAS | ATTORNEYS | OFFENSE | DATE OF FILING | | |
|---|---|---|---|---|---|---|
| | | | | Month | Day | Year |
| 11324 | VS | David Stebbins | Domestic Battery and Drugs | 10 | 2 | 11 |

| Date of Orders | ORDERS OF COURT | Instrument Number |
|---|---|---|
| 10-2-11 | Information; Bench Warrant (12-2-11) | |
| 12-2-11 | Appears with Mr. Burch - Not Guilty - Reappear 12/16/11 C.W.ill | |
| 12-2-11 | Motion for Discovery | |
| 12-16-11 | Appears with Mr. Marczuk - Discovery provided - Requests Bond Reduction - Motion for Forensic Evaluation $10,000⁰⁰ | |
| | 2) Harder case of Human Resources / Ask on the treated facilit, 3) Make appointed for Forensic Eval. Bond conditions 1) Place to live - with his parents | |
| | Court enters order for forensic Evaluation - Reappear 1/27/12 C.W.ill | |
| 1-27-12 | Appears with Mr. Marczuk - Reappear 2/24/12 C.W.ill | |
| 1-27-12 | Order for Mental Health Evaluation of Defendant | 12CR00313 |