**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION**

DAVID STEBBINS                                                                                  PLAINTIFF

VS.                         NO. 12-CV-3022

BOONE COUNTY ARKANSAS, ET AL.                             DEFENDANTS

**DEFENDANT'S RESPONSE TO PLAINTIFF'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT (DOC. NO. 41), AFFIRMATIVE MOTION FOR JUDGMENT ON THE PLEADINGS, AND IN THE ALTERNATIVE, MOTION FOR STAY OF JUDGMENT UNTIL DISCOVERY IS COMPLETED**

Comes now the Boone County Defendant, by and through their attorneys, Duncan and Rainwater, P.A., and for its Response to Plaintiff's Second Motion for Partial Summary Judgment, state the following:

1. Plaintiff filed this action pursuant to 42 U.S.C. § 1983, alleging numerous constitutional violations during his incarceration at the Boone County Detention Center.

2. Plaintiff alleges the following in his Second Partial Motion For Summary Judgment: "While in Defendant's custody, I was required, as all inmates are at this jail, to treat the officers"with respect and courtesy." Defendants attempt to justify this because it supposedly assists in the order and security of the jail." *Brief in Support of Second Motion for Partial Summary Judgment, p. 1.*

Plaintiff has not, and cannot offer any proof of any alleged constitutional violation, other than his self-serving testimony. Plaintiff's allegations do not rise to the level on an unconstitutional act by a Boone County employee.

Plaintiff has not, and cannot offer any proof of any alleged unconstitutional Boone County

policy or practice. Defendant disputes the allegations contained in Plaintiff's Second Motion for Partial Summary Judgment, however, Defendant has been unable to get the Plaintiff to appear at a deposition, and therefore, asserts that the Plaintiff's Motion is premature.

3. As a matter of law, Plaintiff's Second Motion for Partial Summary Judgment should be dismissed and Judgment on the Pleadings should be granted to the Defendant.

As stated above, the Defendants move to dismiss Plaintiff's Second Motion for Partial Summary Judgment and grant Defendant's Motion for Partial Judgment on the pleadings. In the alternative, Defendant would respectfully request the Court grant a motion to stay until after Defendant has had an opportunity to complete discovery.

Respectfully submitted,

BOONE COUNTY, ARKANSAS, and SHERIFF DANNY HICKMAN Boone County, Arkansas Defendants

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas 72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
email: thompson@rainfirm.com

By: /s/ Geoff Thompson
Michael R. Rainwater, #79234
Geoff Thompson, #2002093

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 22nd, 2012, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, and I mailed the document by United States Postal Service to the following non CM/ECF participants:

Mr. David Stebbins, Pro Se
123 W. Ridge St., Apt. D
Harrison, AR 72601
stebbins@yahoo.com

          /s/ Geoff Thompson
          Geoff Thompson, #2002093
          Attorney for Defendants
          RAINWATER, HOLT & SEXTON, P.A.
          P.O. Box 17250
          6315 Ranch Drive
          Little Rock, Arkansas 72222-7250
          Telephone (501) 868-2500
          Telefax (501) 868-2505
          Email: thompson@rainfirm.com

6653.4010