# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## HARRISON DIVISION

**DAVID STEBBINS**                                                                                          **PLAINTIFF**

**VS.**                                             **NO. 12-CV-3022**

**BOONE COUNTY ARKANSAS, ET AL.**                                                     **DEFENDANTS**

### DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF INDISPUTABLE MATERIAL FACTS IN SUPPORT OF SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT

Boone County Defendant responds to Plaintiff's Statement of Indisputable Facts and in support of its Response to Plaintiff's First Motion for Partial Summary Judgment as follows:

To date, Defendant has been unable to depose the Plaintiff and asserts that the Plaintiff's First Motion for Partial Summary Judgment and his Statement of Indisputable Material Facts is premature. Defendant disagrees that any actions that occurred were unconstitutional. Plaintiff and Defendant's characterization of events differ. Even if Plaintiff's version of events are taken as true, he has not stated a constitutional violation for which relief can be granted under 42 U.S.C. § 1983.

1. On November 25, 2011, I was arrested under baseless suspicion of domestic battery.

   **-Defendant disputes the characterization of the Plaintiff's statement that his arrest was based on baseless suspicion. Defendant asserts that Deputy Bearthky responded to a 911 call and after his arrival at the scene, evaluated the situation and circumstances and compiled a probable cause affidavit for the arrest of Plaintiff for the charge of Domestic Battery in the 1st degree. The probable cause affidavit was signed by a Boone**

**County Judge.**

2. I was released from custody on March 14, 2012.

   **-No dispute.**

3. I was arrested again on July 27, 2012 and was subsequently re-released on September 17, 2012.

   **-No dispute.**

4. During both incarcerations, I was required to treat the jail officers "with respect and courtesy."

   **-The Boone County Jail Policy speaks for itself and inmates are expected to treat jail officers with respect and courtesy to promote order and security in the jail.**

5. Defendants assert that this rule is constitutional because it assists in the order and security of the jail.

   **-No dispute that the Defendant asserts that the Boone County jail policy is constitutional and that the policy, if followed, assists in the order and security of the jail.**

Respectfully submitted,

BOONE COUNTY, ARKANSAS, and SHERIFF DANNY HICKMAN Boone County, Arkansas
Defendants

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas 72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
email: thompson@rainfirm.com

By: /s/ Geoff Thompson

Michael R. Rainwater, #79234<br>Geoff Thompson, #2002093

## CERTIFICATE OF SERVICE

I hereby certify that on October 22nd, 2012, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, and I mailed the document by United States Postal Service to the following non CM/ECF participants:

Mr. David Stebbins, Pro Se
123 W. Ridge St., Apt. D
Harrison, AR 72601
stebbins@yahoo.com

       /s/ Geoff Thompson
Geoff Thompson, #2002093
Attorney for Defendants
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas  72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
Email: thompson@rainfirm.com

6653.4010