**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**DAVID STEBBINS**                                                                  **PLAINTIFF**

**VS.**                           **NO. 12-CV-3022**

**BOONE COUNTY ARKANSAS, ET AL.**                              **DEFENDANTS**

**DEFENDANT'S RESPONSE TO PLAINTIFF'S THIRD MOTION FOR PARTIAL SUMMARY JUDGMENT (DOC. NO. 44), AFFIRMATIVE MOTION FOR JUDGMENT ON THE PLEADINGS, AND IN THE ALTERNATIVE, MOTION FOR STAY OF JUDGMENT UNTIL DISCOVERY IS COMPLETED**

Comes now the Boone County Defendant, by and through their attorneys, Duncan and Rainwater, P.A., and for its Response to Plaintiff's Second Motion for Partial Summary Judgment, state the following:

1. Plaintiff filed this action pursuant to 42 U.S.C. § 1983, alleging numerous constitutional violations during his incarceration at the Boone County Detention Center.

2. Plaintiff alleges the following in his Second Partial Motion For Summary Judgment "While in Defendant's custody, I was required to perform janitorial services for the jail, cleaning my cell, and taking turns with other inmates cleaning the pod's day room. I was not given the option to not clean; sometimes, I was literally threatened with pepper spray if I did not perform janitorial services for the jail." *Brief in Support of Third Motion for Partial Summary Judgment, p. 1*.

Plaintiff has not, and cannot offer any proof of any alleged constitutional violation, other than his self-serving testimony. Plaintiff's allegations do not rise to the level on an unconstitutional act by a Boone County employee.

1

Plaintiff has not, and cannot offer any proof of any alleged unconstitutional Boone County policy or practice. Defendant disputes the allegations contained in Plaintiff's Second Motion for Partial Summary Judgment, however, Defendant has been unable to get the Plaintiff to appear at a deposition, and therefore, asserts that the Plaintiff's Motion is premature.

3. As a matter of law, Plaintiff's Second Motion for Partial Summary Judgment should be dismissed and Judgment on the Pleadings should be granted to the Defendant.

As stated above, the Defendants move to dismiss Plaintiff's Second Motion for Partial Summary Judgment and grant Defendant's Motion for Partial Judgment on the pleadings. In the alternative, Defendant would respectfully request the Court grant a motion to stay until after Defendant has had an opportunity to complete discovery.

> Respectfully submitted,
>
> BOONE COUNTY, ARKANSAS, and SHERIFF
> DANNY HICKMAN Boone County, Arkansas
> Defendants
>
> RAINWATER, HOLT & SEXTON, P.A.
> P.O. Box 17250
> 6315 Ranch Drive
> Little Rock, Arkansas 72222-7250
> Telephone (501) 868-2500
> Telefax (501) 868-2505
> email: thompson@rainfirm.com
>
> By: /s/ Geoff Thompson
> Michael R. Rainwater, #79234
> Geoff Thompson, #2002093

# CERTIFICATE OF SERVICE

      I hereby certify that on October 22nd, 2012, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, and I mailed the document by United States Postal Service to the following non CM/ECF participants:

Mr. David Stebbins, Pro Se
123 W. Ridge St., Apt. D
Harrison, AR 72601
stebbins@yahoo.com

          /s/ Geoff Thompson
Geoff Thompson, #2002093
Attorney for Defendants
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas  72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
Email: thompson@rainfirm.com

6653.4010