# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### HARRISON DIVISION

DAVID STEBBINS                                                                      PLAINTIFF

VS.                                         NO. 12-CV-3022

BOONE COUNTY ARKANSAS, ET AL.                                    DEFENDANTS

## DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF INDISPUTABLE FACTS IN SUPPORT OF THIRD MOTION FOR PARTIAL SUMMARY JUDGMENT, AFFIRMATIVE MOTION FOR JUDGMENT ON THE PLEADINGS, AND IN THE ALTERNATIVE, MOTION FOR STAY UNTIL DISCOVERY IS COMPLETED

Boone County Defendant responds to Plaintiff's Statement of Indisputable Facts and in support of its Response to Plaintiff's Third Motion for Partial Summary Judgment as follows:

To date, Defendant has been unable to depose the Plaintiff and asserts that the Plaintiff's First Motion for Partial Summary Judgment and his Statement of Indisputable Material Facts is premature. Defendant disagrees that any actions that occurred were unconstitutional. Plaintiff and Defendant's characterization of events differ. Even if Plaintiff's version of events are taken as true, he has not stated a constitutional violation for which relief can be granted under 42 U.S.C. § 1983.

1.       On November 25, 2011, I was arrested under baseless suspicion of domestic battery.

**-Defendant disputes the characterization of the Plaintiff's statement that his arrest was based on baseless suspicion. Defendant asserts that Deputy Bearthky responded to a 911 call and after his arrival at the scene, evaluated the situation and circumstances and compiled a probable cause affidavit for the arrest of Plaintiff for the charge of Domestic Battery in the 1st degree. The probable cause affidavit was signed by a Boone**

**County Judge.**

2.      I was released from custody on March 14, 2012.

        **-No dispute.**

3.      I was arrested again on July 27, 2012 and was subsequently re-released on

        September 17, 2012.

        **-No dispute.**

4.      During my incarceration, I was required to perform janitorial services for the jail.

        **-Defendant disputes Plaintiff's characterization of "required to perform**

**janitorial services for the jail."  Defendant do expect inmates to clean their own cells while**

**they are incarcerated.**

5.      Defendants provided a rather scant justification for this rule.

        **-Defendant disputes the Plaintiff's characterization of its explanation.**

<div style="margin-left:40%">

Respectfully submitted,

BOONE COUNTY, ARKANSAS, and SHERIFF
DANNY HICKMAN Boone County, Arkansas
Defendants

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas  72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
email: thompson@rainfirm.com

By:      ___/s/ Geoff Thompson_____
         Michael R. Rainwater, #79234
         Geoff Thompson, #2002093

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on October 22nd, 2012, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, and I mailed the document by United States Postal Service to the following non CM/ECF participants:

Mr. David Stebbins, Pro Se
123 W. Ridge St., Apt. D
Harrison, AR 72601
stebbins@yahoo.com

_____/s/ Geoff Thompson_____
Geoff Thompson, #2002093
Attorney for Defendants
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas 72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
Email: thompson@rainfirm.com

6653.4010