# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# HARRISON DIVISION

DAVID STEBBINS                                                                                PLAINTIFF

VS.                                       NO. 12-CV-3022

BOONE COUNTY ARKANSAS, ET AL.                                 DEFENDANTS

## SUR-REPLY TO PLAINTIFF'S THIRD MOTION FOR PARTIAL SUMMARY JUDGMENT, AFFIRMATIVE MOTION FOR JUDGMENT ON THE PLEADINGS, AND IN THE ALTERNATIVE, MOTION FOR STAY UNTIL DISCOVERY IS COMPLETED

## I. INTRODUCTION

Comes now the Boone County Defendant, Boone County, Arkansas, by and through its attorney, Rainwater, Holt and Sexton, P.A., and for its Sur-Reply to Plaintiff's Reply to Response to Third Motion for Partial Summary Judgment, reaffirms and realleges its Response to Plaintiff's Third Motion for Partial Summary Judgment and states the following:

**Conditions of Plaintiff's confinement did not rise to the level of a Constitutional violation**

In determining whether the conditions complained of by Plaintiff constitute a sufficiently serious deprivation, we note that prisoners are entitled to "reasonably adequate sanitation, personal hygiene, and laundry privileges, particularly over a lengthy course of time." Howard v. Adkisson, 887 F.2d 134, 137 (8th Cir. 1989). Conditions of confinement are unconstitutional "only when they have a mutually enforcing effect that produces the deprivation of a single, identifiable human need such as food, warmth, or exercise." Wilson v. Seiter, 111 S.Ct. 2321, 2327 (1991); Whitnack v. Douglas County, 16 F.3d 954, 957 (8th Cir. 1994).

To the extent the Plaintiff alleges a violation of the Thirteenth Amendment, he is unable to establish a violation of the Thirteenth Amendment. Compelling prison inmates to work does not

contravene the Thirteenth Amendment.  See Draper v. Rhay, 315 F.2d 193, 197 (9th Cir.), cert denied, 375 U.S. 915, 84, S.Ct. 214, 11 L.Ed2d 153 (1963); Howerton v. Mississippi County, Ark. 361 F.Supp. 356, 364 (E.D. Ark. 1973).

### III.  CONCLUSION

As stated above, the Defendants move to dismiss Plaintiff's Third Motion for Partial Summary Judgment and grant Defendant's Motion for Partial Judgment on the pleadings.  In the alternative, Defendant would respectfully request the Court to stay any judgment until after Defendant has had an opportunity to complete discovery.

Respectfully submitted,

BOONE  COUNTY,  ARKANSAS, and SHERIFF DANNY HICKMAN Boone County, Arkansas in their official capacity, Defendants

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas  72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
email: thompson@rainfirm.com

By:   /s/ Geoff Thompson
Michael R. Rainwater, #79234
Geoff Thompson, #2002093

### CERTIFICATE OF SERVICE

I hereby certify that on November 2nd, 2012, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, and I mailed the document by United States Postal Service to the following non CM/ECF participants:

Mr. David Stebbins, Pro Se
123 W. Ridge St., Apt. D
Harrison, AR 72601

stebbins@yahoo.com

                                      /s/ Geoff Thompson
Geoff Thompson, #2002093
Attorney for Defendants
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas  72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
Email: thompson@rainfirm.com

6653.4010