U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

NOV 13 2012

CHRIS R. JOHNSON, Clerk
By
         Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                    PLAINTIFF

VS.                              CASE NO. 12-3022

BOONE COUNTY, AR                                                  DEFENDANTS

## MOTION TO STRIKE (DOCOUMENT #75) SURREPLY TO THIRD MOTION FOR PSJ

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Motion to Strike Document #75, Defendant's Surreply to my Third Motion for Partial Summary Judgment.

The conditions are inappropriate for a surreply, and even if they were, the case law they cite has no weight in this proceeding.

Wherefore, premises considered, I respectfully request that Defendant's Surreply be stricken from the record and held for naught.

David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701



CPU U.S. POSTAGE
PB 1P 000
3660515      MAILED    $ 1.30
FCMF         NOV 09 2012
             72601