U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
NOV 2 7 2012
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                                  PLAINTIFF

VS.                                    CASE NO. 12-3022

BOONE COUNTY, AR                                                          DEFENDANTS

## MOTION FOR ISSUANCE OF SUBPOENA

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following petition for issuance of subpoenas.

This court previously denied this motion, but on the grounds that the Final Scheduling Order had not yet been issued. However, this case is exempt from a final scheduling. See Local Rule 16.2(3). This Court has declared this case to fall within that category in Document #30.

Therefore, I ask that the Court issue the following subpoenas:

1. **David D. Stebbins** – Father of plaintiff, and alleged victim in my felony charge. He can be served at the address of 8527 Hopewell Rd., Harrison, AR 72601.

2. **Rita Stebbins** – wife of David D. Stebbins, and mother of Plaintiff. Can be served at the same address as David D. Stebbins.

3. **Records from David D. Stebbins** – I ask that the Court command David D. Stebbins to produce 100% of all his email correspondences – both for regular email and facebook – that he had in the past five years with one Dale Beavers, who lives in Hattiesburg, MS. It is my belief that these email records document the states' planning to persecute me for my lawsuit practices via false criminal charges.

4. **Jon Shatwell** – an inmate at the Arkansas Department of Corrections at Ouachita River Correctional Unit N. The facility address is 100 Walco Lane, Malvern, AR 72104. His inmate mailing address is P.O. Box 1630, Malvern, AR 72104. He was an inmate at Defendant's jail at

the time this lawsuit was filed, and directly perceived the actions of Jason Jones when he threatened to cripple me if I tried to sue him.

5. **Morris Dean Davis** – Another inmate, who is currently incarcerated at Defendant's jail (though his trial is coming just around the corner). He also directly perceived Jason Jones threatening to cripple me if I tried to sue him, and has already signed an affidavit attesting to same in a related disorderly conduct case.

6. **Rocky Barrows** – A former inmate at Defendant's jail, this man heard Jason Jones's terroristic threats on December 30, 2011 (Examples #80 - #81, starting on Page 12 of the Complaint and finishing on Page 13). His address is 4111 Oakwood Rd, Merriam Woods Village, MO.

Wherefore, premises considered, I request that these people be called to testify in my favor (with the exception of Witness #1, who will be a hostile witness).

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

David Stebbins
123 W. Ridge St
APT D
Harrison, AR 72601

U.S. District Court
35 E. Mountain St
Room 510
Fayetteville, AR 72601