_____

No: 13-2475
_____

In re: David Anthony Stebbins

Petitioner

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:12-cv-03022-PKH)
(3:12-cv-03032-PKH)
(3:12-cv-03130-PKH)
(3:12-cv-03131-PKH)

**JUDGMENT**

The petition for writ of mandamus has been considered by the court and is denied.

The mandate shall issue forthwith.

August 01, 2013

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans