# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 13-2677
_____

In re: David Anthony Stebbins

Petitioner

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:12-cv-03022-PKH)

_____

**JUDGMENT**

The petition for writ of mandamus has been considered by the court and is denied.

The emergency motion for preliminary injunction and the motion to proceed on appeal in forma pauperis are also denied.

Mandate shall issue forthwith.

August 01, 2013

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
  /s/ Michael E. Gans