U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
AUG 0 5 2013
CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                      PLAINTIFF

VS.                     CASE NO. 12-3022

BOONE COUNTY, AR                              DEFENDANTS

### EMERGENCY MOTION TO AMEND MAGISTRATE JUDGE'S ORDER

1. Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following motion to Judge P.K. Holmes to amend the order of Magistrate Judge James R. Marchewski granting the Defendant's Motion to Compel Discovery.

2. Plaintiff asks Presiding Judge P.K. Holmes to A) vacate the Magistrate Judge's order granting the Defendant's Motion to Compel Discovery, as it was not properly before the Court and the Magistrate Judge thus had no jurisdiction to entertain it, and B) override the Magistrate Judge's decision to force Plaintiff to provide all of his medical records, regardless of relevance to the case.

3. Plaintiff requests expedited treatment of this motion, as the Magistrate Judge has only given him half a month to comply with the order. A decision on the order must be fast in order to prevent irreparable damage.

4. A Brief in Support of this motion is hereby attached, explaining in detail why this motion should be granted.

5. Wherefore, premises considered, Plainitff respectfully requests that this Emergency Motion to Amend Magistrate Judge's Order be granted, costs incurred be awarded, and other relief that the Court finds appropriate.

                                                             David Stebbins
                                                             123 W. Ridge St.,

APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

## CERTIFICATE OF SERVICE

I, *pro se* Plaintiff David Stebbins, do hereby certify that a true and correct copy of...

- Plaintiff's Emergency Motion to Amend Magistrate Judge's Order, and
- Brief in Support of Emergency Motion to Amend Magistrate Judge's Order

... were served on Defense Counsel by allowing them to view it on ECF, as is allowed by AR Local Rule 5.2.

David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701