U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

AUG 13 2013

CHRIS R. JOHNSON, CLERK

BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                       PLAINTIFF

VS.                             CASE NO. 12-3022

BOONE COUNTY, AR                                       DEFENDANTS

## MOTION TO AMEND MAGISTRATE JUDGE'S ORDER

1. Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following motion to Judge P.K. Holmes to amend the order of Magistrate Judge James R. Marchewski dated July 30, 2013.

2. Plaintiff asks Presiding Judge P.K. Holmes to do the following:

(a) Provide the relief requested in Plaintiff's Emergency Motion to Amend Magistrate Judge's Order (Doc. 85),

(b) Reverse the Magistrate Judge's order denying Plaintiff's Second Motion to Compel (Doc. 48),

(c) Reverse the Magistrate Judge's order denying Plaintiff's two motions for sanctions (Docs. 50 & 52),

(d) Reverse the Magistrate Judge's order denying Plainitff's Motion for Issuance of Subpoenas.

3. A Brief in Support of this motion is hereby attached, explaining in detail why this motion should be granted.

4. Also, please find, attached to this motion, two Exhibits, consisting of a variety of sub-exhibits. What purpose does this serve? Read Paragraphs #75 – 79 of the Brief in Support of this Motion to find out.

5. Wherefore, premises considered, Plainitff respectfully requests that this Motion to Amend

Magistrate Judge's Order be granted, costs incurred be awarded, and other relief that the Court finds appropriate.

6. As a suggestion, perhaps it would be a good idea for the Court to familiarize itself with the simultaneously-filed Objection to the Magistrate Judge's Report & Recommendation regarding the motions for partial summary judgment. The Brief in Support of this Motion will reference that Objection multiple times, so perhaps it would be a good idea to already know the arguments it contains.

7. So requested on this 12th day of August, 2013.

David Stebbins  
123 W. Ridge St.,  
APT D  
Harrison, AR 72601  
870-204-6516  
stebbinsd@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                    PLAINTIFF

VS.                         CASE NO. 12-3022

BOONE COUNTY, AR                                                  DEFENDANTS

## EXHIBIT A TO MOTION TO AMEND

This is an attachment to Plaintiff's "Motion to Amend Magistrate Judge's Order." Specifically, this is an attachment to the non-emergency version of the motion. Paragraph #75 – 73 of the Brief in Support of that motion asks the question... how much would it cost the County Taxpayers to store the jail's security camera footage for a year?

To answer this question, we must first ask ourselves... how many computer bytes does it take to store this kind of footage, and how much does that cost? This, of course, requires that we know how many computer bytes video footage usually takes. The answer to this question, of course, is "it depends."

High definition video can easily be around 3 megabytes per second. However, a jail's security cameras do not need high definition footage; when trying to keep an eye on inmates (and even rogue officers such as Jones), it is unnecessary that camera footage actually be capable of depicting the individual strands of hair on the inmates' heads, or the mustard stain on one guy's jumpsuit. Such gratuitous detail may come in handy if a guy robs a store wearing a ski mask (and thus, the only physical traits the police have to go off of are the color of his eyes and the shape of his lips), but this is a non-issue in a detention facility, where everyone's face is shown unhindered.

So for that, "standard definition" (the kind of resolution seen in mid-90's television sets) is typically sufficient to tell one inmate from another, and would certainly be sufficient for 99% of the jobs which the jail may need it to do (for example, determining whether a comb had been sharpened into a shank is something that can only be decided by *personal* inspection. Even HD would not show that).

So, how many computer bytes does one second of standard definition video footage have? Well, according to the downloads Plaintiff has made over the Internet with this particular resolution, it seems as if this type of resolution comes in at less than 500 kilobytes (or "kB" for short) per second. Let's round it up to 500kB, even steven, to make the math easier.

With 3600 seconds in an hour, this means that storing an hour's worth of standard definition video footage would require 1,800,000kB of storage. There are 1,024kB in a megabyte (MB) and 1,024 megabytes in a gigabyte (GB), but let's pretend for a minute that computers use the same conversion factor as humans do – 1,000 kilo per mega and 1,000 mega per giga – again for the sake of making the math easier. Using this generous estimate, an hour of standard

Exh. A

definition video would require 1.8GB of storage space.

There are 24 hours in a day, and an average of 365¼ days in a year (that extra fourth is February 29, but spread out over all the years that don't have it; again, it's an *average* year) This means that an average year has 8,766 hours in it.

Therefore, to store an entire year's worth of storage space for a single camera, would require 15,778.8GB of storage space, or slightly less than 16 terabytes (abbriviated "TB").

Notice sub-exhibit 1, an entry on a website dedicated to the sale of computer parts, which shows that you can purchase a 16TB external hard drive for $1,379, with $11 in shipping and handling, a total of $1,390 (since the Defendant is a local government, it will not have to pay sales tax).

But wait a minute, Mr. Stebbins! Aren't your forgetting something? The jail doesn't have just one camera! Indeed, they do not. So, let's try and figure out how many cameras the Defendant likely has. The defense counsel can, if they so choose, provide a figure of its own, stating *exactly* how many cameras their client has, but until then, we must rely on this estimate:

- There are five major pods (two female and three male) with ten cells each, and a sixth, "G-Pod" with only two cells in it. This makes for a total of fifty-two cells, housing anywhere from one to three inmates each.
- Each Pod has a "day room" in it, where inmates are allowed to mingle.
- Plaintiff had previously counted ten "holding cells," where newcomers are placed until the jail guards are able to determine where in the above-mentioned pods to place the inmates more permanently.
- There is front desk, immediately outside of the holding cells, where inmates are "booked" and subsequently placed in any of the above-mentioned 52 cells.
- There are three offices – that of the Jail's nurse, that of the Jail Administrator and that of the Criminal Investigations Division – where inmates are periodically taken.

This makes for a total of 72 places where an inmate may be at any one time. Surely there are other places where cameras can be found, but since 99% of the jail's primary security needs are accounted for with the above list, it is safe to assume that the additional cameras do not bring their total camera count past 100.

So, to purchase a hundred of the above-mentioned 16TB external hard drives would cost the County $139,000.

These drives are extremely compact. A hundred of them could be propped against a wall, in a 10x10 pattern, standing only 7' 6" high and 6' 8" wide. A single wall of a server room could house them all.



Sub-Exh. 1

| | |
|---|---|
| Capacity | 16TB |

**Physical Spec**

| | |
|---|---|
| Form Factor | 3.5" |
| Dimensions | 8.7" x 7.7" x 7" |
| Weight | 15.7 lbs. |

*(handwritten: see last paragraph)*

**Quick Info**

Limited Warranty period (parts): 3 years
Limited Warranty period (labor): 3 years

**Manufacturer Contact Info**

Manufacturer Product Page
Website: http://www.lacie.com
Support Website
View other products from LaCie

**Return Policies**

This item is covered by .

*Newegg.com's return policy does not apply.

Buying directly from newegg will instead protect your purchase with our .

Return for refund within: 30 days
Return for replacement within: 30 days
Restocking Fee: Yes

---

LaCie® 4Big Quadra Drv
Buy LaCie 4Big Quadra Drives Direct
at Low Prices & Free Shipping!
Home > Computer Hardware > Hard Drives > Externa

LaCie Home Page
LaCie Hard Drives
LaCie Network Drives

LaCie 4bigQuadra USB 16TB
Save additional 5% by Enter LACIE5
Huge Savings & Free Shipping!

LaCie 4big Quadra
Buy LaCie 4big Quadra Hard Drive. In-Stock, Ready To Ship. Buy Today!

Shop by Department
Shop by Brand
Ink Compatibility Tool

Ad feedback [+]

---

## Compare Offers from All Sellers

| Seller Name & Rating | Offer Details |
|---|---|
| newegg | **$1,599.99** +$10.99 Shipping |
| BEACH AUDIO<br>Rating: 0/5<br>(14 reviews) | **$1,379.00** +FREE SHIPPING AVAILABLE |

---

### Get the most from your LaCie 9000330U with these extras!

See what customers also bought with this product

- Most Popular
- Warranties & Services
- Flash Memory
- USB Flash Drives
- Software - Security
- Others
- My Selected Items (0)

 

| 1 Year Extended Service Plan for PC Peripherals | PNY Pro-Elite 32GB Secure Digital High-Capacity (SDHC) | ADATA S102 Pro Advanced 64GB USB 3.0 Flash Drive Mode |
|---|---|---|
| No Costly Repairs | Up to 50MB/s | up to 100MB/s |
| No Hassle Claims | Up to 35MB/s | up to 50MB/s |
| No Deductible | Model P- | Model AS102P- |
| **$59.99** | **$29.99** | **$42.99** |

**Subject:** RE: FOIA Request

**From:** Tommy Creamer (tcreamertreas@cox-internet.com)

**To:** stebbinsd@yahoo.com;

**Date:** Monday, October 15, 2012 10:39 AM

1. The County has no current debt other than accounts payable that come in weekly.
2. We do not have any savings as such. In County General we have approximately $250,000.00 not appropriated. We have $634,356.00 not appropriated in the Law Enforcement fund. If you need any other assistance please feel free to email me or call 741-3068 or stop by the office at 100 North Main Suite 205.

**From:** David Stebbins [mailto:stebbinsd@yahoo.com]
**Sent:** Friday, October 12, 2012 7:42 PM
**To:** tcreamertreas@cox-internet.com
**Subject:** FOIA Request

Dear Boone County Treasurer,

I have an FOIA request. I would like to be told two figures:

1. The total amount of the current Boone County debt, and

2. The total amount of funds in Boone County's savings (that is, money that is not appropriated for any specific purpose, but is there in case some unexpected thing comes up, such as tort liability).

Both of these figures should be current as of the most recent county budget.

*Exh. B*

David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601

U.S. District Court
35 E Mountain St.
Room 510
Fayetteville, AR 72701

CPU U.S. POSTAGE
PB 1P 000
3660515
FCMF
$ 1.720
MAILED
AUG 12 2013
72601