# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# HARRISON DIVISION

**DAVID STEBBINS**                                                            **PLAINTIFF**

**VS.**                        **NO. 12-CV-3022**

**BOONE COUNTY ARKANSAS, ET AL.**                          **DEFENDANTS**

## DEFENDANTS' RESPONSE TO THE COURT'S ORDER DATED JULY 30, 2013

The Boone County Defendants state in response to the Court's Order (Docket # 82) dated July 30, 2013, as follows:

1. Response to Interrogatory No. 5:

Inmates are placed in protective custody for different reasons. Inmates are usually placed in protective custody if they ask to be placed there because they have received a threat. Boone County Detention employees may become aware of a threat made against an inmate or a risk to the inmates safety and make the decision to move the inmate for his/her protection. Based on circumstances an inmate may be moved to protective custody if he/she is making the threats and it is logistically better to move one inmate rather than the other inmates. Inmates may have to be moved more than once if the problems persist. If a problem persists then an inmate can be placed in the three man P.O. D. with a one and two man bed away from the other P.O. D.'s and inmates. An inmate can be placed in a cell alone if no other viable option exists. See also the Jail Policy and Procedure concerning Protection Cases. Exhibit No. 1.

2. Response to Request for Production No. 1:

The following are the types of logs that should have been kept during the time the Plaintiff was incarcerated: Activity Log, Daily Log, and Medical Log. The logs are kept in storage.

1

3. Response to Request for Production No. 2:

The Court has directed Defendants to provide Plaintiff with an Affidavit from someone at the detention center who has knowledge of how the video systems work and what video is preserved. Attached hereto as Exhibit 2 is the Affidavit of Roger Johnson.

4. Response to Request for Production No. 4:

The Boone County Sheriff's Department does not compile statistics on the number of a certain type of crime that occurs and is not aware that any such statistics for the year 2012 exist.

Respectfully submitted,

BOONE COUNTY, ARKANSAS, and SHERIFF DANNY HICKMAN Boone County, Arkansas Defendants

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas  72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
email: thompson@rainfirm.com


By: /s/ Geoff Thompson
Michael R. Rainwater, #79234
Geoff Thompson, #2002093

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of August, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I am mailing a copy by U.S. Mail, postage prepaid to the following non CM/ECF user:

Mr. David Stebbins, Pro Se
123 W. Ridge St., Apt. D
Harrison, AR 72601

        /s/ Geoff Thompson
Geoff Thompson, #2002093
Attorney for Defendants
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas  72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
Email: thompson@rainfirm.com

6653.4010