5) Handicapped: If a detainee is physically handicapped, to the extent that he/she should not be placed in a multi-person cell, place him/her in a cell alone. This would include people with prosthetic legs or arms, etc., that may be used as a weapon.



6) Protection Cases: If a detainee is being held only in protective custody, the detainee shall be placed in a cell alone until he/she is released from the detention facility.

   a. If a detainee has been charged or convicted of a sexual offense, detainee will be housed with detainees that have charges of the same or similar nature for their protection and well-being. The housing assignment is in order to minimize the possible verbal and/or physical aggression against a detainee by other inmates.

EXHIBIT

|