IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                  PLAINTIFF

VS.                        NO. 12-CV-3022

BOONE COUNTY ARKANSAS, ET AL.                        DEFENDANTS

## AFFIDAVIT OF ROGER JOHNSON

1. My name is Roger Johnson and I am a Transport Officer and the Information Technology Technician at the Boone County Detention Center. I have been employed at the Boone County Detention Center for approximately five (5) years.

2. As part of my regular duties at the Boone County Detention Center I am responsible for the monitoring and general maintenance of the video surveillance system for the Detention Center. The video surveillance system has a total of forty-eight (48) individual motion-activated cameras that record the interior and exterior Detention Center. The system has three recording devices that record data from the cameras. Each recording device stores data from sixteen (16) cameras. The video surveillance system operates continuously twenty-four hours (24) a day, seven (7) days per week. I believe that each recording device has the same capacity. However, each camera begins recording immediately upon the sensor detecting movement. Once the recording device is close to reaching its capacity it automatically erases the oldest recording and replaces it with the most recent recording. Through my experience with the system I would say that on average each recording device will record data from the previous four (4) days of video before it erases the oldest video. Each recording device varies in the amount of days because some cameras may be activated by motion more often than others.

I am responsible for saving data from the recording devices. Usually, a request is made for

EXHIBIT 2

certain video to be saved. If the request is made before the video is automatically erased then I will save the data on a disk. Video is usually requested following inmate fights, incidents resulting in injury, use of force incidents, damage to the jail or jail property, a criminal act and/or inmate misconduct.

Roger Johnson

State of Arkansas )
)
County of Boone )

SWORN AND SUBSCRIBED before me on the 15th day of August, 2013.

Lisa Davis
Notary Public

My commission expires: 2-5-23



LISA DAVIS
MY COMMISSION # 12391654
EXPIRES: February 5, 2023
Boone County