# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### HARRISON DIVISION

**DAVID STEBBINS**                                                                                    **PLAINTIFF**

**VS.**                                        **NO. 12-CV-3022**

**BOONE COUNTY ARKANSAS, ET AL.**                                        **DEFENDANTS**

### DEFENDANTS' RESPONSE TO THE PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE MARSCHEWSKI'S ORDER

The Boone County Defendants reassert and reallege any arguments made in prior filings with the Court, and state in response to the Plaintiff's Objections to Magistrate Judge Marschewski's Order, as follows:

On or about July 20, 2012, Defendants propounded discovery requests to the Plaintiff. Defendants, in Interrogatory Number 7 asked the Plaintiff to "[P]lease describe any alleged injuries and/or illnesses you claim to have suffered as a result of the actions of the Defendants." The Plaintiff's response was "[M]ental injuries are axiomatic." See Responses attached as Exhibit A. Interrogatory Number 8 asked the Plaintiff to "[P]lease identify the physicians and/or health care facilities that have provided treatment to you for your illness. Please state every medical provider (including mental health providers) that has treated you in the past three years. Please provide addresses, if known." The Plaintiff objected stating "[T]his Interrogatory is irrelevant to the disposition of this case." Defendants provided the Plaintiff with a Limited Authorization to Disclose Health Information. See Request for Production attached as Exhibit B.

The Plaintiff refused to sign the Limited Authorization to Disclose Health Information and did not provide responses to Interrogatory No. 7 and Interrogatory No. 8. In Plaintiff's Brief in Support of Emergency Motion to Amend Magistrate Judge's Order, Plaintiff incorrectly states that "[T]his request was not merely limited to medical records related to Plaintiff's diagnosis or treatment of Asperger Syndrome; rather, the Defendant demanded ALL medical records."

Defendants contend that the Plaintiff's injuries and/or illnesses that he claims to have suffered as a result of the alleged actions of the Defendants are not axiomatic, and therefore they are entitled to know what the Plaintiff is claiming and whether he was treated before his incarceration. Defendants requested the identity of the physicians and/or health care facilities that provided treatment for those injuries and/or illnesses and only for the three years prior to July 20, 2012.

The Plaintiff appears to agree that the Defendants are entitled to medical records concerning his treatment of Asperger Syndrome. The Plaintiff never provided a Limited Authorization to Disclose Health Information for his treatment of Asperger Syndrome for the three years prior to July 20, 2012. Defendants contend any medical records concerning an alleged injury and/or illness that he claims to have suffered as a result of the alleged actions of the Defendants are clearly relevant also. If the Plaintiff's response is that there are no further injuries and/or illnesses then the Plaintiff should have included that in his responses to the Defendants. Defendants are entitled to the requested Limited Authorization to Disclose Health Information and request the Court to grant affirm the Magistrate Judge's earlier Order.

Respectfully submitted,

BOONE COUNTY, ARKANSAS, and SHERIFF DANNY HICKMAN Boone County, Arkansas Defendants

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas 72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
email: thompson@rainfirm.com

By:  /s/ Geoffrey Thompson
     Michael R. Rainwater, #79234
     Geoffrey Thompson, #2002093

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of August, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I am mailing a copy by U.S. Mail, postage prepaid to the following non CM/ECF user:

Mr. David Stebbins, Pro Se
123 W. Ridge St., Apt. D
Harrison, AR 72601


_____/s/ Geoffrey Thompson_____
Geoffrey Thompson

6653.4010