## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## HARRISON DIVISION

**DAVID STEBBINS**                                                    **PLAINTIFF**

VS.                                    **NO. 12-CV-3022**

**BOONE COUNTY ARKANSAS, ET AL.**                        **DEFENDANTS**

### INTERROGATORIES TO PLAINTIFF

The Boone County Defendants propound the following Interrogatories to the Plaintiff.

Under the Rules of Civil Procedure, you have thirty (30) days to deliver your written answers or

objections. **Handwritten responses are perfectly acceptable.**

INTERROGATORY NO. 1: List the names and, if known, the address and phone

numbers of persons who have knowledge about this case.
*See my petition for issuance of subpoenas.*
ANSWER:

INTERROGATORY NO. 2: List any documents (reports, written statements, etc.) in

Plaintiff's possession that relate to this case.
*Due to my incarceration, I currently have none.*
ANSWER:

INTERROGATORY NO. 3: Were any oral or written statements made by any jail

personnel that would be to plaintiff's benefit in this case? If so, who made each statement and
*All oral statements spoken of in the complaint. Also, all written*
when? *responses to grievances I filed.*

ANSWER:

INTERROGATORY NO. 4: List the names and addresses of witnesses you now intend
to call at trial. *See answer to Interrogatory No. 1.*

ANSWER:

INTERROGATORY NO. 5: What is your present demand for settlement of this lawsuit?
*I gave you a settlement offer; you rejected it.*
ANSWER:

INTERROGATORY NO. 6: Please state what each named defendant did wrong with

respect to your allegations. *See complaint.*

ANSWER:



**EXHIBIT**

tabbies®

A

INTERROGATORY NO. 7: Please describe any alleged injuries and/or illnesses you claim to have suffered as a result of the actions of the Defendants.

*Mental injuries are axiomatic.*

ANSWER:

INTERROGATORY NO. 8: Please identify the physicians and/or health care facilities that have provided treatment to you for your illness. Please state every medical provider (including mental health providers) that has treated you in the past three *years*. *Please provide* addresses, if known.

*Objection: This Interrogatory is irrelevant to the dis-*
ANSWER: *position of this case.*

Please mail copies of the documents covered by this request to the undersigned attorney Rainwater, Holt & Sexton, P.A., P.O. Box 17250, Little Rock, AR 72222-7250.

Respectfully submitted,

BOONE COUNTY, ARKANSAS, and SHERIFF DANNY HICKMAN Boone County, Arkansas Defendants

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas 72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
email: owens@rainfirm.com

By: _/s/ Jason E. Owens_____
Michael R. Rainwater, #79234
Jason Owens, #2003003