IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                    PLAINTIFF

VS.                                  NO. 12-CV-3022

BOONE COUNTY ARKANSAS, ET AL.                              DEFENDANTS

### REQUESTS FOR PRODUCTION TO PLAINTIFF

The Boone County Defendants request the Plaintiff to produce the documents and tangible objects listed herein below within thirty (30) days. **Handwritten responses are perfectly acceptable.**

REQUEST FOR PRODUCTION NO. 1: Please sign (as the "patient") and produce the attached Authorization for Medical Information form.

Please mail copies of the documents covered by this request to the undersigned attorney at Rainwater, Holt & Sexton, P.A.; P.O. Box 17250, Little Rock, AR 72222-7250.

                                       Respectfully submitted,

                                       BOONE COUNTY, ARKANSAS, and SHERIFF DANNY HICKMAN Boone County, Arkansas Defendants

                                       RAINWATER, HOLT & SEXTON, P.A.
                                       P.O. Box 17250
                                       6315 Ranch Drive
                                       Little Rock, Arkansas 72222-7250
                                       Telephone (501) 868-2500
                                       Telefax (501) 868-2505
                                       email: owens@rainfirm.com

By:           /s/ Jason E. Owens
                  Michael R. Rainwater, #79234
                  Jason Owens, #2003003


EXHIBIT B

# LIMITED AUTHORIZATION TO DISCLOSE HEALTH INFORMATION

PATIENT NAME: _____ HEALTH CARE PROVIDER: _____
DATE OF BIRTH: _____ SOCIAL SECURITY NUMBER: _____

1. I authorize the **HEALTH CARE PROVIDER** to make the disclosure of the **PATIENT'S** health information as described below. This authorization is intended to comply with the requirements of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), HIPAA regulations, and other State and Federal laws and regulations that may create a right of privacy in the health information approved to be disclosed by this authorization.

2. The health information to be disclosed is for the dates of January 1, 2009 to the present date. All medical records relating to **PATIENT'S** health that are in the **HEALTH CARE PROVIDER'S** possession.

3. This information may be disclosed to and used by the following individual or organization:

   Rainwater, Holt & Sexton, P.A.

4. **LIMITATIONS AND CONDITIONS FOR THIS AUTHORIZATION**

   You are only authorized to furnish **copies of your medical records** on this patient to the requester. You are not authorized to author an **original report** to the requester or to engage in any **verbal communications** with the requester. Original report or verbal communications may only br made to your patient or your patient's attorneys; Rainwater, Holt & Sexton, P.A., PA. Finally, you must contact Rainwater, Holt & Sexton, P.A. prior to compliance with this request to determine if they desire copies of the documents sent to the requester. If you have any questions concerning the limitations of this authorization, you can contact Rainwater, Holt & Sexton, P.A., PO Box 17250, Little Rock, Arkansas, 72222 (telephone number 501.868.2500). By the use of this authorization, the **requester agrees** to the conditions of this authorization and to furnish within a reasonable time after request by Rainwater, Holt & Sexton, P.A. copies of all documents received pursuant to this authorization.

5. I understand I have the right to revoke this authorization at any time. I understand if I revoke this authorization I must do so in writing and present my written revocation to the **HEALTH CARE PROVIDER** I understand the revocation will not apply to information that has already been released in response to this authorization. I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. **Unless otherwise revoked, this authorization will expire on the following date, event or condition: one (1) year from the date of execution.** I understand that the information in my health records may include information relating to sexually transmitted disease, acquired immunodeficiency syndrom (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse. I further understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand I may inspect or copy the information to be used or disclosed, as provided in 45 CFR §164.524. I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal and state confidentiality rules or 45 CFR § 164.508. Finally, I understand that if I have questions about disclosure of my health information, I can contact my attorneys or the HEALTH CARE PROVIDER.

Signature: _____  Date: _____
Signature of Patient or Legal Representative

_____  _____
If signed by Legal Representative, Relationship to Patient   Signature of Witness