

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
AUG 22 2013
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS     PLAINTIFF

VS.     CASE NO. 12-3022

BOONE COUNTY, AR     DEFENDANTS

## MOTION TO DISQUALIFY MAGISTRATE JUDGE

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following second motion to disqualify the magistrate judge for clear bias against Plaintiff.

1. This Court has previously denied a motion to disqualify Magistrate Judge Marchewski from this case, finding insufficient evidence of bias against Plaintiff.

2. Recent events have yielded additional evidence that the Magistrate Judge has a bias against the Defendant, including but not limited to, the following:

    (a) Consistently taking forever to rule on simple motions, always waiting for Plaintiff to file a Petition for Writ of Mandamus before finally ruling on them.

    (b) Holding Plaintiff to numerous double standards, including but not limited to ...

       i. Ignoring a law when applying it works in Plaintiff's disfavor, but embracing it when he can find a way to side with the Defendants otherwise.

       ii. Denying Plaintiff's motions to compel discovery on reasons that the information requested is overly broad, but granting the Defendant's motion, despite it having even greater over breadth.

    (c) Completely disregarding Plaintiff's right to medical privacy.

    (d) Attempting to decide the facts for himself, just so as to prevent the case from being submitted to a jury, where Plaintiff would stand the greatest chance of victory.

3. These actions, coupled with the lenient burden of proof for bias (to be explained in the

Brief) should be more than sufficient to cause the Magistrate Judge to be disqualified.

4. Wherefore, premises considered, Plaintiff respectfully requests that the Magistrate Judge be disqualified from this case, and another Magistrate Judge of this district (such as Erin Setser) be put in his place.

                                              David Stebbins  
                                              123 W. Ridge St.,  
                                              APT D  
                                              Harrison, AR 72601  
                                              870-204-6516  
                                              stebbinsd@yahoo.com