U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
SEP 0 3 2013
CHRIS R. JOHNSON, CLERK
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS     PLAINTIFF

VS.     CASE NO. 12-3022

BOONE COUNTY, AR     DEFENDANTS

## MOTION FOR STAY OF PROCEEDINGS PENDING APPEAL

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Motion for Stay of the Order contained in Doc. 98 of this case, until an interlocutory appeal can be had of this issue.

1. On August 28, 2013, this Court entered an order requiring Plaintiff to supply all his medical records to the Defendants.

2. This order meets the criteria set forth in *Lauro Lines v. Chasser*, 490 US 495 (1989) for an interlocutory appeal. It is collateral to the merits, it was finally decided by this Court in Doc. 98, and the matter is effectively unreviewable if immediate appeal is not granted.

3. Plaintiff has found a legal treatise on this issue, which the Court can view at the following web link: http://www.bernabeipllc.com/pdfs/TRIAL%20magazine%20article.pdf

4. This treatise documents the wide circuit split that plagues the instant issue. This means that, even if the 8th Circuit were to affirm this decision, there is a good chance that the Supreme Court would be willing to hear the case. At that point, all bets are off as to how they will rule; they could rule on either side of the split.

5. For these reasons, to prevent irreparable harm, Plaintiff asks that the Court stay the order to provide medical records until such time that the matter can be decided by the Appellate and (hopefully) Supreme Courts.

6. Wherefore, premises considered, Plaintiff requests that this motion to stay proceedings be

granted. So requested on this 30th day of August, 2013.

David Stebbins  
123 W. Ridge St.,  
APT D  
Harrison, AR 72601  
870-204-6516  
stebbinsd@yahoo.com

David Stebbins
123 W. Ridge St
Apt D
Harrison, AR 72601

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701