IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                PLAINTIFF

v.                          No. 3:12-cv-03022

BOONE COUNTY, ARKANSAS; and
SHERIFF DANNY HICKMAN, in his official capacity             DEFENDANTS

**<u>ORDER</u>**

       Currently before the Court is Plaintiff David Stebbins's motion (Doc. 99) for stay of proceedings pending appeal. In the motion, Stebbins sets forth the reasons why he believes the Court's ruling compelling him to produce a signed medical authorization is immediately appealable and requests that the Court stay its order "until such time that the matter can be decided by the Appellate and (hopefully) Supreme Courts." (Doc. 99, p. 1). The record does not currently reflect, however, that Stebbins has appealed the Court's order at this time. Because there is no pending appeal on which to base the requested stay at this time, IT IS ORDERED that Stebbins's motion (Doc. 99) to stay proceedings pending appeal is DENIED.

       However, because Stebbins is proceeding *pro se*, and will likely not receive this order by mail until early next week, the Court will extend Stebbins's deadline to comply with the Court's order compelling production of certain information and a medical authorization to Friday, September 13, 2013.

       If a notice of appeal is filed before that time, the Court will enter an order staying its order compelling production pending appeal.

       If no notice of appeal is filed, Stebbins will be expected to comply with the Court's order and produce the information and signed medical authorization, as ordered, by the extended deadline. No

further extensions will be granted.

**IT IS SO ORDERED** this 5th day of September, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE