# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-8030

David Anthony Stebbins

Petitioner

v.

Boone County, Arkansas

Respondent

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:12-cv-03022-PKH)
_____

**MANDATE**

In accordance with the judgment of 09/06/2013, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 06, 2013

Clerk, U.S. Court of Appeals, Eighth Circuit