# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  13-8030
_____

David Anthony Stebbins

Petitioner

v.

Boone County, Arkansas

Respondent

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:12-cv-03022-PKH)

_____

## JUDGMENT

The petition for permission to appeal has been considered by the court and is denied.

The petitioner's emergency motion for stay of proceedings is denied.

Mandate shall issue forthwith.

September 06, 2013

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans