United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

September 06, 2013

Mr. David Anthony Stebbins
Apt. D
123 W. Ridge Street
Harrison, AR  72601

RE:  13-8030  David Stebbins v. Boone County, AR

Dear Mr. Stebbins:

    Enclosed is a copy of an order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

Michael E. Gans
Clerk of Court

LMT

Enclosure(s)

cc:    Mr. Christopher R. Johnson
       Mr. Jason E Owens
       Mr. Geoffrey Thompson

    District Court/Agency Case Number(s):   3:12-cv-03022-PKH