U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP 25 2013

CHRIS R. JOHNSON, Clerk
By
            Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                      PLAINTIFF

VS.                             CASE NO. 12-3022

BOONE COUNTY, AR                                                  DEFENDANTS

## MOTION FOR RULE 54(b) CERTIFICATE

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Motion for Rule 54(b) Certificate.

### BACKGROUND

1. On September 18, 2013, this Court entered an order (Document #103) dismissing with prejudice three causes of action: Plaintiff's free speech claim, his Thirteenth Amendment claim, and his claim that the jail guards refused to allow Plaintiff to bond out of jail in direct violation of Section 503 of the Americans with Disabilities Act.

2. These causes of action are completely independent of the remaining claims. Even the dismissal of the ADA Retaliation action of refusal to allow bond is unrelated to the remainder of the ADA Retaliation claims, as most of the other claims are directed to either Jason Jones (with Jason Day's tacit authorization) or the criminal charges that put Plaintiff there in the first place.

### ARGUMENT

3. Fed. R. Civ. P. 54(b) gives the Court the authority to allow immediate appeals when separate claims are adjudicated.

4. Plaintiff found a legal article written by one Howard Bashman named "Appeal Now or Later? A Look at Federal Rule of Civil Procedure 54(b)," which supports Plainitff's interpretation of this rule offered in the above paragraph. The Court may view this article

by going to the following web link: http://www.law.com/jsp/article.jsp?id=900005556257&Appeal_Now_or_Later_A_Look_at_Federal_Rule_of_Civil_Procedure_54b#ixzz2foL6uoGf

5. Plaintiff asks that this Court issue such a certificate, and allow an immediate appeal of Document #103 in this case.

Wherefore, premises considered, Plaintiff requests that this motion be granted. So requested on the 24th day of September, 2013.

*David Stebbins* (signature)

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com