```
               IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                         HARRISON DIVISION
```

DAVID STEBBINS                                              PLAINTIFF

v.                            Case No. 3:12-CV-03022

BOONE COUNTY, ARKANSAS; and
SHERIFF DANNY HICKMAN, in
his official capacity                                      DEFENDANTS

## N O T I C E

---
Type of Case:          Civil
---
TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:
---

Place:    Federal Building
          402 North Walnut - **Room 231**
          Harrison, Arkansas


Date and Time: **Wednesday, March 5, 2014 - 9:00 am**

---
Type of Proceeding:

# Evidentiary Hearing

---

                              HONORABLE JAMES R. MARSCHEWSKI
                              CHIEF UNITED STATES MAGISTRATE JUDGE
Date:  September 26, 2013

                              BY: /s/ Deborah J. Maddox
                                  Courtroom Deputy


TO:  Pro Se Litigant
     Counsel of Record
     U. S. Marshals Service