IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                    PLAINTIFF

v.                      Case No. 3:12-CV-03022

BOONE COUNTY, ARKANSAS; and
SHERIFF DANNY HICKMAN, in
his official capacity                                            DEFENDANTS

## SCHEDULING ORDER

Within thirty (30) days of the scheduled evidentiary hearing, the parties are directed to file the following:

**1. An information sheet setting forth the following information for each witness you desire to call:**

>    A.   Name
>    B.   Address
>    C.   Identification (for example, mother of plaintiff)
>    D.   Prisoner Number (if witness is a prisoner and number is known) and,
>    E.   Very brief description of expected testimony and length of time of expected testimony.

**2. As Plaintiff is proceeding *pro se* and *in forma pauperis*, the Court will issue all subpoenas and writs on the Plaintiff's behalf. However, no subpoenas or writs may be issued unless Plaintiff provides a timely response to this order.**

**3. Copies of any exhibits you desire to enter into evidence at the hearing.**

Each party is directed to serve a copy of the information sheet upon the other party. The parties are not required to serve copies of proposed exhibits.

Motions to amend pleadings or to join other parties must be filed no later than thirty (30) days prior to trial. **Motions not timely filed may be denied solely for that reason.**

If this case should be continued, this scheduling order shall remain in effect unless otherwise directed by the court in its order of continuance.

IT IS SO ORDERED this 26th day of September 2013.

*/s/ J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE