# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                              PLAINTIFF

VS.                              CASE NO. 12-3022

BOONE COUNTY, AR                                                           DEFENDANT

## RENEWED MOTION TO JOIN PARTIES

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following motion to join parties under Fed. R. Civ. P. 19.

1. On April 16, 2012, Plaintiff filed a motion to join the State of Arkansas as a party in this action. See Doc. #14. In his motion, Plaintiff stated the following:

    (a) that the State's officers (particularly the prosecuting attorneys) were co-conspirators along with the County in an attempt to persecute Plaintiff for his lawsuits, and coerce him to stop filing them.

    (b) Because Plaintiff's lawsuits were mostly for ADA discrimination, they were protected, not just under the First Amendment, but also Section 503 of the Americans with Disabilities Act.

    (c) Because this suit was just as much for ADA retaliation as it was for First Amendment retaliation, sovereign and Eleventh Amendment immunity does not protect the State of Arkansas; see *Tennessee v. Lane*, 541 U.S. 509 (2004).

2. On July 2, 2012, this Court entered an order, among other things, denying the motion spoken of in Paragraph #1. See Doc. #17. This Court's only reason for denying the motion was that "the Court must abstain from interfering with the Plaintiff's state criminal case."

3. The Court can now take judicial notice that the criminal case in Boone County Circuit

Court (which bore the case number CR2011-324-4) is now set to be dismissed by consent of the prosecutor.

4. Now that the conditions upon which that Motion for Joinder was denied are no longer applicable, Plaintiff hereby renews the motion. The allegations of fact, arguments of law, and requests for relief given in Doc. 14 are hereby incorporated by reference.

Wherefore, premises considered, Plaintiff requests that this motion for joinder of parties be granted. So requested this 30th day of September, 2013.

*David X Stebbins* (signature)

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 2601
870-204-6516
stebbinsd@yahoo.com

David Stebbins
123 W. Ridge St.
Apt D
Harrison, AR 72601

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701