
U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
OCT 30 2013
CHRIS R. JOHNSON, Clerk
By _____ Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                                            PLAINTIFF

VS.                        CASE NO. 12-3022

BOONE COUNTY, AR                                         DEFENDANTS

## MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Motion to Compel Discovery under Fed. R. Civ. P. 37(a), and a motion for the Court to sanction the Defendants under Fed. R. Civ. P. 37(d).

1. The Defendants have refused to produce the discovery that Plaintiff has requested, and has failed to give sufficient objections, despite Plaintiff's repeated and good-faith attempts to obtain this discovery without court action.

2. Plaintiff has repeatedly explained the relevance of these discovery requests to the Defense Counsel, yet he persists in placing these objections which the Local Rules have plainly stated are insufficient.

3. Plaintiff asks the Court to do the following:

    (a) Compel the Defendant to provide full and complete discovery, consistent with the arguments contained in Exhibit F.

    (b)

4. Please find attached the following exhibits:

    (a)     **Exhibit A**: Plaintiff's Second Interrogories and Request for Production of Documents (unsigned, but otherwise identical to the paper served on Defense Counsel).

    (b)     **Exhibit B**: Plaintiff's Explanations to the discovery requests contained in Exhibit A.

    (c)     **Exhibit C**: The Defendant's initial response to the discovery requests.

(d)     **Exhibit D**: Plaintiff's email to Defense Counsel demanding correction of the objections, as well as Defense Counsel's agreement to revise them.

(e)     **Exhibit E**: The aforementioned revised discovery responses.

(f)     **Exhibit F**: Plaintiff's email to Defense Counsel, explaining in detail why his discovery responses were still insufficient.

5.  In addition to this, Plaintiff will, in the attached Brief in Support of Motion, cite the following legal authorities; the Court, therefore, may wish to have these authorities on-hand.

(a)     AR Local Rule 33.1

(b)     Fed. R. Civ. P. 33

(c)     Fed R. Civ. P. 34

(d)     Fed R. Civ. P. 37

(e)     Fed R. Evid. 609

(f)     *Fox v. Studebaker-Worthington, Inc.*, 516 F. 2d 989 (8th Cir. 1975).

6.  Wherefore, premises considered, Plaintiff requests that the relief requested in Paragraph #3 of this motion be granted. So requested on this 26th day of October, 2013.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com