# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF ARKANSAS

**DAVID STEBBINS**                                                                    **PLAINTIFF**

**VS.**                                     **CASE NO. 12-3022**

**BOONE COUNTY, AR**                                              **DEFENDANTS**

## SECOND SET OF DISCOVERY REQUESTS

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following interrogatories and requests for production. An attached explanation for most of the discovery requests will hopefully answer your initial questions.

**INTERROGATORY NO. 1**: What is the full name (first, middle, and last), home address, and home telephone number for your former employees, Jason Jones and Jason Beathky.

**REQUEST FOR PRODUCTION NO. 1**: Produce all records which document the termination of employment – which purportedly happened on February 2013 – for the above-mentioned former employees.

**INTERROGATORY NO. 2**: Pursuant to the attached explanations, describe, in as much detail as possible, the standard procedure for investigating allegations of misconduct that inmates make against jail guards, and for disciplining jail guards if violations are found.

**REQUEST FOR PRODUCTION NO. 2**: Produce the records of three randomly-selected cases per year, from the past five years, that the Defendant has already closed which the process spoken of in your answer to Interrogatory No. 2 actually being used.

**INTERROGATORY NO. 3**: What measures, training, precautions, etc. are put in place to ensure that a police such as Jason Beathky bases his arresting decisions exclusively on the evidence presented to him when responding to a call, and not on his own personal biases or hatred for a particular person.

**`REQUEST FOR PRODUCTION NO. 3**: Pursuant to the attached explanations, produce the records of the ten (10) most recent cases in which the measures spoken of in Interrogatory No. 3 were actually used to fight the sort of corruption spoken of in Interrogatory No. 3.

**INTERROGATORY NO. 4**: Pursuant to the attached explanations, state all the evidence you have to show that the accusations levied against Boone County and her officers in the Complaint are untrue.

**INTERROGATORAY NO 5**: On what personal knowledge does Jason Day base his claim that Jones did not have a vendetta against Plaintiff? If the statement (as explained in the attached explanation) was not based on personal knowledge, then explain why Jason Day passed the statement off as being based on personal knowledge.

                                                                                  David Stebbins

*Exh. A*