IN THE DISTRICT COURT OF BOONE COUNTY, ARKANSAS
MISDEMEANOR DIVISION

STATE OF ARKANSAS                                                    PROSECUTION

VS.                            CASE NO. 2011-CR2011-3188

DAVID STEBBINS                                                       DEFENDANT

## AFFIDAVIT OF JOHN EDGMON

Comes now, John Edgmon, who hereby submits the following affidavit. I hereby swear, under penalty of perjury, that the following statements are, to the best of my knowledge, the truth, the whole truth, and nothing but the truth, so help me God.

1. I was arrested on June 20, 2011 on charges of rape, sexual assault, and domestic battery. On November 30, 2011, David Stebbins was placed in B-Pod, where I was also placed at the time.

2. On December 14, 2012, Jason Jones stormed into the Pod, apparently upset at a grievance that Mr. Stebbins had filed against him, screaming bloody murder, calling him a "motherfucking piece of punkass shit," daring Mr. Stebbins to say his accusations to Jones' face, and even threatening to cripple Mr. Stebbins should he try to sue him over this.

3. Immediately following these events, the inmates of B-Pod began to harass, bully, taunt, and even physically assault Mr. Stebbins. Admittedly, I participated in these activities, though I now regret doing so and have long since apologized to Mr. Stebbins.

4. Specific examples of the inmates' harassment include, but are not limited to, pelting him with food particles, threatening to rip his heart out, spraying him with Windex for no other reason than it bothered Mr. Stebbins, and referring to him as "Stabbins," since he was incarcerated under suspicions of having stabbed his father.

5. December 15, 2012 is when the crap hit the fan. Jason Jones instructed all the inmates to clean like madmen, and to give Mr. Stebbins hell. After his dinner tray was stolen that evening, an inmate cocked his fist back at Mr. Stebbins, causing him to flinch and spill some of his juice.

Exh. A

Even though the spill was not his fault, Jason Jones – knowing about the harassment and bullying and simply not caring – made Mr. Stebbins (who had since retired to his cell) come back downstairs to clean it up, though this was just a ploy by both the inmates and Jason Jones to subject Mr. Stebbins to further harassment.

6. Mr. Stebbins contends that he flailed his arms in anger – the actions which form the basis of his disorderly conduct charge – because Jason Jones and the inmates went out of their way to push him over the edge. Having born direct witness to these events, I acknowledge that this claim is 100% accurate, and that Mr. Stebbins was indeed provoked. In fact, I believe Mr. Stebbins showed incredible *restraint*, given that he did not resort to outright maiming and killing these inmates, since the harassment and bullying was just that severe.

I, the undersigned, do hereby certify, under penalty of perjury, that the aforementioned statements are, to the best of my knowledge, the truth, the whole truth, and nothing but the truth, so help me God.

_____
SIGNATURE

## ACKNOWLEDGMENT

On this day before the undersigned, a Notary Public, duly qualified and acting in and for the county and state aforesaid personally appeared_____, known to me or satisfactorily proven, whose name appears as AFFIANT in the foregoing instrument, and stated that he/she had executed the same for the uses and purposes therein stated.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this _____ day of_____,
_____.

_____
NOTARY PUBLIC
My Commission Expires:

_____
SEAL