IN THE CIRCUIT COURT OF BOONE COUNTY, ARKANSAS
CIVIL DIVISION

DAVID STEBBINS                                                          PLAINTIFF

VS.                          CASE NO. CV2013-_____-___

JASON JONES                                                             DEFENDANT

## AFFIDAVIT OF JON SHATWELL

Comes now, Jon Aaron Shatwell, who hereby submits the following affidavit in the above-styled action. I do solemnly swear that everything contained in this affidavit is, to the best of my knowledge, the truth, the whole truth, and nothing but the truth, so help me God.

1. During the month of December 2011, I was incarcerated at the Boone County Detention Center, where I was placed in C-Pod.

2. On December 14, 2011, I heard a commotion in the neighboring B-Pod. It was Jason Jones, who worked as a jail guard at the time, yelling and screaming at the top of his lungs at some other inmate. He was calling this inmate a variety of names, including a "motherfucking piece of punk-ass bullshit" and a "god damned basket case." He also threatened to cripple this inmate if he tried to sue Jones again; is exact words were "You wanna sue me, boy?! You won't be able to fucking walk out of this jail, son!" He also said "You say I'm discriminating you? I'll show you discrimination when I fucking bash your motherfucking head against that stone wall!"

3. In late July of 2012, Stebbins was placed in C-Pod, where he revealed to me that he was the one who Jason Jones was yelling at that day. Whether Stebbins was telling the truth in that regard, I don't know, but I have no reason to doubt him, and I *do* know that Jones was doing that to somebody.

4. Stebbins and I are not especially close. The closest we can come to actually being "friends" is the fact that we got along while incarcerated. We did not conspire together to create

Exh. B-1

this testimony out of thin air; although he is the one who wrote this affidavit, I sign it of my own free will, and only because the things stated herein are 100% true. Stebbins has not offered me any portion of his winnings in exchange for his testimony; in fact, he has not offered me *anything* in exchange for this testimony. In other words, I am 100% disinterested in this case.

    I, the undersigned, do hereby certify that all the aforementioned statements are, to the best of my knowledge, the truth, the whole truth, and nothing but the truth, so help me God.

_____
Jon Aaron Shatwell
100 Walco Lane,
Malvern, AR 72104

## ACKNOWLEDGMENT

    On this day before the undersigned, a Notary Public, duly qualified and acting in and for the county and state aforesaid personally appeared **JON AARON SHATWELL**, known to me or satisfactorily proven, whose name appears as AFFIANT in the foregoing instrument, and stated that he/she had executed the same for the uses and purposes therein stated.
    IN WITNESS WHEREOF, I have hereunto set my hand and seal this ____th day of _____, 2013.

_____
Notary Public

My commission expires: _____

Seal:

Exh. B-2

# JUDICIARY

Published on *Arkansas Judiciary* (https://courts.arkansas.gov)

# CACR 13-144

Case Number CACR 13-144 filed at this court on 02/12/2013
Case Category: Felony

Case Caption:
JON AARON SHATWELL
V
STATE OF ARKANSAS

Jon Aaron Shatwell (ACTIVE) Appellant's counsel:
Rebekah J. Kennedy - PUBDEF
Conviction Information:
Convicted of: Murder - 1st Degree
Sentence: 056-00-000 (yyy-mm-ddd)
Sentence Type CONSECUTIVE
Remarks:
Count 2 - Tampering with evidence
Count 3 - Felony with firearm, sentencing enhancement

State Of Arkansas (ACTIVE) Appellee's counsel:
Attorney General - LEAD

Trial Court: Boone
Boone Circuit
Trial Court Number: CR-12-95-4
Trial Judge: Gordon Webb

------ EVENT LISTING ------
05/16/2013 Printed Brief Filed Timely - Jon Aaron Shatw
Appellant's Attorney - Rebekah J. Kennedy

05/02/2013 Record Checkout by Atty. of Record - State Of A a
Appellee's Attorney - Attorney General
Number of Volumes 6
Number of Sets 0

05/01/2013 Letter Orders - Court of Appeals

Submitted to the court on - 04/24/13
Appellant's Attorney - Rebekah J. Kennedy
Appellant's motion for leave to file belated brief is
granted. Brief filed this date.

05/01/2013 Briefing Commenced - State Of Arkansas
This event was tickled for 06/05/13

05/01/2013 Typed Brief Filed Timely - Jon Aaron Shatwel
Appellant's Attorney - Rebekah J. Kennedy

04/09/2013 Motion to File Belated Brief - Jon Aaron Shat
Submitted to the court on - 04/24/13
Action = GRANTED on 05/01/13
Appellant's Attorney - Rebekah J. Kennedy
Appellant's motion for leave to file belated brief is
granted. Brief filed this date.

04/09/2013 Checklist for Appellant's Briefs - Jon Aaron
Appellant's Attorney - Rebekah J. Kennedy
REQUIREMENTS:
12 PITCH OR LARGER FONT SIZE
TEXT IS DOUBLE-SPACED
1 INCH MARGINS ON THE TOP, BOTTOM, & RIGHT MARGI
EACH MAJOR SECTION BEGINS WITH PAGE 1
CONTENTS:
TABLE OF CONTENTS
A. PAGE NUMBER REFERENCES TO EACH MAJOR SECTIO
B. PG REF TO THE ABS WHERE EACH WIT BEGIN TSMY
INFORMATION/JURIDICTIONAL STATEMENT
POINTS ON APPEAL
TABLE OF AUTHORITIES
ABSTRACT
A. FIRST PERSON NARRATIVE
B. PAGE REFERENCES TO RECORD
STATEMENT OF THE CASE
A. FIVE PAGES OR LESS
B. PAGE REFERENCES TO THE ABSTRACT & ADDENDUM
ARGUMENT
A. TWENTY-FIVE PAGES OR LESS
B. PAGE REFERENCES TO THE ABSTRACT & ADDENDUM
C. SIGNATURE AND CERTIFICATE OF SERVICE
ADDENDUM
A. INDEX WITH PAGE REFERENCES TO THE RECORD
B. JUDGMENT/ORD/DECREE APPEALED FROM INCLUDED
C. NOTICE OF APPEAL INCLUDED
CRIMINAL CASE TYPED

04/09/2013 Brief tendered
Appellant's Attorney - Rebekah J. Kennedy
Belated.
Pending motion.

03/28/2013 Brief Extension - Jon Aaron Shatwell
This event was tickled for 04/08/13
Action = GRANTED on 04/02/13
Appellant's Attorney - Rebekah J. Kennedy

03/21/2013 7 Day Brief Extension - Jon Aaron Shatwell
This event was tickled for 04/01/13
Action = GRANTED on 03/21/13

Appellant's Attorney - Rebekah J. Kennedy

02/12/2013 Record Lodged
Number of Volumes 6
Number of Sets 0

02/12/2013 Briefing Commenced - Jon Aaron Shatwell
This event was tickled for 03/25/13

**Date Filed:**
Tuesday, February 12, 2013
**Caption:**
JON AARON SHATWELL
V
STATE OF ARKANSAS

**Source URL:** https://courts.arkansas.gov/content/cacr-13-144