IN THE CIRCUIT COURT OF BOONE COUNTY, ARKANSAS
CIVIL DIVISION

DAVID STEBBINS                                              PLAINTIFF

VS.                         CASE NO. CV2013-_____-___

JASON JONES                                                 DEFENDANT

**AFFIDAVIT OF RICKY MATHIS**

Comes now, Ricky Mathis, who hereby submits the following affidavit in the above-styled action. I do solemnly swear that everything contained in this affidavit is, to the best of my knowledge, the truth, the whole truth, and nothing but the truth, so help me God.

5. I used to work for Defendant, as a professional wrestler. I met Plaintiff when he attempting to become a wrestling manager, and I sometimes assisted in his training.

6. At the end of November 2011, going all the way through to January of 2012, Defendant bragged to all his fellow professional wrestlers (including myself) that Plaintiff – the one who sued Defendant in the past – was incarcerated at the Jail he was working at. Defendant bragged about how he was making Plaintiff his bitch, and how he was getting his revenge for having been sued. I do not know precisely what Jones was doing to Plaintiff, but hopefully Plaintiff has other witnesses to testify where I cannot. I do know that he was doing *something* illegal with Plaintiff. I may not know what the crime is, but I know that Defendant is the criminal and Plaintiff is the victim, and I know that the reason Defendant did it is because he hates Plaintiff's guts for having sued him and wants revenge.

7. Speaking of which, I know Jones' personality. He is hot-headed, short-fused, and hot-tempered. He often acts before thinking, and to him, simply filing a lawsuit against him, justified or not, is the equivalent of holding his daughter ransom. He does not care if the lawsuit was justified, or even if it is protected by ADA retaliation laws; if someone stands up to him –

Exh. C-1

even if they do so peacefully and lawfully – he will make them cry, make them beg, make them weep.

8. Having been incarcerated at the Boone County Detention Center, I can also testify that Jason Day – the Jail Administrator – does not do a blasted thing to investigate allegations that inmates make against officers. He will simply ask the officer if it is true or not, and if the denies, he will not take any further steps. This explains why Defendant did not actively seek Plaintiff out for his revenge, but proceeded to get his revenge when Plaintiff was incarcerated: He knew would not get away with doing the former, but he knew he *would* get away with doing the latter. I offer this testimony in order to assist Plaintiff in establishing the element of "opportunity" under Arkansas Rule of Evidence 404(b)... it proves that the Defendant committed these crimes primarily because he had the chance to do so with impunity.

9. Stebbins and I are not especially close. The closest we can come to actually being "friends" is the fact that we were not enemies. We did not conspire together to create this testimony out of thin air; although he is the one who wrote this affidavit, I sign it of my own free will, and only because the things stated herein are 100% true. Stebbins has not offered me any portion of his winnings in exchange for his testimony; in fact, he has not offered me *anything* in exchange for this testimony. In other words, I am 100% disinterested in this case.

10. If anything, I am testifying *against* my interests! This is because giving this testimony may cause me to fall out of favor with a few wrestling promotions, thus hindering my ability to get work as a wrestler. And trust me when I say that my incarceration does *not* hinder my ability to get work as a wrestler; in fact, it can actually be an *asset* to my career, wrestling promoters can use it to portray me as a more menacing villain (or "heel," as it is referred to in wrestling jargon). But here's the bottom line: What happened to Plaintiff was wrong.

11. Speaking of which, yes, I am a criminal, but at least I acknowledge that I did wrong, and am serving my time like a man. That is more than can be said about Jason Jones, which, if this affidavit gets introduced into the record at all, means that he is *not* fessing for his crimes.

I, the undersigned, do hereby certify that all the aforementioned statements are, to the best of my knowledge, the truth, the whole truth, and nothing but the truth, so help me God.

_____<br>
Richard Mathis<br>
P.O. Box 180,<br>
Brickeys, AR 72320

## ACKNOWLEDGMENT

On this day before the undersigned, a Notary Public, duly qualified and acting in and for the county and state aforesaid personally appeared **RICHARD MATHIS**, known to me or satisfactorily proven, whose name appears as AFFIANT in the foregoing instrument, and stated that he/she had executed the same for the uses and purposes therein stated.
IN WITNESS WHEREOF, I have hereunto set my hand and seal this _____ day of_____, 2013.
NOTARY PUBLIC
My Commission Expires:

_____

Seal:

# Exclusive! Debra Marshall, Ex-wife of Stone Cold Steve Austin Tells What Really Goes on in Pro-Wrestling World

Published June 29, 2007
FoxNews.com

This is a *partial* transcript from "*Hannity & Colmes*," June 28, 2007, that has been edited for clarity.

**SEAN HANNITY, CO-HOST:** Details in the investigation into **Chris Benoit**'s murder-suicide continue to emerge, but much of the focus remains on the wrestler's alleged steroid use, as well as the violent culture of the **WWE**.

The ex-wife of wrestling superstar **Stone Cold Steve Austin** wants to shed light on that world and the steroid abuse, and rampant domestic violence that she says she survived, and that **Nancy Benoit** did not.

Joining us now is Stone Cold Steven Austin's ex-wife. **Debra Marshall** is with us. She's also a former, by the way, WWE wrestler herself.

This has now become the question whether or not this is what they call "roid rage." Now, I know they invaded the home of this guy. They investigated there. **Anabolic steroids**, in fact, were found. They went to the doctor's office today.

How rampant is the use of steroids from what you saw in your years being married to your husband?

**DEBRA MARSHALL, FORMER WWE WRESTLER:** You know, what I can say is what I know from being married to Steve Austin, and he definitely told me he used them. And I've actually seen him do that before.

If you think about it, look at the record. Look at the record of how many wrestlers — the record pretty much tells it all. I mean, 60 wrestlers have died in 10 years under the age of 45, and how many had enlarged hearts and all that? I mean, it is just so sad, because something's got to be done. And it's so...

**HANNITY:** But let me ask you this, and I agree with you.

**MARSHALL:** Sure.

**HANNITY:** But I think it's fairly transparent, at least to me — this is not a surprise. Here is the question. Did you see this violent behavior? Is it something that maybe other wives of other wrestlers discussed with you on a fairly regular basis?

**MARSHALL:** No. I tell you what. Because in this business, it's a very hush-hush kind of business, and especially me, being a wrestler and in the business, you are sort of — a code of silence. You don't talk about this kind of stuff.

And for me to talk about it now — you know, I never talked about my domestic abuse with Steve Austin, having him arrested, and it's something you just don't do.

**HANNITY:** Was your husband violent? And do you attribute it to the use of steroids?

*Exh. C-2*

**MARSHALL:** I tell you what. I know it was — contributed to the use of steroids, because I have seen

the steroid rages. I have seen him being paranoid. I have seen his panic attacks. I mean, for three times, I'd seen him attack me — I mean, and at work people would know it, and they would cover the bruises on my face.

**HANNITY:** But based on what you witnessed, and maybe the few people that you did confide in or did speak to, even though you're saying that there is this code of silence, do you believe that it was so dramatic that it could push somebody, or contribute to somebody being involved in what we see in this case?

**MARSHALL:** Absolutely. I tell you what. The last time — and I've never talked about this. The last time Steve attacked me, alcohol was involved. He jumped on me. He's on my back with his knee in my back, pounding me in the back and in my face. I thought I was going to die.

And then, I can totally understand what Nancy must have felt in the last few seconds of her life, because I thought I was going to die.

**ALAN COLMES, CO-HOST:** Debra, it's Alan. I've read that you at times would even show up for work with bruises. Is that true?

**MARSHALL:** That is true.

**COLMES:** Did anybody say anything?

**MARSHALL:** No, they're not going to rat on the top money-maker in wrestling. And everyone else knew this was going on, but no one's going to stop it, because Steve would make millions of dollars for Vince. And I...

**COLMES:** Well, you're saying that people — go ahead.

**MARSHALL:** Well, I just knew, when this happened to Nancy and her little 7-year-old boy, I knew then I had to speak up, because maybe if I had spoken up years ago when this happened to me, then I could have saved Nancy and this little child.

**COLMES:** But the amazing thing is, and it's good that this is now seeing the light of day to some extent in that you're now saying that this has been going on. It's been going on for a long time. People in the WWE knew about it, and there's this giant cover-up, in spite of the fact that people were aware of severe domestic abuse.

**MARSHALL:** It is aware, and you know what? The wrestlers to the WWE were nothing but tools. You know, we're money-makers and then, you know what? The people that make the most money, you don't want bad publicity on them, because they're the ones that sell the T-shirts. They're the one that makes the money. They're the one that makes the draw.

And then like for me to have Stone Cold Steve Austin arrested? Oh my gosh, they so hush-hushed that — put it under the table. They put a gag on me for a year that I couldn't talk about this, because they knew that I could totally bring down their top star.

**COLMES:** The WWE yesterday issued a statement, saying that the Benoit murders were acts of deliberation and so could not be linked to "roid rage." What do you make of the WWE's statement?

**MARSHALL:** You know what I think in my opinion? They're excellent at deflecting the heat on them, and I think they're deflecting the heat, and they're trying to insert some kind of other stories to make people — to get away from the steroid rage.

And I know a fact. When Steve Austin was pounding on me that last time with his steroid rage,

pounding on me, his eyes were bugging out of his head, and it was a rage like the most horrifying thing you've ever seen.

And when I called the cops, he ran out the door, yanked the phone lines out, unplugged the garage door openers, yanked the wires out so I couldn't leave. So there's a very similar reaction to all this.

*Watch* **"Hannity & Colmes"** *weeknights at 9 p.m. ET!*

*Copy: Content and Programming Copyright 2007 Fox News Network, LLC. ALL RIGHTS RESERVED. Transcription Copyright 2007 Voxant, Inc. (www.voxant.com), which takes sole responsibility for the accuracy of the transcription. ALL RIGHTS RESERVED. No license is granted to the user of this material except for the user's personal or internal use and, in such case, only one copy may be printed, nor shall user use any material for commercial purposes or in any fashion that may infringe upon Fox News Network, LLC'S and Voxant, Inc.'s copyrights or other proprietary rights or interests in the material. This is not a legal transcript for purposes of litigation.*