**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**DAVID STEBBINS**                                                                  **PLAINTIFF**

**VS.**                                    **NO. 12-CV-3022**

**BOONE COUNTY ARKANSAS, ET AL.**                              **DEFENDANTS**

**RESPONSE TO PLAINTIFF'S MOTION TO COMPEL
AND MOTION FOR SANCTIONS**

Comes now the Defendants and for their Response to Plaintiff's Motion to Compel and for Sanctions, Docket #110, and for their Response state as follows:

1. On October 30, 2013, Plaintiff filed a Motion to Compel Discovery and for Sanctions stating that Defendants have refused to produce responses to requested discovery and have failed to provide sufficient objections to discovery requests.

2. On September 12, 2013, following phone calls from the Plaintiff, undersigned counsel received an email from the Plaintiff asking for an explanation regarding what information needed to be provided on the health care authorization form. See Exhibit A.

3. Undersigned counsel responded and provided the requested health care authorization forms to the Plaintiff. See Exhibit B (attached email chain).

4. Plaintiff sent a Second Set of Interrogatories and Requests for Production on or about September 17, 2013. *See Exhibit 1 to Plaintiff's Motion to Compel.*

5. On or about October 11, 2013, Defendant responded to the discovery requests and stated its objections including an objection that the Plaintiff had not provided the health care authorizations as required by the Court's Order dated July 30, 2013, 2013 [Doc. No. 82].

1

6. Even after caution from the Court in its Order dated September 18, 2013 [Doc. No. 103], the Plaintiff's email response included, "OK, first of all, you're a lying piece of scum when you say I haven't complied with the Order to produce medical authorizations." *Exhibit C.*

7. After receiving the Plaintiff's email, undersigned counsel checked for any medical authorizations that were received and Defendant had received three of the six (referenced by the Plaintiff in an email) medical authorizations from the Plaintiff. On October 17, 2013, undersigned counsel emailed the Plaintiff apologizing for any confusion and amended the discovery responses to remove that objection. *Id and Plaintiff's Exhibit 5 to his Motion to Compel.*

8. On October 22, 2013, Plaintiff emailed disagreeing with Defendant's discovery responses. *See Exhibit D.*

9. On October 25, 2013, Defendant responded to the Plaintiff's email and attached the resignation letters requested by the Plaintiff and then provided supplemental responses on October 29, 2013. Defendant provided approximately 91 pages from Plaintiff's jail file in response to the Plaintiff's objections and in response to the Plaintiff's request that the Defendant state "all the evidence you have to show that the accusations against Boone County and her officers in the complaint are untrue." *See Exhibit 6 to Plaintiff's Motion to Compel and Defendant's Exhibit E.*

10. The Defendant asserts that it has made valid objections to the Plaintiff's discovery requests and fully responded to Plaintiff's discovery requests and made Plaintiff's Motion to Compel and for Sanctions should be denied.

WHEREFORE, Defendants respectfully pray that Plaintiff's Motion to Compel and for Sanctions be denied.

Respectfully submitted,

BOONE COUNTY, ARKANSAS, and SHERIFF DANNY HICKMAN Boone County, Arkansas Defendants

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas  72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
email: thompson@rainfirm.com


By:  /s/ Geoff Thompson
    Michael R. Rainwater, #79234
    Geoff Thompson, #2002093

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I am mailing a copy by U.S. Mail, postage prepaid to the following non CM/ECF user:

Mr. David Stebbins, Pro Se
123 W. Ridge St., Apt. D
Harrison, AR 72601

    /s/ Geoff Thompson
    Geoff Thompson, #2002093
    Attorney for Defendants
    RAINWATER, HOLT & SEXTON, P.A.
    P.O. Box 17250
    6315 Ranch Drive
    Little Rock, Arkansas  72222-7250
    Telephone (501) 868-2500
    Telefax (501) 868-2505
    Email: thompson@rainfirm.com