## Geoff Thompson

**From:** David Stebbins <stebbinsd@yahoo.com>
**Sent:** Thursday, September 12, 2013 11:25 AM
**To:** thompson@rainfirm.com
**Subject:** "Health Care Provider"

Ms. Thompson,

Let's try this one more time:

When the health care authorization form asked, in the upper right hand corner, for me to list my "Health Care Provider," what information are you asking for?

Because, if you're asking for the identity of my current general care practitioner, well ... I don't have one right now, and I haven't ever since the year 2008, because health care is so expensive.

So, what exactly do you want me to fill in?

Sincerely,
David Stebbins

P.S. the form that you said you would email to me can simply be provided as an attachment to your response to this email.

1



DEFENDANT'S EXHIBIT A