**Geoff Thompson**

From: David Stebbins <stebbinsd@yahoo.com>
Sent: Thursday, September 19, 2013 11:25 PM
To: thompson@rainfirm.com
Subject: Re: Requested documents.

By the way, regarding my second set of discovery requests...

Do you *understand* them? Do you have any questions that the attached explanations did not already answer?

---

**From:** Geoff Thompson <thompson@rainfirm.com>
**To:** 'David Stebbins' <stebbinsd@yahoo.com>
**Sent:** Thursday, September 19, 2013 4:17 PM
**Subject:** RE: Requested documents.

I thought I answered your question. If you need six forms then I'll be happy to provide them if you do not have the capability to print the form that I emailed yesterday. The request for information was for three years.

Thanks

**Geoff Thompson**
Attorney

Rainwater, Holt & Sexton, PA
Post Office Box 17250
Little Rock, Arkansas 72222
**(501) 868-2946 - Direct**
(501) 868-2505 - Fax
(800) 434-4800 - Toll Free
www.CallRainwater.com
thompson@rainfirm.com



*This email may contain privileged and confidential information and is intended only for the use of the specific individual(s) to whom it is addressed. If you are not an intended recipient of the email, you are hereby notified that any unauthorized use, dissemination or copying of this email or the information contained in it or attached to it is strictly prohibited. If you have received this email in error, please delete it and immediately notify the person named above by reply mail.*

**From:** David Stebbins [mailto:stebbinsd@yahoo.com]
**Sent:** Thursday, September 19, 2013 8:48 AM
**To:** thompson@rainfirm.com
**Subject:** Re: Requested documents.

Are you going to answer my question, or not?

1



**From:** Geoff Thompson <thompson@rainfirm.com>
**To:** 'David Stebbins' <stebbinsd@yahoo.com>
**Sent:** Thursday, September 19, 2013 8:07 AM
**Subject:** RE: Requested documents.

Email me and let me know if you are unable to print the form that I emailed on Tuesday. If so, I will send additional forms.

Thanks

**Geoff Thompson**
Attorney

Rainwater, Holt & Sexton, PA
Post Office Box 17250
Little Rock, Arkansas 72222
**(501) 868-2946 - Direct**
(501) 868-2505 - Fax
(800) 434-4800 - Toll Free
www.CallRainwater.com
thompson@rainfirm.com



*This email may contain privileged and confidential information and is intended only for the use of the specific individual(s) to whom it is addressed. If you are not an intended recipient of the email, you are hereby notified that any unauthorized use, dissemination or copying of this email or the information contained in it or attached to it is strictly prohibited. If you have received this email in error, please delete it and immediately notify the person named above by reply mail.*

**From:** David Stebbins [mailto:stebbinsd@yahoo.com]
**Sent:** Wednesday, September 18, 2013 6:56 PM
**To:** thompson@rainfirm.com
**Subject:** Re: Requested documents.

So... what if there were about half a dozen different physicians that I went to in the past four years, as I neandered around looking for a permanent physician? There isn't enough space to put six people. What should I do?

---

**From:** Geoff Thompson <thompson@rainfirm.com>
**To:** 'David Stebbins' <stebbinsd@yahoo.com>
**Sent:** Wednesday, September 18, 2013 2:00 PM
**Subject:** RE: Requested documents.

Mr. Stebbins:

I'm providing the information below in response to the email you sent yesterday.

The information sought is, as stated in the Court's Order dated July 30, 2013 (Document 82), the names and addresses of physicians and/or healthcare facilities that provided treatment for Plaintiff within the last three years. The name of the physician(s) and/or healthcare facilities (doctor's offices, hospitals etc.) would be put in the "Health Care Provider" field.

In the first full paragraph of the Court's Order, the Court states that "Defendants seek to compel Plaintiff to provide the names and addresses of physicians and/or healthcare facilities that provided treatment for Plaintiff within the last three years. Plaintiff has also refused to sign a medical authorization which would allow Defendants to obtain copies of Plaintiff's medical records."

In the fourth full paragraph of the Order. The Court states that the "motion (Doc. 32) is granted. Plaintiff has brought a claim under the Americans with Disabilities Act maintaining that the Defendants failed to provide reasonable accommodations in light of his disability, Asperger's Syndrome. This has put his medical condition at issue. Plaintiff is directed to provide Defendants with the information sought and with a signed medical authorization by August 15th."

Hope this provides the information you need.

Thanks


**Geoff Thompson**
Attorney

Rainwater, Holt & Sexton, PA
Post Office Box 17250
Little Rock, Arkansas 72222
**(501) 868-2946 - Direct**
(501) 868-2505 - Fax
(800) 434-4800 - Toll Free
www.CallRainwater.com
thompson@rainfirm.com



*This email may contain privileged and confidential information and is intended only for the use of the specific individual(s) to whom it is addressed. If you are not an intended recipient of the email, you are hereby notified that any unauthorized use, dissemination or copying of this email or the information contained in it or attached to it is strictly prohibited. If you have received this email in error, please delete it and immediately notify the person named above by reply mail.*

**From:** David Stebbins [mailto:stebbinsd@yahoo.com]
**Sent:** Tuesday, September 17, 2013 8:53 PM
**To:** thompson@rainfirm.com
**Subject:** Re: Requested documents.

Thompson, this order doesn't explain what I'm supposed to put in the "Health Care Provider" field. All it just says is that he wants me to provide the "information sought."

---

**From:** Geoff Thompson <thompson@rainfirm.com>
**To:** 'David Stebbins' <stebbinsd@yahoo.com>
**Sent:** Tuesday, September 17, 2013 4:13 PM
**Subject:** Requested documents.

Mr. Stebbins:

Attached please find a medical authorization and I have also included the Court's Order dated July 30, 2013 which explains what information should be provided. Both documents have also been sent via U.S. Mail with a self-addressed, stamped envelope for your convenience in returning the executed authorization to my office. Thank you for your cooperation.

Geoff

**Geoff Thompson**
Attorney

Rainwater, Holt & Sexton, PA
Post Office Box 17250
Little Rock, Arkansas 72222
**(501) 868-2946 - Direct**
(501) 868-2505 - Fax
(800) 434-4800 - Toll Free
www.CallRainwater.com
thompson@rainfirm.com



*This email may contain privileged and confidential information and is intended only for the use of the specific individual(s) to whom it is addressed. If you are not an intended recipient of the email, you are hereby notified that any unauthorized use, dissemination or copying of this email or the information contained in it or attached to it is strictly prohibited. If you have received this email in error, please delete it and immediately notify the person named above by reply mail.*