# Geoff Thompson

**From:** Geoff Thompson <thompson@rainfirm.com>
**Sent:** Thursday, October 17, 2013 4:44 PM
**To:** 'David Stebbins'
**Subject:** RE: Your discovery objections.

Mr. Stebbins:

I want to apologize, after receiving your email I want to clarify that our office has received three medical authorizations. In an earlier email you referenced six doctors. I will revise the discovery responses to delete the language regarding the medical authorizations. Again, my apologies for any confusion and obviously disregard the letter that I sent requesting that information.


Thanks


**Geoff Thompson**
Attorney

Rainwater, Holt & Sexton. PA
Post Office Box 17250
Little Rock, Arkansas 72222
**(501) 868-2946 - Direct**
(501) 868-2505 - Fax
(800) 434-4800 - Toll Free
www.CallRainwater.com
thompson@rainfirm.com



*This email may contain privileged and confidential information and is intended only for the use of the specific individual(s) to whom it is addressed. If you are not an intended recipient of the email, you are hereby notified that any unauthorized use, dissemination or copying of this email or the information contained in it or attached to it is strictly prohibited. If you have received this email in error, please delete it and immediately notify the person named above by reply mail.*

---

**From:** David Stebbins [mailto:stebbinsd@yahoo.com]
**Sent:** Tuesday, October 15, 2013 11:38 AM
**To:** jowens@rainfirm.com; thompson@rainfirm.com
**Subject:** Your discovery objections.

Ok, first of all, you're a lying piece of scum when you say I haven't complied with the order to produce the medical authorizations. I included them in the same envelope as the second set of discovery requests. If you received the latter, you received the former.

Furthermore, I provided you with perfectly legitimate explanations - even though I am not required to - as to what these discovery requests actually have to do with the case at hand.

Now, produce the discovery responses - the REAL discovery responses, within 72 hours of the date of this email, or I will file another motion to compel discovery against you.