IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                                          PLAINTIFF

v.                                              Case No. 3:12-CV-03022

BOONE COUNTY, ARKANSAS; and
SHERIFF DANNY HICKMAN, in his official capacity                           DEFENDANT

**O R D E R**

Currently before the Court is Plaintiff David Stebbins's objection (Doc. 111) to the Magistrate's order (Doc. 109) denying Mr. Stebbins's renewed motion (Doc. 108) to join parties.

Having reviewed the Magistrate's order and Mr. Stebbins's objections, the Court cannot find that the Magistrate's order was clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a). The Court cannot find that joinder of any Arkansas state defendants is required in this action. Furthermore, Mr. Stebbins acknowledges that the criminal prosecution he complains of has not yet been dismissed in state court. Finally, the Court is not required to continue an action that is in the advanced stages of litigation to allow a plaintiff to join a new party or parties that are not necessary for resolution of the action.

IT IS THEREFORE ORDERED that the order (Doc. 109) of the Magistrate denying Mr. Stebbins's renewed motion to join parties is AFFIRMED.

IT IS SO ORDERED this 26th day of November, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE