U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JAN 02 2014

CHRIS R. JOHNSON, Clerk
By
        Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

**DAVID STEBBINS**                                                                                     **PLAINTIFF**

**VS.**                           **CASE NO. 12-3022**

**BOONE COUNTY, AR**                                               **DEFENDANTS**

## MOTION TO CONTINUE CASE

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following motion to continue this case until such time as Documents #110 and #112 in this case receive a ruling.

Both of these motions are critical to Plaintiff's ability to prosecute this case.

For example, the motion to compel discovery, if granted, would provide Plaintiff with enough evidence to prove two of his key arguments in this case; That the County does absolutely nothing in their recruitment or training of police deputies or jail guards to minimize the risk of the actions complained of in this case from happening, and that the County has not, in the past five years, actually investigated a single allegation of misconduct against a police deputy or jail guard because they are just too lazy to do so. Both of these can go a long way, in axiomatic ways, to establishing municipal liability in this case.

In addition to this, the Defendants have yet to list any witnesses. If they do not list witnesses in discovery, they cannot introduce them at trial. Thus, this discovery request is crucial to protecting Plaintiff's due process rights.

On a similar vein, the petition for subpoena *duces tecum* will provide very crucial evidence that the entire arrest and criminal prosecution was done simply to persecute Plaintiff for his lawsuits, even though they were not any of the criminal court's business. The motion for admonishments to the uncooperative witnesses will, if granted, convince these witnesses to offer invaluable testimony (such as Ricky Mathis' testimony that Jason Jones confessed to his crimes;

it does not take much imagination to realize just how valuable that testimony would be).

So, as the court can see, these motions are crucial to Plaintiff's ability to present his case. To make the tension worse, the deadline for the case is rapidly approaching. Either a ruling on both motions needs to be issued now, or the deadline needs to be pushed back. Therefore, Plaintiff asks this Court to do either of those.

It is so requested on this 30th day of December, 2013.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601

U.S. District Court
35 E. Mountain +
Room 510
Fayetteville, AR 72701

72701$55555