U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JAN 21 2014

CHRIS R. JOHNSON, Clerk
By
                Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                                                   PLAINTIFF

VS.                                CASE NO. 12-3022

BOONE COUNTY, AR                                             DEFENDANTS

## AFFIDAVIT OF M. DEAN DAVIS

Comes now, Morris Dean Davis, who hereby submits the following affidavit in the above-styled action. I do solemnly swear, under penalty of perjury, that the following statements are, to the best of my knowledge, the truth, the whole truth, and nothing but the truth, so help me God.

1. I spent approximately three years incarcerated in the Boone County Detention Center, where I was placed in C-Pod, Cell 4. I was facing homicide charges. My conviction (to the extent that it means anything under Federal Rule of Evidence #609) was only of manslaughter. It was an *accident*. I regret letting it happen, but then again, that is why I accepted that plea agreement.

2. On December 15, 2011, at around 8AM, Jason Jones (who was working as a jail guard at the time) went storming into the neighboring B-Pod. An inmate had angered Jones, and Jones – rather than acting like a professional – proceeded to yell and threaten this inmate at the top of his lungs, calling this inmate every foul name he could think of, including a "motherfucking piece of punkass bullshit" and "a god-damned basket case." He even threatened to inflict serious physical harm onto this inmate; his lines included "You say I'm discriminating you? I'll show you discrimination when I fucking bash your head against that stone wall!" Jones even threatened to *cripple* that inmate if that inmate tried to sue him; his exact words were "You wanna sue me boy?! You won't be able to fucking walk outta this jail, son!"

3. Stebbins claims that he was the one who Jones was yelling at that day; I don't know he was telling the truth or not (it will be up to the jury if they wish to believe that Stebbins was the victim), but I can testify, with 100% certainty (because I heard it with my own ears) that he was making these threats – and at the top of his lungs to boot – to somebody in B-Pod. Then again, Jones mentioned discrimination, so perhaps that would narrow the possible inmates down, slightly, but again, that's jury's decision.

4. While incarcerated at the Defendant's jail, I myself was in for a rude awakening: The Boone County Jail Staff do no give a rat's arse about inmate's "rights" or petty things like "laws." They will do whatever they want, and only obey the law if it's convenient for them. Any grievance procedures the jail has in place are mere phantom laws that exist solely to lull the voters into a false sense of security. The jail guards can lose their jobs – even be charged with crimes themselves – if they are caught committing any kind of misconduct, and they know that. However, they also know something else that the voters don't know: They know they're never going to *get caught* because the only time such a procedure would actually be invoked against them is if they've already fallen out of the Jail Administrator's favor on a completely unrelated matter.

5. It is my understanding (though I could be completely wrong on this; I'm simply going off what Stebbins has told me) that some of the other B-Pod inmates say that it was Stebbins yelling at and threatening Jones, rather than the other way around. Now that I've heard both their voices, I can definitely say that this is a lie; Jones' and Stebbins' voices are as different as different could be; you have about as good a chance of confusing their voices as you do of confusing their faces.

6. One example which I can personally attest to is when a now-former jail guard named Kendra Combs was cleaning out my cell, and simply threw away all my styrofoam cups. Because the jail guards cannot be bothered with stupid, petty things like "being careful," Combs

didn't bother to take even one second to glance inside the cups to see if anything important was inside them (why should she? That would take *effort!*) and, because of that, ended up throwing away my dentures! I spent a year asking for my dentures to be replaced, but the jail can't be bothered with stupid things like "paying up for your mistakes." Because ... ya know ... that's what *low class* people do! In August of 2012, I had enough, and proceeded to file a federal lawsuit against her and other guards. This lawsuit was given case No. 12-3116.

7. Of course, my case is tame compared to the horrendous acts that I've witnessed others suffer at the hands of these jail guards. One of the most heinous examples – one that I actually SAW, rather than merely heard from a neighboring pod – involved an inmate named Mike, who was set to be extradited to the Missouri Penitentiary. He had clinical depression which necessitated anti-depressant medications. However, the jail guards, during the Summer of 2012, refused to take him to his doctor to get his prescription re-written, causing him to lose his anti-depressant medications, resulting in not one, but TWO suicide attempts on his part! When he filed a grievance regarding that issue, the jail simply signed the grievance and returned it to him, without even filling out the section of the grievance form set aside for the jail guards to actually write their response. So basically, they completely ignored the grievance.

8. But their callous treatment of this poor man doesn't stop there. A few weeks before Stebbins' second tenure in jail, Mike had an injury that caused him to become extremely weak and puke blood into his toilet. When he requested medical care, the jail guards simply called him a liar (because it's easier to just *assume* that he's faking it than it is to actually check for red liquid in the toilet bowl). I and the other C-Pod inmates watched in horror as Jail Guard Tina Ferguson proceeded to drag him *by his hair* to the front of the jail, where the holding cells (cells normally reserved for incoming inmates before they are booked for a more permanent cell), and

proceeded to leave him there all weekend long until the nurse returned on Monday (since the Jail doesn't feel like dropping the coin to have a nurse on hand 24/7 for emergencies, since that would take away from the taxpayer money they could instead us to pad their pensions), and only upon her recommendation was Mike finally sent to the hospital. Why wasn't the blood they could see with their own two eyes good enough to make that decision? Simple: Because they are lazy pieces of crap who will only do their jobs if they simply have to.

9. That's just the jail *guards*, though. What if it's the *Sheriff himself* who actually commits these heinous acts. A good example of this is an inmate who Stebbins does not remember the name of (since Stebbins is the one writing this affidavit for me) who was incarcerated in Cell C1. This man was charged with misdemeanor possession of cannabis, possession of a meth lab in his home (a home he didn't even own; he was fixing an appliance as a job), and resisting arrest. Shortly after he was arrested, he met Danny Hickman, the at-the-time Sheriff of Boone County, and proceeded to tell Hickman "I hope Mike Moore beats your ass in the election!"

10. This wasn't harassment or a threat; it was simply an opinion ... an opinion that inmate had the First Amendment right to publish. However, despite the clear legality of this statement, Hickman proceeded to hold a vendetta against this inmate. The inmate's initial bond was set at $25,000; he could have bonded out of jail using the Campbell Bonding Company for only $2,500, which his girlfriend had. However, Hickman proceeded to add his own arbitrary $5,000 bond which would only be satisfied with cash. This kept this inmate incarcerated far longer than he should have been. Although the Court, on three separate occasions, removed this cash-only bond, Hickman would always proceed to reinstate it ... simply because he could ... simply because this pompous kid had the unmitigated gal to speak his mind about a public official.

11. Remember, folks; you *elected* that man, yourselves, back in 2008! Doesn't that make you

feel good about yourselves?! Does it? Because it shouldn't.

12.     As you can see, these people simply have no shame, no soul or conscience. They don't see stupid, petty things like "laws" and "rights" to get in the way of doing whatever they want, whenever they want. Any time an inmate such as Stebbins tries to call them out on their bullcrap, they'll simply give the excuse that there was "no evdience" to support any accusations of misconduct, even though they would have found evidence in abundance if they had just searched for it.

13.     Perhaps I am completely wrong on this. Maybe the cases of us four are the exception and not the rule. However, I do believe (to the extent my opinion is worth anything pursuant to Federal Rule of Evidence #701) that the jury should consider these incidents as evidence that the County has a policy of ignoring their duties and inmates' rights, and then pin the burden of proof onto the County to show that they do indeed investigate allegations of misconduct, and to actually show *proof* that our cases were the exception and not the rule.

I, the undersigned, do solemnly swear, under penalty of perjury, that the following statements are, to the best of my knowledge, the truth, the whole truth, and nothing but the truth, so help me God.

_____
SIGNATURE

### ACKNOWLEDGMENT

On this day before the undersigned, a Notary Public, duly qualified and acting in and for the county and state aforesaid personally appeared MORRIS DEAN DAVIS, known to me or satisfactorily proven, whose name appears as AFFIANT in the foregoing instrument, and stated that he/she had executed the same for the uses and purposes therein stated.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 25th day of October 2013.

NOTARY PUBLIC Agnes Thomas
My Commission Expires: March 30, 2017
SEAL