IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                    PLAINTIFF

v.                                      No. 3:12-cv-03022

BOONE COUNTY, ARKANSAS; and
SHERIFF DANNY HICKMAN, in his official capacity                                 DEFENDANTS

# ORDER

Currently before the Court are Plaintiff David Stebbins's emergency motion (Doc. 119) to stay the evidentiary hearing currently set in this case for March 5, 2014 as well as Mr. Stebbins's objections (Doc. 120) to an order (Doc. 118) entered by Chief U.S. Magistrate Judge James R. Marschewski.

When a magistrate judge enters an order on a nondispositive matter, "[a] party may serve and file objections to the order within 14 days after being served with a copy." Fed. R. Civ. P. 72(a). "The district judge in the case must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law." *Id*. Having considered Mr. Stebbins's objections and having reviewed the Magistrate's order as well as the relevant portions of the record in this case, the Court finds that the Magistrate's order (Doc. 118) denying in part Mr. Stebbins's motion to compel (Doc. 110), denying Mr. Stebbins's motion for sanctions (Doc. 110), denying Mr. Stebbins's motion for subpoena duces tecum (Doc. 112), denying certain of Mr. Stebbins's requested subpoenas (Doc. 114), and denying Mr. Stebbins's motion to continue the evidentiary hearing (Doc. 117) was neither clearly erroneous nor contrary to law. The Court therefore overrules Mr. Stebbins's objections to the Magistrate's order. The Court does clarify that it interprets the Magistrate's order regarding Mr. Stebbins's requests for subpoenas as applying only to the evidentiary hearing.

Subpoenas will need to be separately requested and separately issued for any subsequently held jury trial.

Mr. Stebbins also moves the Court (Doc. 119) to stay the evidentiary hearing until his motions to compel discovery and motions for subpoenas duces tecum, as well as any subsequent objections, are ruled on. The Magistrate's ruling on those motions has been issued, and the Court has now overruled Mr. Stebbins's objections. The Court further finds that no stay of the evidentiary hearing is necessary. Based on the Magistrate's rulings, Mr. Stebbins should have sufficient time to prepare for the evidentiary hearing as it is currently scheduled.

IT IS THEREFORE ORDERED that Mr. Stebbins's objections (Doc. 120) are OVERRULED, and his emergency motion to stay the evidentiary hearing (Doc. 119) is DENIED.

**IT IS SO ORDERED** this 22nd day of January, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE