# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# HARRISON DIVISION

**DAVID STEBBINS**                                                              **PLAINTIFF**

**VS.**                                        **NO. 12-CV-3022**

**BOONE COUNTY ARKANSAS, ET AL.**                            **DEFENDANTS**

## DEFENDANTS' RESPONSES TO THE COURT'S ORDER DATED JANUARY 16, 2014

The Boone County Defendants state in response to the Court's Order dated January 16, 2014, as follows:

1. Request for Production No. 1:

See attached affidavit from Jason Day.

2. Request for Production No. 2.

Defendant maintains its objection and supplement per the Court's Order as follows. Plaintiff requests three randomly selected cases from inmate files at the Boone County Detention Center. The Jail does not keep a detainee grievance file and any grievance (for whatever reason) is filed in the detainee's jail file. The detainee jail files are archived at times. The information requested leaves the Defendants unsure what grievances the Plaintiff is requesting and each detainee grievance concerns individual facts and circumstances and is evaluated on a case-by-case basis. Defendants assert that the Plaintiff's request is vague, overly broad, and unduly burdensome and not stated in such a way that the requested files are readily identifiable. Defendants also state that a search of detainee grievance forms would require an individual search of each detainee's case file.

2. Response to Interrogatory No. 3:

The Boone County Sheriff's Department has a Law Enforcement Code of Ethics with which its Officers are expected to follow. *See attached Code of Ethics*. Deputy Baethke received training in the use of force and the County has a use of force policy in place. *See*

*attached Use of Force Policy and Training Certificate*.  Deputy Baethke and any other Sheriff's Department Deputy are expected to follow the policies and procedures of the Sheriff's Department.  Deputy Baethke had a first line supervisor maintaining close contact with him and evaluating his day-to-day performance.  Deputies are counseled on a regular basis by their supervisors on ways to improve their performance and how to better handle the day-to-day situations that arise as a law enforcement officer, including arrests.  Any complaints from citizens and/or fellow officers, including supervisors would be assessed on a case-by-case basis, evaluated and potentially investigated for any misconduct by a sheriff's deputy.  Any policy and procedure violations including an allegation of bias, anger, or discriminatory conduct would be treated seriously and could result in counseling and/or discipline.  The seriousness of the allegations against an officer would determine how far up the chain of command a matter is handled.  Upon information and belief no complaints were filed against Deputy Baethke during his time as a Boone County Sheriff's Deputy.

    Respectfully submitted,

    BOONE COUNTY, ARKANSAS, and SHERIFF DANNY HICKMAN Boone County, Arkansas Defendants

    RAINWATER, HOLT & SEXTON, P.A.
    P.O. Box 17250
    6315 Ranch Drive
    Little Rock, Arkansas  72222-7250
    Telephone (501) 868-2500
    Telefax (501) 868-2505
    email: thompson@rainfirm.com

By:    /s/ Geoff Thompson
       Michael R. Rainwater, #79234
       Geoff Thompson, #2002093

# CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of January, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I am mailing a copy by U.S. Mail, postage prepaid to the following non CM/ECF user:

Mr. David Stebbins, Pro Se
123 W. Ridge St., Apt. D
Harrison, AR 72601

      /s/ Geoff Thompson
Geoff Thompson, #2002093
Attorney for Defendants
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas 72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
Email: thompson@rainfirm.com