IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                      PLAINTIFF

      v.            Civil No. 12-3022

BOONE COUNTY, ARKANSAS; and
SHERIFF DANNY HICKMAN, in his official capacity          DEFENDANTS

## O R D E R

Pursuant to Rule 45(e)(1), Federal Rules of Civil Procedure, it is on this 27th day of January 2014 ORDERED that the Clerk of the Court of the Western District of Arkansas issue a subpoena directed to **Jason Jones**, requiring his presence before this court in Harrison, Arkansas on Wednesday, March 5, 2014 at 9:00 a.m., in the J. Smith Henley Federal Building, 402 North Walnut, Room 231, Harrison, Arkansas, to testify in the above entitled proceeding.

IT IS FURTHER ORDERED that the subpoena issued by the Clerk of the Western District of Arkansas be served by the U.S. Marshals Service. The expense is to be borne by the U.S. Government.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE