IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                    PLAINTIFF

v.                    Civil No. 12-3022

BOONE COUNTY, ARKANSAS; and
SHERIFF DANNY HICKMAN, in his official capacity        DEFENDANTS

## ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

On this 28th day of January 2014, IT IS ORDERED that the Clerk of this Court issue a Writ of Habeas Corpus Ad Testificandum directed to the following:

Warden, Arkansas Department of Correction, Ouachita River Correctional Unit, 100 Walco Lane, Malvern, AR 72104, requiring him to produce the body of John Edgmon, #153079, to attend a proceeding in the above entitled case for which he is a witness, scheduled for **Wednesday, March 5, 2014 at 9:00 a.m.**, J. Smith Henley Federal Building, 402 North Walnut, Room 231, Harrison, Arkansas, and that said John Edgmon, #153079, be returned to the Arkansas Department of Correction, Ouachita River Correctional Unit, 100 Walco Lane, Malvern, Arkansas, at the conclusion of the proceeding.

/s/ *J. Marschewski*
**HONORABLE JAMES R. MARSCHEWSKI**
**CHIEF UNITED STATES MAGISTRATE JUDGE**