IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                PLAINTIFF

VS.                                      NO. 12-CV-3022

BOONE COUNTY ARKANSAS, ET AL.                                  DEFENDANTS


PREHEARING INFORMATION FILING
Case Status as of February 3, 2014

1. <u>Parties Submitting</u>:    The Defendant.

2. <u>Legal Counsel</u>:

   For the Defendant:    Mr. Geoff Thompson
                         Rainwater, Holt & Sexton
                         P.O. Box 17250
                         6315 Ranch Drive
                         Little Rock, AR  72222-7250

   For the Plaintiff:    Mr. David Stebbins, Pro Se
                         123 W. Ridge St., Apt. D
                         Harrison, AR 72601

3. <u>Claims and Relief Sought</u>:

   a.   Claims:  Plaintiff claims his rights have been violated by discrimination, that his Americans with Disabilities Acts rights have been violated, that he has been subjected to retaliation.

   b.   Relief sought: Plaintiff seeks injunctive relief, dismissal of his criminal charges, and $1,000.00 per incident for the alleged violation of his rights, $10,560.00 in punitive damages and a total of $11,616,000.00 in damages.

4. <u>Settlement Prospects</u>:  None at this time.

5. <u>Jurisdiction</u>:   Not disputed.

6. <u>Pending Motions</u>: Defendant has no pending motions with the court at the present

time.

7. <u>Summary of Facts</u>: A warrant was issued based on probable cause for the Plaintiff's arrest for Domestic Battery in the First Degree. The warrant, with an attached probable cause affidavit, was signed by a Circuit Court Judge. On November 25, 2011, Plaintiff was arrested and incarcerated in the Boone County Detention Center. The Plaintiff was incarcerated until his release date. At no time during his incarceration was the Plaintiff discriminated against because of a disability or retaliated against.

8. <u>Stipulations</u>: None.

9. <u>Contested Issues of Fact</u>: Fact issues presently identified include: Did Defendant violate Plaintiff's constitutional rights.

10. <u>Contested Issues of Law</u>: Defendant contest that they violated the Plaintiff's constitutional and civil rights. Defendant contest that it had any unconstitutional County policy, practice or custom or that Plaintiff was injured in any way during his incarceration.

11. <u>Exhibits</u>: Plaintiff's jail file including booking and intake information, the arrest warrant and attached affidavit of probable cause, incident reports, disciplinary reports, medical requests, medical chart notes, and medication logs, and information provided to the Plaintiff during discovery. Any relevant policies and procedures. Any exhibits listed or introduced by the Plaintiff or necessary for rebuttal of the Plaintiff's claims.

12. <u>Charts or Graphs</u>: None.

13. <u>Witnesses</u>: Defendant anticipates that it may call the following witnesses:

    a. Former Sheriff Danny Hickman;

    b. Jail Administrator Jason Day;

    c. Former Jailer Jason Jones;

    d. Former Boone County Deputy Jason Beathke;

      e.      Chief Deputy Tim Roberson;

      f.      Any witnesses called or listed by the Plaintiff; and

      g.      Any necessary rebuttal witnesses.

14. <u>Discovery</u>: Upon information and belief, Defendant has responded to Plaintiff's discovery requests.

15. <u>Expedition of Action</u>: None suggested.

16. <u>Estimated Length of Hearing</u>: 1 day.

Respectfully submitted,

BOONE COUNTY, ARKANSAS, and SHERIFF DANNY HICKMAN Boone County, Arkansas Defendants

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas 72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
email: thompson@rainfirm.com

By: /s/ Geoff Thompson
Michael R. Rainwater, #79234
Geoff Thompson, #2002093

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of February, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I am mailing a copy by U.S. Mail, postage prepaid to the following non CM/ECF user:

Mr. David Stebbins, Pro Se
123 W. Ridge St., Apt. D
Harrison, AR 72601

/s/ Geoff Thompson
Geoff Thompson, #2002093
Attorney for Defendants
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250

6315 Ranch Drive
Little Rock, Arkansas 72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
Email: thompson@rainfirm.com