

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                         PLAINTIFF

VS.                            CASE NO. 12-3022

BOONE COUNTY, AR                               DEFENDANTS

## SUPPLEMENTAL PETITION FOR ISSUANCE OF SUBPOENAS

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Supplemental Petition for Issuance of Subpoenas.

There were a few witnesses who Plaintiff forgot to subpoena the first time. Fortunately, the scheduling order does NOT state that Plaintiff may only submit one Petition for Issuance of Subpoena, so he still has a chance to correct his mistake.

Plaintiff asks the following people to be summoned to testify:

1.      **Morris Dean Davis**. His subpoena was previously declined, but there is an alternative thing he can testify about (Plaintiff did not mention this before because he felt that the preexisting grounds for having him subpoenaed would be sufficient. Plaintiff understandably did not expect the Court to declare direct, first-hand observation to be hearsay testimony). Specifically, he has personal knowledge of the customs of Boone County. More specifically, he knows from first-hand experience that it is the custom of Boone County to always arrest both parties in a domestic violence dispute, even if there no probable cause. This testimony will be juxtaposed with Plaintiff's arrest, where only Plaintiff was arrested, showing that Plaintiff being the sole arrestee – though technically allowed under federal law – was a *factual* (as opposed to legal) departure from the County's custom. This departure will subsequently be inexplicable on any grounds other than... Bearthky simply wanted to arrest Lawsuit Man.

2.      **Tina Avey, Brandon Starnes, and Timothy Porras**. Guards for the Boone County jail.

They will testify consistently with the witness list, establishing municipal liability accordingly.

3.      **Kenny Barnes**. Former Chief of Police for Lead Hill, AR, a small town inside Boone County. He was arrested in October of 2013 for allegations of corruption. He likely has insider knowledge as to how much corruption exists in Boone County. He especially has personal knowledge as to whether or not his own arrest was done for political reasons (e.g. whether he simply fell out of favor with the County by upsetting the Powers that Be). If it was, this would be admissible under Fed. R. Evid. 404(b) to assist in proving that Plaintiff's arrest was also done for "political" reasons (namely, that Lawsuit Man needed to stop filing lawsuits). Last but certainly not least, there is a good chance that he would know if Plaintiff's arrest was done in reaction to his lawsuits (e.g. if he knew about the conspiracy or overheard the conspiracy being discussed).

Plaintiff asks that these witnesses be subpoenaed. Thank you.

*David Stebbins*
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com