# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# HARRISON DIVISION

**DAVID STEBBINS**                                                                  **PLAINTIFF**

**VS.**                              **NO. 12-CV-3022**

**BOONE COUNTY ARKANSAS, ET AL.**                          **DEFENDANTS**

## RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS

Comes now the Defendants and for their Response to Plaintiff's Motion for Sanctions under Rule 37(b), [Doc. No. 126], and for their Response state as follows:

1. On January 23, 2014, Defendants, in accordance with the Court's Order, supplemented its responses to comply with the Order. Defendant responded to each of the requests and provided the requested information.

2 The Court directed the Defendant to supplement their response to Request for Production No. 2. Defendant maintained its objection but supplemented and stated its objection with particularity as directed by the Court's Order [Doc. No. 118]. Defendant understood that it had complied with the Court's Order that directed Defendant to supplement provide more particularity for its objection. If the Court determines that information needs to be provided then the Defendant, as it has already shown, will make every effort to provide any document requested by the Court as soon as possible.

3 The Plaintiff requested that the Defendant "state what training, if any, is done that focuses on an officer not using personal bias, anger, or discriminatory conduct in the handling of an arrest."

1

4.       Defendant responded and provided a detailed response concerning the on-the-job training that deputies at the Sheriff's Department receive including the handling of an arrest, the code of ethics and policies that deputies are expected to follow as a Deputy for the Boone County Sheriff's Department. The use of force policy was included in the response as the policy is in place for arrest situations and instructs the law enforcement officer how to respond to situations without bias, anger, or discriminatory conduct. The response also included that no complaints were filed against Deputy Baethke during his time at the Sheriff's Department.

5.       Defendant asserts that it stated valid discovery objections and fully complied to Court's Order dated January 16, 2014. If the Court determines that any additional information needs to be provided then the Defendant will make every effort to provide any additional information that the Court's directs. Defendant asserts that the Plaintiff's Motion for Sanctions should be denied.

WHEREFORE, Defendants respectfully pray that Plaintiff's Motion for Sanctions be denied and for any and all relief to which it is entitled.

Respectfully submitted,

BOONE COUNTY, ARKANSAS, and SHERIFF DANNY HICKMAN Boone County, Arkansas Defendants

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas  72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
email: thompson@rainfirm.com

By:      /s/ Geoff Thompson
         Michael R. Rainwater, #79234
         Geoff Thompson, #2002093

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 11th day of February, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I am mailing a copy by U.S. Mail, postage prepaid to the following non CM/ECF user:

Mr. David Stebbins, Pro Se
123 W. Ridge St., Apt. D
Harrison, AR 72601

            /s/ Geoff Thompson
            Geoff Thompson, #2002093
            Attorney for Defendants
            RAINWATER, HOLT & SEXTON, P.A.
            P.O. Box 17250
            6315 Ranch Drive
            Little Rock, Arkansas 72222-7250
            Telephone (501) 868-2500
            Telefax (501) 868-2505
            Email: thompson@rainfirm.com