IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                    PLAINTIFF

        v.                Civil No. 12-3022

BOONE COUNTY, ARKANSAS; and
SHERIFF DANNY HICKMAN, in his official capacity     DEFENDANTS

## ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

On this 13th day of February 2014, IT IS ORDERED that the Clerk of this Court issue a Writ of Habeas Corpus Ad Testificandum directed to the following:

Warden, Arkansas Department of Correction, Cummins Unit, P. O. Box 500, Grady, AR 71644-0500, requiring him to produce the body of Morris Davis, #153931, to attend a proceeding in the above entitled case for which he is a witness, scheduled for **Wednesday, March 5, 2014 at 9:00 a.m.**, J. Smith Henley Federal Building, 402 North Walnut, Room 231, Harrison, Arkansas, and that said Morris Davis, #153931, be returned to the Arkansas Department of Correction, Cummins Unit, Grady, Arkansas, at the conclusion of the proceeding.

                                             */s/ J. Marschewski*
                                        **HONORABLE JAMES R. MARSCHEWSKI**
                                        **CHIEF UNITED STATES MAGISTRATE JUDGE**