IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                              PLAINTIFF

v.                  Civil No. 12-3022

BOONE COUNTY, ARKANSAS;
and SHERIFF DANNY HICKMAN                            DEFENDANTS

## **AMENDED ORDER**

The Clerk is directed to break the link or take what ever steps are necessary to delete Document 137 so that Tina Avery's address and phone number are not part of the public record.

Plaintiff filed a supplemental motion for the issuance of subpoenas (Doc. 130). Plaintiff asked for a subpoena to be issued for Tina Avery. Defendants were asked to produce her without the necessity of a subpoena being issued (Doc. 132). Defendants are unable to produce her as a witness. Therefore, a subpoena will be issued.

IT IS SO ORDERED this 19th day of February 2014.

                                                            /s/ *J. Marschewski*
                                                  HON. JAMES R. MARSCHEWSKI
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)