## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## HARRISON DIVISION

**DAVID STEBBINS**                                                                 **PLAINTIFF**

**VS.**                                       **NO. 12-CV-3022**

**BOONE COUNTY ARKANSAS, ET AL.**                                   **DEFENDANTS**

### DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION
### TO EXCLUDE TESTIMONY OF CHIEF DEPUTY JIM ROBERSON

Come now the Defendant, and for its Response to Plaintiff's Motion to Exclude the Testimony of Chief Deputy Jim Roberson, does state as follows:

### I.  INTRODUCTION

Plaintiff has moved in limine to exclude the testimony of Chief Deputy Jim Roberson.  For the reasons set forth herein, those witnesses and evidence should not be excluded from testifying at the trial of this case.

### II.  ARGUMENT

**A.**     **Plaintiff has been provided with all the documents listed as Exhibits in Defendant's Pre-hearing Information Sheet**.

Defendant responded to one of the Plaintiff's many discovery requests by providing many documents from the Plaintiff's Jail file including booking and intake information, the arrest warrant and attached affidavit of probable cause, incident reports, disciplinary reports, medical requests, medical chart notes, and medication logs.  The Plaintiff has also been provided with policies and procedures from the Boone County Sheriff's Department and the Boone County Sheriff's Department Code of Ethics.  The Plaintiff has received the information in response to Plaintiff's discovery requests.

Defendant named in its Pre-Hearing Information Sheet Chief Deputy Tim Roberson along with former Sheriff Danny Hickman, Jail Administrator Jason Day, former jailer Jason Jones, and former Boone County Deputy Jason Beathke as witnesses that it may call.  Chief Deputy Tim Roberson was the Chief Deputy at the time that Plaintiff was arrested and incarcerated.  The Chief

Deputy at the Boone County Sheriff's Department has knowledge of the Boone County Sheriff's Department Policies and Procedures and the day-to-day training and supervising of its deputies.

**B.      Plaintiff's Objections Invalid**

Defendant has listed Chief Deputy Tim Roberson as a potential witness. The Chief Deputy of the Boone County Sheriff's Department is a known person to the community and as a supervisor in the chain-of-command at the Sheriff's Department is responsible for the supervision of the Sheriff's Deputies. Defendant has not determined whom it may be necessary to call as a witness to defend a case against allegations made by the Plaintiff but has listed Tim Roberson as a potential witness to discuss the day-to-day operations of the Sheriff's Department, the training of its Sheriff's Deputies and the enforcement of the law enforcement code of ethics. Any anticipated testimony provided by Tim Roberson would be concerning documents and evidence provided to the Plaintiff during discovery.

**C.      Challenged Witness Is an Appropriate Rebuttal/Impeachment Witness**

The Federal Rules of Evidence do not require the Defendant to name a rebuttal/impeachment witness and since it is anticipated that the challenged witness could give primarily rebuttal and/or impeachment testimony, he should not be excluded from testifying.

### III.  CONCLUSION

For the reasons set forth herein, Plaintiff's Motion to Exclude the Testimony of Tim Roberson and any other evidence listed by the Defendant in its Pre-Hearing Information Sheet should be denied.

Respectfully submitted,

BOONE COUNTY, ARKANSAS, and SHERIFF DANNY HICKMAN Boone County, Arkansas Defendants

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas 72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
email: thompson@rainfirm.com

By:   /s/ Geoff Thompson
Michael R. Rainwater, #79234
Geoff Thompson, #2002093

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I am mailing a copy by U.S. Mail, postage prepaid to the following non CM/ECF user:


Mr. David Stebbins, Pro Se
123 W. Ridge St., Apt. D
Harrison, AR 72601

  /s/ Geoff Thompson
Geoff Thompson, #2002093
Attorney for Defendants
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas 72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
Email: thompson@rainfirm.com

6653.4010