```
             IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                      HARRISON DIVISION
```

DAVID STEBBINS                                              PLAINTIFF

        v.           Civil Case No.  12-3022

BOONE COUNTY, ARKANSAS; and
SHERIFF DANNY HICKMAN, in his official capacity             DEFENDANTS

### O R D E R

On this 4th day of March 2014, **IT IS ORDERED** that the order for writ of habeas corpus ad testificandum and writ entered on January 28, 2014, directing the Warden, Arkansas Department of Correction, Ouachita River Correctional Unit, to produce John Edgmon, #153079, be set aside as naught.  **IT IS FURTHER ORDERED** that the order for writ of habeas corpus ad testificandum and writ entered on February 13, 2014, directing the Warden, Arkansas Department of Correction, Cummins Unit, to produce Morris Davis, #153931, be set aside as naught.

                                      /s/ *J. Marschewski*
                                **HONORABLE JAMES R. MARSCHEWSKI**
                                **CHIEF UNITED STATES MAGISTRATE JUDGE**