```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                     HARRISON DIVISION

DAVID STEBBINS                                        PLAINTIFF

v.                      Case No. 3:12-CV-03022

BOONE COUNTY, ARKANSAS; and
SHERIFF DANNY HICKMAN, in
his official capacity                                 DEFENDANTS
```

### N O T I C E

---
Type of Case:           Civil
---
TAKE NOTICE that a proceeding in this case has been reset for the place, date and time set forth below:
---

Place:    J. Smith Henley Federal Building
          402 North Walnut - **Room 231**
          Harrison, Arkansas


Date and Time: **Tuesday, April 22, 2014 - 9:00 am**

---
Type of Proceeding:

# Evidentiary Hearing*

**\*Scheduling Order entered 9/26/2013 remains in effect**
---

```
                         HONORABLE JAMES R. MARSCHEWSKI
                         CHIEF UNITED STATES MAGISTRATE JUDGE
Date: March 6, 2014

                         BY: /s/ Deborah J. Maddox
                             Courtroom Deputy


TO:  Pro Se Litigant
     Counsel of Record
     U. S. Marshals Service
```