```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                  HARRISON DIVISION
```

DAVID STEBBINS                                              PLAINTIFF

          v.            Civil No. 12-3022

BOONE COUNTY, ARKANSAS; and
SHERIFF DANNY HICKMAN, in his official capacity         DEFENDANTS

### ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

On this 6th day of March 2014, IT IS ORDERED that the Clerk of this Court issue a Writ of Habeas Corpus Ad Testificandum directed to the following:

Warden, Arkansas Department of Correction, Ouachita River Correctional Unit, 100 Walco Lane, Malvern, AR 72104, requiring him to produce the body of John Edgmon, #153079, to attend a proceeding in the above entitled case for which he is a witness, scheduled for **Tuesday, April 22, 2014 at 9:00 a.m.**, J. Smith Henley Federal Building, 402 North Walnut, Room 231, Harrison, Arkansas, and that said John Edgmon, #153079, be returned to the Arkansas Department of Correction, Ouachita River Correctional Unit, 100 Walco Lane, Malvern, Arkansas, at the conclusion of the proceeding.

               /s/ *J. Marschewski*
           **HONORABLE JAMES R. MARSCHEWSKI**
           **CHIEF UNITED STATES MAGISTRATE JUDGE**