IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                              PLAINTIFF

            v.            Civil No. 12-3022

BOONE COUNTY, ARKANSAS; and
SHERIFF DANNY HICKMAN, in his official capacity        DEFENDANTS

## ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

On this 6th day of March 2014, IT IS ORDERED that the Clerk of this Court issue a Writ of Habeas Corpus Ad Testificandum directed to the following:

Warden, Arkansas Department of Correction, Cummins Unit, P. O. Box 500, Grady, AR 71644-0500, requiring him to produce the body of Morris Davis, #153931, to attend a proceeding in the above entitled case for which he is a witness, scheduled for **Tuesday, April 22, 2014 at 9:00 a.m.**, J. Smith Henley Federal Building, 402 North Walnut, Room 231, Harrison, Arkansas, and that said Morris Davis, #153931, be returned to the Arkansas Department of Correction, Cummins Unit, Grady, Arkansas, at the conclusion of the proceeding.

/s/ *J. Marschewski*
_____
**HONORABLE JAMES R. MARSCHEWSKI**
**CHIEF UNITED STATES MAGISTRATE JUDGE**