IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

## MINUTES

DAVID STEBBINS
PLAINTIFF
  ATTY: Pro Se

BOONE COUNTY, ARKANSAS, ET AL.
DEFENDANT
  ATTY: Geoffrey Thompson

JUDGE: James R. Marschewski, Chief U.S. Magistrate Judge
REPORTER: Debbie Maddox, Digital Recorder
CLERK: Debbie Maddox
CASE NO. 12-3022
INTERPRETER:
DATE: April 22, 2014

ACTION: Evidentiary Hearing

| TIME | MINUTES |
|---|---|
| | EVIDENTIARY HEARING TO DETERMINE ISSUES TRIABLE TO THE JURY |
| 8:54 am | Convene |
| | Discussion by court |
| | Witnesses sworn |
| | Further discussion by court |
| | Rule requested by plaintiff; granted by court |
| | Testimony on behalf of plaintiff |
| |   1. Jason Day |
| 10:27 am | Recess |
| 10:45 am | Reconvene |
| | Continued testimony on behalf of plaintiff |
| |   2. Danny Hickman |
| |   3. David Stebbins |
| 12:43 pm | Recess |
| 1:33 pm | Reconvene |
| | Continued testimony on behalf of plaintiff |
| | Continued testimony by David Stebbins |
| |   4. Morris Davis |
| |   5. John Edgmon |
| |   6. Jason Baethke |
| 4:16 pm | Recess |
| 4:32 pm | Reconvene |

| CASE NO. 12-3022 | | DATE: April 22, 2014 |
|---|---|---|

| TIME | MINUTES |
|---|---|
| | Continued testimony on behalf of plaintiff |
| |   7.  Robert (Bob) King |
| |   8.  Tina Avery |
| 5:28 pm | Recess |
| | Court to reconvene on April 23, 2014 at 8:00 am |