IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**MINUTES**

DAVID STEBBINS
PLAINTIFF
ATTY: Pro Se

BOONE COUNTY, ARKANSAS, ET AL.
DEFENDANT
ATTY: Geoffrey Thompson

JUDGE: James R. Marschewski, Chief U.S. Magistrate Judge
REPORTER: Debbie Maddox, Digital Recorder
CLERK: Debbie Maddox
CASE NO. 12-3022
INTERPRETER:
DATE: April 23, 2014

ACTION: Evidentiary Hearing

TIME | MINUTES

| TIME | MINUTES |
|---|---|
|  | EVIDENTIARY HEARING TO DETERMINE ISSUES TRIABLE TO THE JURY |
| 8:05 am | Reconvene (continuation of hearing held on 4/22/2014) |
|  | Continued testimony on behalf of plaintiff |
|  | 9. Brandon Starnes |
|  | 10. Timothy Porras |
|  | 11. Tim Roberson |
|  | 12. Rita Stebbins |
|  | 13. Jason Jones |
|  | David Stebbins (recall-Witness 3) |
|  | Court directs that record remain open for two (2) weeks to allow plaintiff to supplement record with additional exhibit |
|  | Motion by Attorney Thompson on behalf of defendants for judgment as matter of law |
|  | Court will consider motion in report and recommendation |
| 10:15 am | Recess |
| 10:37 am | Reconvene |
|  | Testimony on behalf of defendants |
|  | Jason Day (recall-Witness 1) |
|  | Statement to court by plaintiff |
|  | Argument by plaintiff |
|  | Argument by Attorney Thompson on behalf of defendants |
|  | Court takes matter under advisement |
|  | Statement to court by plaintiff; discussion between court and plaintiff |
| 11:15 am | Adjourn |
|  |  |