IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                         PLAINTIFF

v.                      Civil No. 12-3022

BOONE COUNTY, ARKANSAS;
and SHERIFF DANNY HICKMAN                           DEFENDANTS

## **ORDER**

The issue of exhaustion of administrative remedies was brought up during a hearing held on April 22nd-April 23rd. Defendants are directed to file a brief addressing this issue by **May 19, 2014.** Plaintiff is directed to file his brief by **June 2, 2014.** The Court will not consider the Plaintiff's e-mail dated April 25th addressing this issue. It is not part of the record in this case.

Plaintiff has filed a motion (Doc. 154) asking for a copy of the defense exhibits, a copy of the audio recording from the hearing, and an extension of time to submit a copy of the judgment entered in his state court criminal action. If Defendants have not already done so, they are directed to provide Plaintiff with a copy of their exhibits by **May 19, 2014.** Plaintiff's request for a copy of the audio recording is granted. The **Clerk is directed to provide** both the Plaintiff and the Defendants with a copy of the hearing audio recording at no expense to them. Finally, Plaintiff asks for an extension of time to provide the Court with a certified copy of the judgment from his state criminal case. The request is granted. Plaintiff has until **May 19, 2014.** As set forth above, the motion (Doc. 154) is granted in part and denied in part.

IT IS SO ORDERED this 5th day of May 2014.

                                                           /s/ *J. Marschewski*
                                                           HON. JAMES R. MARSCHEWSKI
                                                           CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)