IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                           PLAINTIFF

VS.                                       NO. 12-CV-3022

BOONE COUNTY ARKANSAS, ET AL.                                              DEFENDANTS

**RESPONSE TO ORDER DATED MAY 5, 2014**

Comes now the Defendants and for its Response to the Court's Order dated May 5, 2014, [Doc. No. 156], and for their Response state as follows:

On July 20, 2012, Defendant, Boone County in its Answer to the Plaintiff's Complaint asserted affirmative defenses including "[A]ll applicable defenses under the Prison Litigation Reform Act (P.L.R.A.), 42 U.S.C. § 1997e."

The Prison Litigation Reform Act ("PLRA") includes the following language: "**No action** shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e. The purposes of the exhaustion requirement include "allowing a prison to address complaints about the program it administers before being subject to suit, reducing litigation to the extent complaints are satisfactorily resolved, and improving litigation that does occur by leading to the preparation of a useful record." *Brown v. Busby,* 2010 WL 3655661 (E.D. Ark. 2010), citing *Jones v. Bock*, 549 U.S. 199, 219; 127 S.Ct. 910, 166 L. Ed. 2d 798 (2007). The Eighth Circuit has clarified that the PLRA requires an inmate to: fully and properly exhaust their administrative remedies as to each claim mentioned in the complaint; and compete the exhaustion process prior to filing an action in federal court. *Johnson*

1

*v. Jones*, 340 F.3d 624, 627 (8th Cir. 2003). Pursuant to 42 U.S.C. § 1997e, subsection (e), the PLRA also provides that "[N]o Federal civil action may be brought by a prisoner confined, in a jail, prison, or other correctional facility, for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act."

In the present case, the Plaintiff did not file a grievance requesting an accommodation for asperger's syndrome. Plaintiff admitted that during the evidentiary hearing that during his initial incarceration (allegations contained in his complaint) at the Boone County Detention Center he never filed a grievance with the Boone County Jail requesting any accommodation from the jail for asperger's syndrome. There was one written document prepared by the Plaintiff that talked about ADA and accommodation. However, said document never referenced asperger's syndrome and only talked about runaway metabolism. The Plaintiff has to request an accommodation in order for the Defendant to assess and evaluate whether the Plaintiff has a disability and next whether the requested accommodation can be met.

Plaintiff also fails to allege a physical injury and, therefore the Plaintiff should be barred from bringing an action against the county for mental or emotional injury.

WHEREFORE, Defendants respectfully pray that Plaintiff's Complaint be dismissed and for any and all relief to which it is entitled.

Respectfully submitted,

BOONE COUNTY, ARKANSAS, and SHERIFF DANNY HICKMAN Boone County, Arkansas Defendant

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive

Little Rock, Arkansas 72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
email: thompson@rainfirm.com

By:    /s/ Geoff Thompson
      Michael R. Rainwater, #79234
      Geoff Thompson, #2002093

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of May, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I am mailing a copy by U.S. Mail, postage prepaid to the following non CM/ECF user:

Mr. David Stebbins, Pro Se
123 W. Ridge St., Apt. D
Harrison, AR 72601

   /s/ Geoff Thompson
Geoff Thompson, #2002093
Attorney for Defendants
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas 72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
Email: thompson@rainfirm.com