IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                                    PLAINTIFF

VS.                                           NO. 12-CV-3022

BOONE COUNTY ARKANSAS, ET AL.                                                       DEFENDANTS

## RESPONSE TO ORDER

Comes now the Defendants and for their response to the Court's May 5, 2014, Order state as follows:

1. On May 5, 2014, the Court directed Defendants to produce to Plaintiff no later than May 19, 2014, a copy of exhibits.

2. Attached hereto as Exhibit A is a copy of the Defendants' exhibit list and exhibits which have been provided to Plaintiff.

3. The Defendants give notice to the Court that they have complied with the Court's May 5, 2014, Order and have supplied Plaintiff with a copy of the attached.

        Respectfully submitted,

        BOONE COUNTY, ARKANSAS, and SHERIFF
        DANNY HICKMAN Boone County, Arkansas
        Defendants

        RAINWATER, HOLT & SEXTON, P.A.
        P.O. Box 17250
        6315 Ranch Drive
        Little Rock, Arkansas  72222-7250
        Telephone (501) 868-2500
        Telefax (501) 868-2505
        email: thompson@rainfirm.com

By:   /s/ Geoff Thompson
    Michael R. Rainwater, #79234
    Geoff Thompson, #2002093

## CERTIFICATE OF SERVICE

I hereby certify that on the 19 day of May, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I am mailing a copy by U.S. Mail, postage prepaid to the following non CM/ECF user:

Mr. David Stebbins, Pro Se
123 W. Ridge St., Apt. D
Harrison, AR 72601

    /s/ Geoff Thompson
Geoff Thompson, #2002093
Attorney for Defendants
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas  72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
Email: thompson@rainfirm.com

6653.4010

2