IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                     PLAINTIFF

VS.                                    NO. 12-CV-3022

BOONE COUNTY ARKANSAS, ET AL.                            DEFENDANTS

### COUNTY DEFENDANTS' EXHIBIT LIST

| PRESIDING JUDGE Hon. James Marschewski | PLAINTIFF'S ATTORNEY Pro se | DEFENDANT'S ATTORNEY Mr. Geoff Thompson |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | NAMES OF EXHIBITS |
|---|---|---|---|---|---|
| | | | | | Video of fight |
| | | | | | Audio of Plaintiff speaking with Jason Day |
| | | | | | 11/25/11 - Inmate Placement History |
| | | | | | Notice to Jailers - House Plaintiff alone, provide him with newspaper, allow phone calls from intake and correspondence from Plaintiff to Mr. Day and Nurse regarding ADA accommodations |
| | | | | | Grievances (03/07/12 - 03/12/12) (to discuss MSJ possibility, stolen soap, punishment, right to phone) |
| | | | | | 03/08/12 Letter from Plaintiff to Bob King - request for discovery regarding disorderly conduct trial) |
| | | | | | 03/06/12 Statement Form - Buel Greer; 03/06/12 report by Jason Day, Grievance regarding Officer Silva, Letter to Nurse by Plaintiff regarding ADA and for runaway metabolism |
| | | | | | 03/01/12 Grievance - stolen commissary and letter |
| | | | | | 02/29/12 Grievance - enemy in C Pod; 02/23/12 request to be moved |
| | | | | | 03/01/12 Grievance - harassment by Mr. Kidd, letter to Mr. Day re: complaints |
| | | | | | 02/29/12 Ltr from Plaintiff re: mail |
| | | | | | Letter from Plaintiff to Day re: Mendez |
| | | | | | 02/14/12 Grievance - phone has static |
| | | | | | 02/13/12 Grievance - response to his previous letters, report by Jason Day, letters from Plaintiff, |
| | | | | | 02/06/12 Grievance - harassment by Edgmon, Grievance re: threat by Edgmon |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 01/12/12 Grievance - toothache, memo regarding Plaintiffs' broken glasses, Statement Form by John Edgmon, Report by Cpl. Ferguson, letter from Plaintiff, report by Silva, report by Jason Day |
| | | | | | | 01/03/12 - Grievance - Barrows and Kidd stole Plaintiff's breakfast tray, report by Neckles re: meal trays |
| | | | | | | 01/02/12 - Grievance - lockdown; letter by Plaintiff to Sheriff Hickman |
| | | | | | | 12/29/11 - Grievance - purchase of mustard |
| | | | | | | 12/27/11 - Grievance - mail to federal court |
| | | | | | | 12/23/11 - Grievance - mattress |
| | | | | | | 12/24/11 - Report by Cpl. Kendra Coombs re: lockdown of Plaintiff |
| | | | | | | 12/28/11 - Grievance lock down; letter from Plaintiff regarding rules |
| | | | | | | 12/20/11 - Report by Officer Engles re: Detainee Lawrence Brown's claim that Plaintiff was watching him sleep; Report by Cpl. Ferguson and Officer Broland |
| | | | | | | 12/19/11 - Statement Form by Plaintiff - harassed by other inmates; Narrative by Bob King |
| | | | | | | 12/16/11 - Report by Officer Avey, Report by Officer Jones, Statement by Joshua Chunn, Statement by Kristopher Whatley, Statemetn by Michael Newman |
| | | | | | | 12/14/11 - Grievance re: appeal Jason Jones' response to grievance and harassment |
| | | | | | | 12/14/11 - Grievance re: Jones deprived him of breakfast, Statement by Dale Kirby, Statement Form by John Edgmon, Statement Form by Joshua Chunn, Statement Form by Kristopher G. |
| | | | | | | 12/13/11 - Grievance - use of phone |
| | | | | | | 12/12/11 - Grievance - lockdown |
| | | | | | | 11/30/11 - Grievance - access to attorney |
| | | | | | | 11/30/11 - Grievance - harassment by Jason Jones |
| | | | | | | 11/26/11 - Grievance - cellmates threatening him |
| | | | | | | Grievance Procedure |
| | | | | | | Sentencing Order |
| | | | | | | Any and all document produced or provided by any party during the discovery process; |
| | | | | | | Any and all documents contained in Plaintiff's Jail file; |
| | | | | | | Any and all documents provided by Separate Defendants during the discovery process; |
| | | | | | | Any and all documents provided by Plaintiff during the discovery process; |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Any and all of Plaintiff's medical records provided or produced during discovery; |
| | | | | | | Any and all documents named in any parties' Initial Disclosures; |
| | | | | | | Any and all documents named in Plaintiff's Responses to Requests for Production of Documents; |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Inmate Placement History

# Inmate Placement History

## Stebbins, David Anthony (64613)

| Booking Number | Book In Date / Time | Released | Book Out Date / Time |
|---|---|---|---|
| 1 | 11/25/2011 06:42 PM | Yes | 03/14/2012 09:13 AM |

### Placements

| Placement Date / Time | Location | Active | Notes |
|---|---|---|---|
| 11/25/2011 6:41:53 PM | B-Pod Top/Cell B06 | No | |
| 11/25/2011 6:52:12 PM | Holding Cell 3 | No | |
| 11/26/2011 6:51:08 PM | C-Pod Top/Cell C06 | No | |
| 11/27/2011 11:37:17 AM | Holding Cell 3 | No | |
| 11/30/2011 9:03:28 PM | B-Pod Bottom/Cell B04 | No | |
| 12/15/2011 7:33:57 PM | B-Pod Top/Cell B08 | No | |
| 12/16/2011 7:46:37 AM | G-Pod | No | |
| 2/29/2012 7:11:54 PM | C-Pod Bottom/Cell C04 | No | |
| 3/6/2012 1:27:38 PM | B-Pod Bottom/Cell B01 | No | |
| 3/6/2012 1:39:05 PM | B-Pod Bottom/Cell B01 | No | |

| Booking Number | Book In Date / Time | Released | Book Out Date / Time |
|---|---|---|---|
| 2 | 07/27/2012 10:27 PM | Yes | 09/17/2012 10:57 AM |

### Placements

| Placement Date / Time | Location | Active | Notes |
|---|---|---|---|
| 7/27/2012 8:33:21 PM | C-Pod Top/Cell C10 | No | |
| 8/24/2012 12:46:34 PM | G-Pod | No | |



Inmate Placement History

# ATTENTION!!!
## ALL JAILERS

IT IS VERY IMPORTANT THAT
David Stebbins (B-1)

Be kept separated from all other Detainees at ALL times and that...

1. He get the Harrison Daily newspaper the **very first thing** each day.

2. Only jailers and 309's deal with him.

3. That he be allowed to make phone calls from intake to places from the classified ads to try to find a place to live so he can leave.

THIS IS PER JASON DAY & THE COURT
3/120/2012



Dear Mr. Day,

Per the request of Mr. Mendez, here is a more detailed explanation of what happened Feb. 26.

It actually started on Feb. 25, when C.J., the newest member of E-Mod, had moved in the previous [?]. He was parading around the day room in his underwear, and refused to even so much as pull them up to cover his butt crack. When I showed him the POD rules and reffered him to rule #4, he just gave it back to me and told me to suck a dick.

I pressed the button and asked Mendez to tell him to put his clothes on. C.J. said something to Mendez; I don't remember exactly what, but I remember it being absolutely obnoxious. It reminded me of an argument C.J. had with Mr. Mendez at breakfast that morning. Mendez wanted him to hurry up and eat so I can come out and eat before my breakfast got cold. C.J. said he was "sick and fed up" with Mendez's [?] trip. He said that Mendez had "better set it right" that C.J. was entitled of least 10 minutes to eat.

I was astonished! I have Aspergers, and even I know that's obnoxious!

Anyway, on Feb. 26, C.J. was making a phone call, and had his shirt off. I asked him to put his shirt up, but he completely ignored me, so I asked Mr. Mendez to step in again. When he told C.J. to put his clothes on, C.J. decided to renew his argument with Mendez about how he didn't have a clean change of clothes. Mendez locked him down for [?] mouthing off. Even then C.J. would not go to his cell until Mendez threatened him with a tazer.

I was absolutely astonished at how C.J. was acting! I have Asperge[rs], what's his excuse?! Even then, the only time I pissed off an officer to th[e] extent C.J. pissed off Mendez, I am legally blameless for because it was done because of a grudge because I previously sued his small business for discrimination! All Mendez wanted was for him to follow th rules! Unless those rules are unconstitutional, it's a wholly legitimate expectation on Mendez's part. Even if it's unconstitutional, you're supp[?] to file a Section 1983 claim for that.

Worse still, now even Mr. Kidd is acting like a ten year old! On Sunday night, I think he spat into my spagetti. At first I thought I took some of my food, but Mr. Mendez looked at the camera footage and d[?] see him take anything (but the cameras wouldn't pick up spitting, right) I changed my hypothesis to spitting when Mr. Kidd said he would [?] on my bread. Also, at breakfast on Monday, Feb. 27, I was let out t[o] eat first, and Mr. Kidd said through his cell door that there might [?] "something" in my food! So yeah, I think he spat on my dinner. Suff[ice] to say, C.J. is even worse than Lagmon! Please set him straight.

sincerely
David Stebbins
David Stebbins

Dear Bob King,
   I am David Stebbins, My disorderly con-
duct @ trial has been pushed back. In
preparation for it, may I please have your
discovery?

David Stebbins

Recieved 3/7/2012   21:30
By: Cpl. A. Hodnew

Passed to Capt. King

Dear Nurse, or whoever it may concern;

I am David Stebbins. There is a disability I wish to request ADA accomodations for. I normally do not register this disability because few places of public accomodation —as defined by the ADA— are required to feed me without costs.

It is runaway metabolism, I have not been formally diagnosed, but my mother can vouch that there is no other explanation. ~~By~~ As fat as I am, I should be even fatter because of my appetite.

An 8-Piece order of Edward's chicken is ONE meal. A large pizza is ONE meal for me alone. An entire crock pot of beef tips, and an entire pot of rice. How many meals? Uno! So, as you can see, I should be morbidly obese. Further proof can be obtained by looking at my mugshot. I'll bet you I was twice as big when I first got here, proving that the food given to me isn't enough. Oh sure, the weight loss may be good for me... for now... but what if this keeps up?

Can it be arranged that I get two trays with each chow call? It it's runaway metabolism this becomes a right under the ADA. If you ~~want~~ want me diagnosed, find someone to take n adult medicaid.

David Stebbin

## Boone County Sheriff's Office
### Sheriff Danny Hickman
### 5800 Law Drive - Harrison, AR 72601
### 870/741-8404

## Statement Form

Date 3-6-12

Time 13:35-52

Page _____ of _____

Name Fred Greer          Age 28   Date of Birth _____

Address _____           e-mail address _____

City _____              State AR      Zip 72606

Home Phone _____        Work Phone _____

Height 6'6"  Weight 170   Color of Eyes Brown  Color of Hair Brown

Place of Employment N/A

Social Security _____    Driver's License # _____

I seen some boys re-pay Mr. Stebbins
commissary items even though they werent
even the ones that stole his stuff.
Jeff armour - Charlie Rogers - were the
nice gentlemen that paid mr Stebbins

Signature _____

DEFENDANT'S
EXHIBIT
stebbins
_____

Date: 03/06/12

Approx: 12:50 P:M

I had Mr. Stebbins brought to my office by Sgt. Nickles to speak with me about two grievances he submitted. Mr. Stebbins stated that he was moved from his current location to an area that was not safe to him and thus violated a court order to be housed where he was protected. I reminded him that he was having a problem with inmates he was housed with and that is why he was moved for his protection from verbal conflict. That was the fifth time we have moved him to try to keep him from conflict with other inmates. Mr. Stebbins stated that he didn't fill safe where he was because he said some commissary had been stolen from him. So I told him we would move him for the sixth time.

I also told Mr. Stebbins that I would not discuss any lawsuits filed against employees or the facility that he had stated in the grievance. I told him that was up to his and our attorneys. Mr. Stebbins also stated that the Jail staff would not let him up front to make a call to check on a room for rent so he could try to make bond. I asked him if he was not able to call family from his phone in POD to help make arrangements if the staff was busy. Stebbins stated that he was but the person worked long hours and would not take his calls because they had to sleep. I allowed Stebbins to make a call after getting the number for him and both rooms had been rented out. He stated it was the jails fault because he was unable to secure one of the particular rooms.

Stebbins also wrote in his grievance he was denied a right to bond. I asked him if he was not able to contact bondsman free of charged from his POD phone. He stated yes he was but wanted to secure a place to stay before he bonded out as the court order stats to secure a place of residents away from the victim (his father). I asked him how was he denied a right to bond? He stated because he wasn't able to make contact with the particular renter.

I later went to C- POD to ask the inmates where Stebbins was housed if they had knowledge of the stolen commissary. The inmates stated that they had no idea who stole it and they reimbursed him for what he felt was stolen. (See Attached reports) I asked Mr. Stebbins if he was given food by other inmates to make up for what he claimed was missing. He stated he was in fact given commissary.

_Jason L. Day_

Jason L. Day
Jail Administrator

### Boone County Detention Center
### Inmate Grievance Form

Inmate Name: David Stebbins                    Pod C4

Date: _____

Directed To:

_____ Medical

_____ Booking

__X__ Jason Day (Jail Administrator)

_____ Other (Identify Other Person) _____

State Your Grievance (As Briefly As Possible):
Silva is making up things to occupy him so that I can't call to get living arrangements, so I can Bond. This place is likely to go fast, so I need to call ASAP.

Signature of Inmate Writing Grievance: David Stebbins

Grievance Received By Officer: L-66          Date: 3/2/12  4:34

Response: Mr. Silva is working. He is not making up things to do so as best to help you. Will have you pulled up to call when they are able.

Signature of Responding Officer: _____    Date: 3/6/12

If you would like to appeal the response; you may do so by filling out another Grievance and it will be decided by the Sgt. Or Cpl. that shift and/or Jason Day (Jail Administrator).

Dear Nurse, or whoever it may concern,

I am David Stebbins. There is a disability I wish to request ADA accomodations for. I normally do not register this disability because few places of public accomodation —as defined by the ADA— are required to feed me without costs.

It is runaway metabolism. I have not been formally diagnosed, but my mother can vouch that there is no other explanation. As fat as I am, I should be even fatter because of my appetite.

An 8-Piece order of Edward's chicken is ONE meal. A large pizza is ONE meal for me alone. An entire crock pot of beef tips and an entire pot of rice. How many meals? Uno!

So, as you can see, I should be morbidly obese. Further proof can be obtained by looking at my mugshot. I'll bet you I was twice as big when I first got here, proving that the food given to me isn't enough. Oh sure, the weight loss may be good for me... for now... but what if this keeps up?

Can it be arranged that I get two trays with each chow call? If it's runaway metabolism, this becomes a right under the ADA. If you want me diagnosed, find someone to take my adult medicaid.

David Stebbins

**Boone County Detention Center**
**Inmate Grievance Form**

Pod C4

Inmate Name: David Stebbins

Date: _____

Directed To:

_____ Medical

_____ Booking

X Jason Day (Jail Administrator) _____

X Other (Identify Other Person) _____

State Your Grievance (As Briefly As Possible):

Somebody's stealing my fucking comissary. I'm missing two chocolate cupcakes and two peanut butter squeezers.

Signature of Inmate Writing Grievance: _____   Date: _____

Grievance Received By Officer: _____

Response: You will need to keep your things put up. keep cell locked if you are not in it. If you know who did this please advise.

Signature of Responding Officer: _____   Date: 3-11-12

If you would like to appeal the response; you may do so by filling out another Grievance and it will be decided by the Sgt. Or Cpl. that shift and/or Jason Day (Jail Administrator).


DEFENDANT'S EXHIBIT

# Boone County Sheriff's Office
## Sheriff Danny Hickman
### 5800 Law Drive - Harrison, AR 72601
### 870/741-8404

## Statement Form

Date 3-6-12

Time 13:35-52

Page _____ of _____

Name Fred Greer          Age 28    Date of Birth _____

Address _____           e-mail address _____

City _____              State AR       Zip 72601

Home Phone _____        Work Phone _____

Height 6'6"  Weight 170   Color of Eyes Brown  Color of Hair Brown

Place of Employment N/A

Social Security _____    Driver's License # _____

I seen some boys re pay Mr. Stebbins
commissary items even though they werent
even the ones that stole his stuff.
Jeff armour - Charlie Rogers - were the
nice gentlemen that paid mr Stebbins

Signature _____

DEFENDANT'S
EXHIBIT
stebbins
_____

Date: 03/06/12

Approx: 12:50 P:M

I had Mr. Stebbins brought to my office by Sgt. Nickles to speak with me about two grievances he submitted. Mr. Stebbins stated that he was moved from his current location to an area that was not safe to him and thus violated a court order to be housed where he was protected. I reminded him that he was having a problem with inmates he was housed with and that is why he was moved for his protection from verbal conflict. That was the fifth time we have moved him to try to keep him from conflict with other inmates. Mr. Stebbins stated that he didn't fill safe where he was because he said some commissary had been stolen from him. So I told him we would move him for the sixth time.

I also told Mr. Stebbins that I would not discuss any lawsuits filed against employees or the facility that he had stated in the grievance. I told him that was up to his and our attorneys. Mr. Stebbins also stated that the Jail staff would not let him up front to make a call to check on a room for rent so he could try to make bond. I asked him if he was not able to call family from his phone in POD to help make arrangements if the staff was busy. Stebbins stated that he was but the person worked long hours and would not take his calls because they had to sleep.
I allowed Stebbins to make a call after getting the number for him and both rooms had been rented out. He stated it was the jails fault because he was unable to secure one of the particular rooms.

Stebbins also wrote in his grievance he was denied a right to bond. I asked him if he was not able to contact bondsman free of charged from his POD phone. He stated yes he was but wanted to secure a place to stay before he bonded out as the court order stats to secure a place of residents away from the victim (his father). I asked him how was he denied a right to bond? He stated because he wasn't able to make contact with the particular renter.

I later went to C- POD to ask the inmates where Stebbins was housed if they had knowledge of the stolen commissary. The inmates stated that they had no idea who stole it and they reimbursed him for what he felt was stolen. (See Attached reports)
I asked Mr. Stebbins if he was given food by other inmates to make up for what he claimed was missing. He stated he was in fact given commissary.

Jason L. Day
Jail Administrator

### Boone County Detention Center
### Inmate Grievance Form

Inmate Name: David Stebbins                    Pod C4

Date: _____

Directed To:

_____ Medical

_____ Booking

__X__ Jason Day (Jail Administrator)

_____ Other (Identify Other Person) _____

State Your Grievance (As Briefly As Possible):

Silva is making up things to occupy him so that I
can't call to get living arrangements, & so I can
Bond. This place is likely to go fast, so I need to
call ASAP.

Signature of Inmate Writing Grievance: David Stebbins

Grievance Received By Officer: L-W            Date: 3/2/12  4:34

Response:

Mr. Silva is working. He is not making up
things to do so as best to help you.
Will have you pulled up to call when
they are able.

Signature of Responding Officer: _____        Date: 3/6/12

If you would like to appeal the response, you may do so by filling out
another Grievance and it will be decided by the Sgt. Or Cpl. that shift
and/or Jason Day (Jail Administrator).

Dear Nurse, or whoever it may concern,

I am David Stebbins. There is a disability I wish to request ADA accomodations for. I normally do not register this disability because few places of public accomodation —as defined by the ADA— are required to feed me without costs.

It is runaway metabolism. I have not been formally diagnosed, but my mother can vouch that there is no other explanation. ~~For~~ As fat as I am, I should be even fatter because of my appetite.

An 8-Piece order of Edward's chicken is ONE meal. A large pizza is ONE meal for me alone. An entire crock pot of beef tips and an entire pot of rice. How many meals? Uno!

So, as you can see, I should be morbidly obese. Further proof can be obtained by looking at my mugshot. I'll bet you I was twice as big when I first got here, proving that the food given to me isn't enough. Oh sure, the weight loss may be good for me... for now... but what if this keeps up?

Can it be arranged that I get two trays with each chow call? If it's runaway metabolism, this becomes a right under the ADA. If you want me diagnosed, find someone to take my adult medicaid.

David Stebbins

**Boone County Detention Center**
**Inmate Grievance Form**

Pod _C4_

Inmate Name: _David Stebbins_

Date: _____

Directed To:

_____ Medical

_____ Booking

_X_ Jason Day (Jail Administrator) _____

_X_ Other (Identify Other Person) _____

State Your Grievance (As Briefly As Possible):

Somebody's stealing my fucking comissary. I'm missing two chocolate cupcakes and two peanut butter squeezers.

Signature of Inmate Writing Grievance: _____ Date: _____

Grievance Received By Officer: _____

Response: You will need to keep your things put up. keep cell locked if you are not in it. If you know who did this please advise.

Signature of Responding Officer: _____ Date: 3·1·12

If you would like to appeal the response; you may do so by filling out another Grievance and it will be decided by the Sgt. Or Cpl. that shift and/or Jason Day (Jail Administrator).

DEFENDANT'S EXHIBIT

Per the request of Mr. Mendez, here is a more detailed explanation of what happened Feb. 26.

It actually started on Feb. 25, when C.J., the newest member of G-Pod, had moved in the previous night. He was parading around the day room in his underwear, and refused to even so much as pull them up to cover his butt crack. When I showed him the POD rules and reffered him to rule #9, he just gave it back to me and told me to suck a dick.

I pressed the button and asked Mendez to tell him to put his clothes on. C.J. said something to Mendez; I don't remember exactly what, but I remember it being absolutely obnoxious. It reminded me of an argument C.J. had with Mr. Mendez at breakfast that morning. Mendez wanted him to hurry up and eat so I can come out and eat before my breakfast got cold. C.J. said he was "sick and fed up" with Mendez's "power trip." He said that Mendez had "better get it right" that C.J. was entitled at least 10 minutes to eat. I know that's obnoxious!

I was astonished! I have Aspergers, and even

Anyway, on Feb. 26, C.J. was making a phone call, and had his shirt off. I asked him to put his shirt up, but he completely ignored me, so I asked Mr. Mendez to step in again. When he told C.J. to put his clothes on, C.J. decided to renew his argument with Mendez about how he didn't have a clean change of clothes. Mendez locked him down for mouthing off. Even then, C.J. would not go to his cell until Mendez threatened him with a tazer.

I was absolutely astonished at how C.J. was acting! I have Aspergers, what's his excuse?! Even then, the only time I pissed off an officer to the extent C.J. pissed off Mendez, I am legally blameless for because it was done because of a grudge because I previously sued his small business for discrimination! All Mendez wanted was for him to follow the rules! Unless those rules are unconstitutional, it's a wholly legitimate expectation on Mendez's part. Even if it's unconstitutional, you're suppos to file a Section 1983 claim for that.

Worse still, now even Mr. Kidd is acting like a ten year old! On Sunday night, I think he spat into my spagetti. At first I thought he took some of my food, but Mr. Mendez looked at the camera footage and did see him take anything (but the cameras wouldn't pick up spitting, right?! I changed my hypothesis to spitting when Mr. Kidd said he would sh on my bread. Also, at breakfast on Monday, Feb. 27, I was let out to eat first, and Mr. Kidd said through his cell door that there might b "something" in my food! So yeah, I think he spat on my dinner, Sund.

My God, C.J. is even worse than Edgmon! Please set him straight.

Sincerely
David Stebbin:
David Stebbi

### Boone County Detention Center
### Inmate Grievance Form

Inmate Name: _David Stebbins_

Pod C4

Date: _2-29-12_

Directed To:

____ Medical

____ Booking

_X_ Jason Day (Jail Administrator)

____ Other (Identify Other Person) _____

State Your Grievance (As Briefly As Possible):
I've already made an enemy here in C-Pod, and I'm
trying as hard as I can to get along with them.
All I was trying to do was clear a spot to put my
stuff, and Dean get pissed at me for "touching" his
"shit." He even blew me off when I tried to apo-
logize. Worse still, the officer who gave me this
grievance form asked me why I "have to" be a pain
in the ass, as if she accused me of doing it deliberately
doing this.

Signature of Inmate Writing Grievance: _David Stebbins_

Grievance Received By Officer: _____ Date: _____

Response:
Mr. Stebbins we have very limited space in
this Jail. You have been moved about every where
possible. You need to learn to try to get along
with others. This is hard on the officers as well.

Signature of Responding Officer _Dell_ Date: _3-1-12_

_If you would like to appeal the response; you may do so by filling out_
_another Grievance and it will be decided by the Sgt. Or Cpl. that shift_
_and/or Jason Day (Jail Administrator)._

DEFENDANT'S
EXHIBIT
stebbins
_____

Boone County Detention Center
Inmate Grievance Form

Pod G-2

Inmate Name: David Stebbins

Date: 2-22-12

Directed To:

_____ Medical

_____ Booking

__X__ Jason Day (Jail Administrator)

__X__ Other (Identify Other Person) an officer

State Your Grievance (As Briefly As Possible): McKidd has been harassing me ever since Feb. 15th, when C.J. got here. Examples include spitting on my face, flipping me off, threatening, calling me a sorry such of shit, calling me a piece of shit in front to shit on my brain, and today he asked me to have a heart of the pod's, and die. When I got fed up with it and pressed attack and die. When I got fed up with it and pressed the button, he defamed me and accused me of doing some thing to the shower. Mr. Mendee heard a lot of this harrasment over the intercom, and assured me he was listening.

Signature of Inmate Writing Grievance: David Stebbins

Grievance Received By Officer: Delk P10                Date: _____

Response: you have been moved.

Signature of Responding Officer: Delk     Date: 3/1/12

If you would like to appeal the response; you may do so by filling out another Grievance and it will be decided by the Sgt. Or Cpl. that shift and/or Jason Day (Jail Administrator).

**Boone County Detention Center**
**Inmate Grievance Form**

Inmate Name: David Stebbins.                    Pod G2

Date: 2-26-12

Directed To:

_____ Medical

_____ Booking

__X__ Jason Day (Jail Administrator)

_____ Other (Identify Other Person) _____

State Your Grievance (As Briefly As Possible):
C.J. has been a bad influence on Mr. Kidd. Now Mr.
Kidd is harassing me through ~~my cell~~ my cell just like
Edgmon used to do. He's threatening to "shit" on my
bread, and calling me a "sorry sack of shit."
All I wanted was for C.J. to put his ~~clo~~ clothes
on in the day room! Even Mendez agreed! Now, ~~this~~
Mr. Kidd blames me for getting C.J. locked down,
when in fact he was locked down for mouthing at
Mendez

Signature of Inmate Writing Grievance: David Stebbins

Grievance Received By Officer: Cpl Ferguson   Date: 2/27/12 0723

Response: Do not assume someone did something if you
do not know! You have been moved
to another pod. And I see a lot
that looks like a 10 yr. old, on your
part as well. Choose your battles.

Signature of Responding Officer: Delk   Date: 3/1/12

If you would like to appeal the response; you may do so by filling out
another Grievance and it will be decided by the Sgt. Or Cpl. that shift
and/or Jason Day (Jail Administrator).

DEFENDANT'S
EXHIBIT
_____