Dear Mr. Day,

Earlier today, you said that I "love to whine and complain about everything." Everything, sir, is a very strong word. As I told Mendez last night, I don't think that life is all about me. It's just that, when I realize that it's not about me, I keep quiet, and so you don't notice it.

To prove this, allow me to give ten examples of things I could have complained about, but chose not to, until now.

1. The food taste like shit.
2. The pod phones cannot make local calls for free.
3. Why are non-lawyer visits by video only? Why am I restricted to just one visit per day, and why are visits only on Mon, Tues, and Wed.?
4. Why do you give such shitty chemicals to clean with? If you gave us better chemicals, we wouldn't have to clean every day!
5. Why is their no way of telling time in this jail?
6. The sandals you give us suck ass!
7. Why isn't "yard" actually outside?
8. Why don't you keep the slider open all the time, since it's always needing to be opened!
9. Why don't you turn the lights off? Why do you merely dim them?

And finnally...
10. Why is non-legal mail by postcard only? It seem

pointless. If you want to inspect it, why can't you just take it out of the envelope and put it back when your done? I did not compile this list to give you a hard time. I did it to show you that I only complain when I truly feel that I have a legitimate grievance. There's a lot of things that don't go my way, but I ignore it because I have no argument against it.

sincerely
David Stebbins
David S Stebbins

Thank you for your opinion but policy & procedures will not change.

Dag 2/24/12

It is the evening of Feb. 21, 2012, and I wanted confirmation that a time-sensitive legal mail addressed to San Francisco. was in fact mailed. I was concerned because I had previously sent something to the Fayetteville federal courthouse that I had dated Feb. 15, but when the court sent it back to me, plus the scanned envelope, the postmark on the envelope said it was mailed Feb. 22! A week after it was given to the jail staff!

So, I was concerned about my mail to San Francisco, because it is extremely time sensitive (the court told me that if I do not correct the mistake within 14 days, my case would be dismissed.

When I sought this confirmation, Ms. Goodman simply dismissed me, assuring me that it would have been mailed. When I tried to bring that issue from Feb. 15-22 to her attention, she accused me of calling her a liar.

Mr. Day (and Ms. Goodman), let me just say this: If that thing doesn't get mailed in time, and my case gets dismissed because of that, this county will be liable to me for every single damned cent that I wasn't able to recover from Microsoft (the people I was suing), and the county will not be immune in this case, because local governments are not immune in federal court, and this is a Section 1983 claim (for one, it's a due process violation. Second, it's cruel and unusual punishment, since I have a right to send and receive legal mail). And trust me, if I do to this county what I'm doing to Microsoft, it will never be out of debt with me, I won't tell you exactly how much I'm suing them for, because you wouldn't believe me if I told you, but it got a fair amount of press attention, so you can look it up yourself. The results will spook you!

So if you don't want to make sure that my legal mail gets nailed, at least do so understanding the risks, and knowing that I've already shown that this jail's mail system is NOT 100% efficient.

Thank you.
David Stebbins
David Stebbins

2-24-2012

Mr. Stebbins,
your mail was logged & mailed-to circuit Court - logged 2-24-12 - Same day you gave the mail to me.
2-24-12 ___ Cpl. R Goodman

DEFENDANT'S
EXHIBIT
tabbies

when your legal mail is turned in,
it is logged and mailed.

2-24-2012

23:38

Cpl P. Godins

Dear Mr. Day,

I don't know what the hell crawled up Mendez's ass, but he shouldn't be taking it out on me.

Earlier today, my mother visited me. She couldn't here me on her end, though I could hear her. Usually, moving her to another visitation moniter solves this problem, so I activated the intercom to tell Mendez of the problem, as I have done countless times before. I did not think it was any big deal.

But apparently Womendez did. He got paranoidly defensive at my common problem whi[ch] has a simple, programmable solution. He insisted (very loudly) that he had checked the monitors thoroughly, and that he guarenteed they were a[ll] working 100%. He said he would not move her as if it cost the jail a hundred dollars every time they did so. Worst of all, he threatened to cancel the visit if I kept complaining.

He suggested that maybe my mother maybe cannot hear very well. This, however, just [shows] how shabby his previous investigation was. I had listened to any of our visits, once they['d] work, he would have heard me speaking softly, she heard me loud and clear, proving that she has perfect hearing! In fact, I'd like [you] to go and listened to today's visit. [If] there

DEFENDANT'S EXHIBIT

...mething at the beginning you might find...
...teresting! Yeah, let's just leave it at that!

Probably his most obnoxious gesture was
...hreatening to cancel the visit if I kept com-
...laining. I could have sworn that visits were
...right, if even for the visitor, not the inmate,
...ut even if that's not the case, he essentially
...threatened to sanction me with loss of visit-
tion if I continued to... exercise my first am-
...ndment right to petition the government for
redress of grievances. Yeah, what else could it
...e?! I BROKE NO RULES!!!

I asked for a grievance form, and he FINALLY
moved her to another monitor! But I still wanted
...grievance form to ~~complete~~ complain about his ap-
...rent monthly "cycle! He said I could have it in
"little bit," which I know from past experience
...eans. "You can further exercise the fifth of your
1st Amendment rights when I feel like it, IF I
...eel like it! ESPECIALLY since I know it's
...bout me."

Mr. Day, Womendez should be fined and/or sus-
...ended for this ridiculousness!

Sincerely,
David Stebbins

Spoke with 2/21/12
@ 09:05 A.M. Stebbins
and Mindy Pacheco present.
Day

**Boone County Detention Center**
**Inmate Grievance Form**

Pod _____

Inmate Name: _David Stebbins_

Date: _2-14-12_

Directed To:

____ Medical

____ Booking

____ Jason Day (Jail Administrator)

_X_ Other (Identify Other Person) _phone repairs_

State Your Grievance (As Briefly As Possible):
_The phone is too staticy. My mom can't hear me when I call her. These calls should be recorded_

Signature of Inmate Writing Grievance: _David Stebbins_   Date: _____

Grievance Received By Officer: _____

Response: _Will have phone looked at._

Signature of Responding Officer: _____   Date: _2/16/12_

If you would like to appeal the response; you may do so by filling out another Grievance and it will be decided by the Sgt. Or Cpl. that shift and/or Jason Day (Jail Administrator).

DEFENDANT'S
EXHIBIT

_____

### Boone County Detention Center
### Inmate Grievance Form

Inmate Name: _David Stebbins_                    Pod _G-2_

Date: _2-13-12_

Directed To:

_____ Medical

_____ Booking

_X_ Jason Day (Jail Administrator)

_____ Other (Identify Other Person) _____

State Your Grievance (As Briefly As Possible):

_I hope to get an answer to the three letters I wrote you over the weekend, maybe sometime this Monday_

Signature of Inmate Writing Grievance: _David Stebbins_

Grievance Received By Officer: _Cpl Ferguson_   Date: _2/13/12 0803_

Response: _Spoken to in my office 2/13/12_

Signature of Responding Officer: _Day_   Date: _2/13/12_

If you would like to appeal the response; you may do so by filling out another Grievance and it will be decided by the Sgt. Or Cpl. that shift and/or Jason Day (Jail Administrator).

DEFENDANT'S EXHIBIT

tabbies

02/13/12

13:30

Spoke with Mr. Stebbins concerning his letters of the Jail being responsible for him still being here. And him asking for the Jail to help him find housing. I told him we were not responsible nor would we pay him money to secure living arrangements.

Also concerning the letter of Stebbins stating that he and I are getting along better did I believe him to be innocent? I told him the reason we are getting along is he is now following rules and not causing problems. I also stated I don't care what he is charged with nor do I believe he is guilty or not that is not my job. My job is to house him in an appropriate facility.

Jason L. Day

Dear Mr. Day,

This letter is being written after my request for an explanation of your respect. You may wish to read that one first, or else this one may not make sense.

I know you want me to bond out, and fast. I think I know a way that can happen, and to be 100% honest (bearing my Aspergers in mind) I think there's a good chance it would have come to this, anyway.

Remember the reason I'm not already out, right now, in the first place, is because the Sunday before I got my "confirmed" bond date, the officers would not let me bond because of the erroneous belief that I had to be evaluated first! I had the reservation at the Seville ready to go, and they wouldn't even have charged me three months in advance! They decided to start doing that on MLK Day, the day before you and I got my Feb. 1 reservation and the day after I tried to bond initially.

I had Jimmy Cambell on his way to bond me out and my mother on her way to cosign! Everything looked good! I was on my way out!

But the Sunday staff stopped me dead in my tracks by saying that I can't bond! In other words, it's the jails fault that I am

Dear Mr. Day,

I have noticed that our relationship has greatly improved. For example, you tend to speak to me proffesionally, unless you were already upset about something. In the past, the fact that I was involved was done enough to upset you.

You wished me good luck when it appeared that I could bond. When I returned from court on Jan 27, 2012, you pulled me aside, above all the other inmates to reinforce my plans to bond. When I was in your office speaking to the investigator about my father's vigilantism, you gave me so much benefit of the doubt on everything!

Do not think for one second that I do not appreciate this respect. My only question is... what caused it?

Do you believe that I am innocent and that I don't deserve to be here? If so, what convinced ~~you?~~
~~your fears~~

There are many other possibilities I won't get into, for fear of getting under your skin. But I am quite curious.

Sincerely,
David Stebbins
David Stebbins

Dear Mr. Day,

At court today, my public defender secured a deal with the prosecutor where my bond would be reduced to $2,500 (enough for me to bond out immediately) if I had medical treatments already arranged <u>before</u> I post bond.

It is my understanding that I can still get the treatment after I bond, as long as the bond stays at $10k, effectively giving me a choice of bonds. However, court was adjourned before I could get my lawyer's attention to confirm this. Does my understanding sync up with the documents you received?

Also, John Edgemon suggested that maybe the jail nurse could hook me up with the treatment I need.

David Stebbins

David Stebbins

Dear Mr. Day,

Earlier today, you said that I "love to whine and complain about everything." Everything, sir, is a very strong word. As I told Mendez last night, I don't think that life is all about me. It's just that, when I realize that it's not about me, I keep quiet, and so you don't notice it.

To prove ~~that~~ this, allow me to give ten examples of things I could have complained about, but chose not to, until now.

1. The food taste like shit.
2. The pod phones cannot make local calls for free.
3. Why are non-lawyer visits by video ~~and just~~ only? Why am I restricted to just one visit per ~~day~~ day, and why ~~are~~ are visits only on Mon., Tues., and Wed.?
4. Why do you give such shitty chemicals to clean with? If you gave us better chemicals, we wouldn't have to clean every day!
5. Why is their new way of telling time in this jail?
6. The sandals you give us suck ass.
7. Why isn't "yard" actually outside?
8. Why don't you keep the slider open all the time, since it's always needing to be opened!
9. Why don't you turn the lights off? Why do you merely dim them?

And finnally...

10. Why is non-legal mail by postcard only? It seems

Dear Mr. Day,

Mendez has breached my legal rights. Please prepare for a long reading, since this is complicated.

On Saturday night, I read in the paper that a landlord who would be willing to rent to me has an ~~opening~~ apartment available. On Sunday morning, I asked Mendez if I could use the front phone to call these people, so I could bond out that day. I asked to do so at 9:00am.

I had already cleaned my cell the minimum I was required to. Mendez told me that if I tidied my cell a bit further (namely, sorting my books and papers), he'd let me do it. I took him up on his ~~offer~~ offer and sorted my things.

What's so special about that? Well, it's a contract! He made the offer, and I manifested my assent when I tidied my cell. Therefore, he- and, by respondiat superior, the jail- became contract-ually obligated to let me call that landlord. All the essential contract elements are there. Offer? Check. Acceptance? Check. Consideration? Check. Subject matter? Check. Competent parties? Check. (If I'm not competent, how am I participating in the commissary program). Meeting of the minds? Check and mate, since "meeting of the minds" in Arkansas is based on "objective indicators of assent," and not on parties subjective mindsets, like

Dear Mr. Day,

Earlier today, you said that I "love to whine and complain about everything." Everything, sir, is a very strong word. As I told Mendez last night, I don't think that life is all about me. It's just that, when I realize that it's not about me, I keep quiet, and so you don't notice it.

To prove ~~that~~ this, allow me to give ~~ten~~ examples of things I could have complained about, but chose not to, until now.

1. The food taste like shit.
2. The pod phones cannot make local calls for free.
3. Why are non-lawyer visits by video ~~by right~~ only? Why am I restricted to just one visit per ~~wek~~ ~~end~~ day, and, why ~~are~~ are visits only on Mon., Tues., and Wed.?
4. Why do you give such shitty chemicals to clean with? If you gave us better chemicals, we wouldn't <u>have</u> to clean every day!
5. Why is their new way of telling time in this jail?
6. The sandals you give us suck ass.
7. Why isn't "Yard" actually outside?
8. Why don't you keep the slider open all the time, since it's always needing to be opened!
9. Why don't you turn the lights off? Why do you merely dim them?

And finnally...

10. Why is non-legal mail by postcard only? It seems

Dear Mr. Day,

This letter is being written after my request for an explanation of your respect. You may wish to read that one first, or else this one may not make sense.

I know you want me to bond out, and fast. I think I know a way that can happen, and to be 100% honest (bearing my Aspergers in mind), I think there's a good chance it would have come to this, anyway.

Remember, the reason I'm not already out, right now, in the first place, is because the Sunday before I got my "confirmed" bond date, the officers would not let me bond because of the erroneous belief that I had to be evaluated first! I had the reservation at the Seville ready to go, and they wouldn't even have charged me three months in advance! They decided to start doing that on MLK Day, the day before you and I got my Feb. 1 reservation and the day after I tried to bond initially.

I had Jimmy Cambell on his way to bond me out and my mother on her way to cosign! Everything looked good! I was on my way out!

But the Sunday staff stopped me dead in my tracks by saying that I can't bond! In other words, it's the jail's fault that I am

the jail on one act of negligence that cost me my bond, now I have a fallback cause of action!

Mr. Day, this is ridiculous! If I wanted to really push it, I could make the argument that the jail KIDNAPPED me when they wouldn't let me bond on Jan 13! After all, I _had_ the right to _bond_, didn't I? So, if I had the right to leave, and they wouldn't let me do it, that's fucking kidnapping! ~~Holding~~ Holding me against my will _and_ _against_ _my_ _rights_!

Mr. Day, ~~~~ to put it in legal terms, I beseech that you "make me whole." Find me somewhere to live so that I can bond. An affordable place in Harrison, and maybe I call this whole thing off.

Sincerely

David Stebbins

*Boone County Detention Center*
*Inmate Grievance Form*

Pod 62

Inmate Name: David Stebbins

Date: 2-6-12

Directed To:

_____ Medical

_____ Booking

__X__ Jason Day (Jail Administrator)

_____ Other (Identify Other Person) _____

State Your Grievance (As Briefly As Possible):
On 17:48, and about ten minutes before then, Edgmon
was harrassing me, calling me a bitch, a dumb
ass, a dipshit, etc. Even Mendez heard it, and told
Edgmon to leave me alone. Edgmon is correct in
saying I flipped him off, but I did so in
RETALIATION to his harrassment. Please uphold
Mendez's decision to tell Edgmon to leave me alone.
Physically separating us isn't doing it.

Signature of Inmate Writing Grievance: David Stebbins

Grievance Received By Officer: _____  Date: 2/7/12

Response: We are Maging Edgmond to
B-4 per Sgt Cole

Signature of Responding Officer: _____  Date: 2/7/12

*If you would like to appeal the response; you may do so by filling out
another Grievance and it will be decided by the Sgt. Or Cpl. that shift
and/or Jason Day (Jail Administrator).*



DEFENDANT'S
EXHIBIT

_____

*Boone County Detention Center*
*Inmate Grievance Form*

Pod 62

Inmate Name: David Stebbins

Date: Feb 6, 2012

Directed To:

_____ Medical

_____ Booking

__X__ Jason Day (Jail Administrator)

_____ Other (Identify Other Person) _____

State Your Grievance (As Briefly As Possible):

After renewing last night's threat to kill me, Edgmon got me locked down by lying to Mendez, claiming that I was out "all day" yesterday. Mendez never even heard my side of the story! He just trusted Edgmon and told me to lock down. Also, ~~one~~ of the officer giving morning meds totally ignored my grievance about the death threat. He just said "have fun," and walked away.

Signature of Inmate Writing Grievance: David Stebbins

Date: _____

Grievance Received By Officer: _____

Response: Edgmon has been separated from you

_____

Signature of Responding Officer: _____   Date: 2/9/12

If you would like to appeal the response; you may do so by filling out another Grievance and it will be decided by the Sgt. Or Cpl. that shift and/or Jason Day (Jail Administrator).

# Boone County Detention Center
## Inmate Grievance Form

Inmates Name (print) _David Stebbins_     Pod _62_

Date: _1-12-12_

Directed To:

_X_ Medical

_____ Booking

_____ Commissary Department

_____ Jason Day (Jail Administrator)

_____ Other (Identify Other Person)

State Your Grievance (As Briefly As Possible): _Can I please get something for my tooth ache? Orajel works best._

Signature of Inmate Writing Grievance _David Stebbins_

Grievance Received By Officer _Cpl P Arnold_  Date and Time _1200_

Response: _Passed to Nurse_
_Inmate States no allergies to medications. Started on antibiotics and Ibuprofen for tooth pain - Dentist appointment made_          _RN._

Signature Of Responding Officer _____  Date _____

If you would like to appeal the response; you may do so by returning this form with the back section completed. The Appeal will be decided by Corporal Neckles or Jason Day (Jail Administrator).


DEFENDANT'S
EXHIBIT
_____

Date:   January 12, 2012

Time:   20:45

Subj.:   Stebbins, David's broken glasses

David Stebbins gave Cpl. P. Goodman permission to give his broken eye glasses to his
lawyer for repair.


_David Stebbins_
Detainee signature

_Cpl. P. Goodman_
Officer Signature

# DANNY HICKMAN
## BOONE COUNTY SHERIFF

Boone County Sheriff's Department
5800 Law Drive          Harrison, Arkansas 72601
870-741-8404                        Fax: 870-741-6038

## Statement Form

Date 1-12-12

Time _____

Page 1 of 1

Name John Edgmon                Age 37    Date of Birth _____
Address 5800 Law Dr           Place of Birth ORgen
City Harrison                      State AR           Zip 72601
Home Phone _____      Work Phone _____
Height 5'7"  Weight 240    Color of Eyes Hazel  Color of Hair Brown
Place of Employment None
Social Security # _____ - ___    Driver's License # _____

Mr Stebbins Has Gone out of his way to piss me and
Mr Kidd off He stated He Gets us pissed off enough
We will hurt him or Get the Gaurds on not Protecting him
And He will Get a OR Bond He Refuses to shower un less
he is told to He won't clean up after him self
Last night After Lights Dimed I was Reading had my
head Laying on the Latter on the Bed and he Just
Slammed his foot Down on my head which yes I cussed
But I held my temper and Did not teach him He
has Mr Kidd so pissed off He wants to stomp a
Mud Hole in him But Mr Kidd and I Know what will
Happen If we Do any thing to Stebbins we Dont need
any Extra Charges Stebbins has Done Every thing
to make Life harder for every one  Sorry about takeing
up more of your time I know you are Busy God Bless you.

Signature John Edgmon