# United States Court of Appeals
## For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 16, 2014

Mr. David Anthony Stebbins
Apt. D
123 W. Ridge Street
Harrison, AR 72601

     RE: 14-2686 In re: David Stebbins

Dear Mr. Stebbins:

     We have assigned your petition for a writ the case number shown above. Your case will be referred to a panel of judges for review. We will promptly advise you of the Court's ruling.

                            Michael E. Gans
                            Clerk of Court

BNS

Enclosure(s)

cc:     Mr. Christopher R. Johnson

       District Court/Agency Case Number(s): 3:12-cv-03022-TLB

**Caption For Case Number: 14-2686**

In re: David Anthony Stebbins

        Petitioner

**Addresses For Case Participants:   14-2686**

Mr. David Anthony Stebbins
Apt. D
123 W. Ridge Street
Harrison, AR  72601

Mr. Christopher R. Johnson
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
Suite 510
35 E. Mountain Street
Fayetteville, AR  72701-5354