# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
 *Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

July 18, 2014

Mr. David Anthony Stebbins
Apt. D
123 W. Ridge Street
Harrison, AR  72601

RE:  14-2711  In re: David Stebbins

Dear Mr. Stebbins:

We have assigned your petition for a writ the case number shown above. Your case will be referred to a panel of judges for review. We will promptly advise you of the Court's ruling.

Michael E. Gans
Clerk of Court

BNS

Enclosure(s)

cc:     Mr. Christopher R. Johnson

District Court/Agency Case Number(s):   3:12-cv-03022-TLB

**Caption For Case Number:   14-2711**

In re: David Anthony Stebbins

       Petitioner

**Addresses For Case Participants:    14-2711**

Mr. David Anthony Stebbins
Apt. D
123 W. Ridge Street
Harrison, AR  72601

Mr. Christopher R. Johnson
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
Suite 510
35 E. Mountain Street
Fayetteville, AR  72701-5354