Dear U.S. Clerks Office,

Please find my Objection to Doc. 162, Magistrate Judge's Report & Recommendation, in Case No. 12-3022 in this Court.

The reason I am writing this cover letter – even though I do not normally do so – is to inform you of the computer disc that is also being attached.

See, if the Magistrate Judge is corrupt enough to ignore evidence that was presented at the evidence hearing, he's obviously corrupt enough to modify his copy of the audio clip to make it appear as if he is including all relevant evidence.

Thus, just in case he has done that, I am enclosing a copy of the evidence hearing, myself, to make sure that everything in my Objection is indeed included.

Thank you, and please docket both this Objection, and the discs.

Sincerely,
David Stebbins