# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 14, 2014

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

      Re:  David Anthony Stebbins
           v. United States District Court for the Western District of
           Arkansas
           No. 14-7114
           (Your No. 14-2686, 14-2711)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on November 12, 2014 and placed on the docket November 14, 2014 as No. 14-7114.

                Sincerely,

                **Scott S. Harris**, Clerk

                by

                Michael Duggan
                Case Analyst