# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
www.ca8.uscourts.gov

December 03, 2014

Mr. Christopher R. Johnson
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
Suite 510
35 E. Mountain Street
Fayetteville, AR  72701-5354

       RE:  14-2686  In re: David Stebbins
             14-2711  In re: David Stebbins

Dear Clerk:

     Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

                                  Michael E. Gans
                                  Clerk of Court

MER

Enclosure(s)

       District Court/Agency Case Number(s):  3:12-cv-03022-TLB
                                                        3:12-cv-03022-TLB