# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

January 20, 2015

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

> Re: David Anthony Stebbins
> v. United States District Court for the Western District of Arkansas
> No. 14-7114
> (Your No. 14-2686, 14-2711)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed. See Rule 39.8.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk