# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

## MEMORANDUM

**TO:**  Mr. Christopher R. Johnson

**FROM:**  Michael E. Gans, Clerk of Court

**DATE:**  February 10, 2015

**RE:**  14-2686  In re: David Stebbins
14-2711  In re: David Stebbins

District Court/Agency Case Number(s):  3:12-cv-03022-TLB
3:12-cv-03022-TLB

___

Enclosed is a letter received from the United States Supreme Court stating that an order has been filed dismissing certiorari in the above case.

LAB