IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DAVID STEBBINS**                                                                             **PLAINTIFF**

v.                                Case No. 3:12-CV-03022

**BOONE COUNTY, ARKANSAS**
**and SHERIFF DANNY HICKMAN**                                   **DEFENDANTS**

## JUDGMENT

For the reasons set forth in the Court's Order filed contemporaneously herewith,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's case is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED** this 30th day of March, 2015.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE