# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF ARKANSAS

**DAVID STEBBINS**                                                                 **PLAINTIFF**

VS.                              CASE NO. 12-3022

**BOONE COUNTY, AR**                                                               **DEFENDANTS**

## NOTICE OF APPEAL & REQUEST FOR APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Notice of Appeal and Request for Application for Leave to Proceed *In Forma Pauperis* in the above-styled action.

This is a timely notice of appeal because of the District Court's order denying Plaintiff's Motion for Reconsideration. The pendency of that Motion for Reconsideration stays the 30-day time limit to file an appeal. See Federal Rule of Appellate Procedure 4(a)(4). Therefore, the deadline for Plaintiff to file this Notice of Appeal is August 11, 2015, which Plaintiff is well within.

Plaintiff appeals the following orders:

1. The District Court order affirming the Magistrate Judge's order denying Plaintiff's First Motion to Compel Discovery.

2. The District Court's Order Adopting the Magistrate Judge's Report & Recommendation, granting the Defendants' First, Second, and Third Motions for Judgment on the Pleadings.

3. The District Court's refusal to issue a Plaintiff's Objection to the Magistrate Judge's Order Denying Plaintiff's last Motion for Rule 37(d) Sanctions.

4. The District Court's order adopting the Magistrate Judge's Report & Recommendation, dismissing with prejudice the remainder of Plaintiff's claims.

2. The District Court's order denying Plaintiff's Motion for Reconsideration.

Plaintiff asks that he be given an application for leave to proceed *in forma pauperis* for him to fill out and return to the Court.

So notified on this, the 10th day of August, 2015.

/s/ David Stebbins

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

David Stebbins
123 W. Ridge
APT D
Harrison, AR 72602



CERTIFIED MAIL

7015 0640 0001 1920 8079

CPU U.S. POSTAGE $3.94
PB 1P 000   MAILED AUG 10 2015
3660515              72601
FCML

U.S. District Court
35 E. Mountain St.
Room 510
Feyateville, AR 72702

72701$5353

