**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

DAVID STEBBINS

V.                          No. 12-3022

BOONE COUNTY, AR et al.

**NOTICE OF DEFICIENCY**

Document(s) 173 and 174 appears to contain one or more deficiencies as indicated.

1. _XX_ Pleading is not signed in compliance with Local Rule 5.5(c)(2)

2. _____ Pleading is not completely retyped in compliance with Local Rule 5.5(e)

3. _____ Pleading does not comply with Local Rule 6.2(b) - Motions for extension of time - statement that adverse party has been contacted

4. _____ Pleading is not in compliance with Local Rule 7.2

    _____ 1. No brief in support
    _____ 2. Not set forth in separate pleading (7.2(e))
    _____ 3. No statement re conference with opposing counsel (motions to compel discovery, discovery enforcement motions, and motions for protective orders)

5. _____ Pleading is not in compliance with Local Rule 56.1 (Summary Judgment Motions)

    _____ 1. No brief in support
    _____ 2. No Statement of Facts

6. _____ No certificate of service or explanation why service is not required. FRCvP 5(d)

7. _____ Other. _____
                 _____

Please sign the original documents (enclosed) and return them immediately. Thank you.