**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

35 E. Mountain, Room 510                                          (479) 521-6980
FAYETTEVILLE, ARKANSAS 72701                                FAX (479) 575-0774

**Notice to Counsel and Pro Se Parties re Appeal**

On the 11th day of August, 2015, a Notice of Appeal was filed in the case listed below:

12-3022  STEBBINS  vs.  BOONE COUNTY, AR  et al.

The instructions/forms indicated with an 'X' below are attached for your information/use:

\_\_\_\_\_  Notice of Appeal  (copy) (for non-registered CM/ECF parties)

_XX_  Clerk's docket entries  (for non-registered CM/ECF parties)

_XX__  NOA Supplement Form Sent to 8th Circuit Court of appeals (for non-registered CM/ECF parties)

_XX_  Transcript order form (if testimony was taken) (Complete separate form for each court reporter and/or ECRO if hearings held before different judicial officers.) File electronically with district clerk or conventionally, if non-registered party. **Note: CJA 24 forms must be submitted conventionally to the clerk's office**.

\_\_\_\_\_  Exhibit(s):
     _____Trial/pre-trial exhibits were retained by the court and **if designated**, will be forwarded by the clerk's office to the Court of Appeals.
     _____Trial/pre-trial exhibits have been returned to counsel and appellant should submit to the Court of Appeals pursuant to 8th Circuit L.R. 10A
.
\_\_\_\_\_  Other  _____

                                                            Christopher R. Johnson, Clerk