IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

_____    PLAINTIFF(S)

NO. _____

_____    DEFENDANT(S)

## **ORDER FOR TRANSCRIPT**

Notice of Appeal to the United States Court of Appeals for the Eighth Circuit was filed in the above case on _____ in the United States District Court for the Western District of Arkansas, Harrison Division.

Pursuant to Rule 10(b), Federal Rules of Appellate Procedure, the appellant hereby orders the following portion or portions of the transcript: _____
_____.

Cost of the transcript will be paid by the following method: _____.

If the transcript is not necessary and will not be ordered, so state.
_____.

_____
Attorney for Appellant

_____
Address

_____

_____
Telephone Number

cc: Court Reporter

Receipt of order for transcript acknowledged _____.

Transcript will be filed on or before _____.

_____
Court Reporter