# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
www.ca8.uscourts.gov

August 26, 2015

Mr. David Anthony Stebbins
Apt. D
123 W. Ridge Street
Harrison, AR 72601

RE: 15-2880 David Stebbins v. Boone County, AR, et al

Dear Mr. Stebbins:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

The court will consider the case on the original file of the district court, and you do not need to file any additional record materials. Please note that motions for appointment of counsel are rarely granted in pro se civil cases.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in the issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

BNS

Enclosure(s)

cc: Mr. Christopher R. Johnson
Mr. Jason E Owens
Mr. Geoffrey Thompson

District Court/Agency Case Number(s):   3:12-cv-03022-TLB

**Caption For Case Number: 15-2880**

David Anthony Stebbins

        Plaintiff - Appellant

v.

Boone County, Arkansas; Sheriff Danny Hickman

        Defendants - Appellees

**Addresses For Case Participants:   15-2880**

Mr. David Anthony Stebbins
Apt. D
123 W. Ridge Street
Harrison, AR  72601

Mr. Christopher R. Johnson
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
Suite 510
35 E. Mountain Street
Fayetteville, AR  72701-5354

Mr. Jason E Owens
RAINWATER & HOLT
801 Technology Drive
P.O. Box 17250
Little Rock, AR  72222-7250

Mr. Geoffrey Thompson
RAINWATER & HOLT
801 Technology Drive
P.O. Box 17250
Little Rock, AR  72222-7250

15-2880  David Stebbins v. Boone County, AR, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 08/26/2015

**Case Name:**    David Stebbins v. Boone County, AR, et al
**Case Number:**  15-2880

**Docket Text:**
Prisoner case docketed. [4310093] [15-2880]

**The following document(s) are associated with this transaction:**
Document Description:  None

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. Christopher R. Johnson:
Mr. Jason E Owens: owens@rainfirm.com,
fonda@rainfirm.com,Miranda@rainfirm.com,smilholland@rainfirm.com
Mr. David Anthony Stebbins: stebbinsd@yahoo.com
Mr. Geoffrey Thompson: thompson@rainfirm.com,
fonda@rainfirm.com,smilholland@rainfirm.com