IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                               PLAINTIFF

v.                                        Case No. 3:12-CV-03022

BOONE COUNTY, ARKANSAS
and SHERIFF DANNY HICKMAN                                                          DEFENDANTS

## ORDER

On October 26, 2015, Magistrate Judge James R. Marschewski entered an Order (Doc. 182) denying Plaintiff David Stebbins' Motion to Clarify (Doc. 173) and Motion for Relief (Doc. 179). Neither Motion had been referred to the Magistrate Judge at the time. Accordingly, the Magistrate Judge's Order (Doc. 182) and Stebbins' Objections to that Order (Doc. 183) are **STRICKEN** from the record. The Court will now rule on Stebbins' pending Motions (Docs. 173, 179), both of which were filed on or after Stebbins filed a Notice of Appeal of the dismissal of this case. *See* Doc. 174.

Beginning with Stebbins' Motion to Clarify (Doc. 173), he seeks an order of the Court that explains "some of the Court's orders . . . as [to] their meaning, and what they are and are not adjudicating." He seeks this "clarification" so that he can better understand how the Court's orders in the instant case affect another case Stebbins filed in Boone County Circuit Court. The Court will not opine as to the effect of its orders on a pending state court litigation. The Motion to Clarify is therefore **DENIED**.

With respect to Stebbins' Motion for Relief from Judgment (Doc. 179) pursuant to Federal Rule of Civil Procedure 60(b), the Court observes that Stebbins already filed a Rule 60(b) Motion for Reconsideration (Doc. 171) of the Court's Order of dismissal on April

-1-

24, 2015. The Court denied that Motion on July 13, 2015. This case is closed, and an appeal has been taken. No further motions for reconsideration will be entertained by the Court. The Motion for Relief from Judgment (Doc. 179) is **DENIED**.

**IT IS SO ORDERED** this 16th day of November, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE