# U.S. COURT OF APPEALS - EIGHTH CIRCUIT
# NOA SUPPLEMENT

Please note any additions or deletions to the style of the case from the style listed on the docket sheet or attach an amended docket sheet with the final style of the case.

Western District of Arkansas - HARRISON DIVISION

## 12-3022 STEBBINS vs. BOONE COUNTY, AR

Length of Trial: **2 DAY EVIDENTIARY HEARING**

Financial Status: Fee Paid? Yes No **XX**

    If NO, has IFP been granted? Yes **XX** No

    Is there a pending motion for IFP? Yes No **XX**

Are there any other post-judgment motions? Yes No **XX**

Please identify the court reporter.

    If no court reporter, please check

| | |
|---|---|
| Name | **DEBBIE MADDOX** |
| Address | **30 SOUTH 6TH ST., ROOM 234** |
| | **FORT SMITH, AR  2901** |
| Telephone Number | **479-783-7045** |

**CRIMINAL CASES ONLY:**
    Is the defendant incarcerated? Yes No
Place of confinement, if known:

Please list all other defendants in this case, if there were multiple defendants.

SPECIAL COMMENTS: