# TRANSMITTAL SHEET

TO:  Clerk, 8th Circuit Ct of Appeals            Date:  2/3/15

From:  Clerk, District Court WD/AR Harrison Division

Appeal No.  15-2880

District Court No.  12-3022

Case Style:   DAVID STEBBINS    vs.   BOONE COUNTY, AR et al.

**TRANSMITTED HEREWITH:**

|    | Original file |    | Designated Clerk's Record |
|----|---------------|----|---------------------------|
|    |               |    | Presentence Report        |
|    | Transcript:   |    | Statement of Reasons      |
|    |               |    | Sentencing Recommendations |
|    |               |    | (In triplicate)           |
| XX | CD of Evidentiary Hrg held 4/22/14 - 4/23/14 |    |                           |

EXHIBITS:

| Plaintiffs | Defendants | Joint |
|------------|------------|-------|
|            |            |       |
|            |            |       |
|            |            |       |
|            |            |       |
|            |            |       |

Comments:   Requested by Scott

**ALL ARE COPIES... NO NEED TO RETURN**