# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-2880

David Anthony Stebbins

Appellant

v.

Boone County, Arkansas and Sheriff Danny Hickman

Appellees

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:12-cv-03022-TLB)
_____

## MANDATE

In accordance with the opinion and judgment of 07/14/2016, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 04, 2016

Clerk, U.S. Court of Appeals, Eighth Circuit